## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 15 |
| | ) | |
| The Aldo Group Inc., *et al.*[1] | ) | Case No. 20-11060 (KBO) |
| | ) | |
| Debtors in Foreign Proceedings. | ) | (Joint Administration Requested) |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 8, 2020 at _2:00 P.M. (EASTERN TIME)[2]

**PETITIONS**

1. Voluntary Petitions

   a. The Aldo Group Inc. - Case No. 20-11060 (D.I. 1, Filed 5/7/20).
   b. Southwest Capital Holdings Inc. - Case No. 20-11061 (D.I. 1, Filed 5/7/20).
   c. Aldo U.S. Inc. - Case No. 20-11062 (D.I. 1, Filed 5/7/20).
   d. Aldo Marketing LLC - Case No. 20-11063 (D.I. 1, Filed 5/7/20).
   e. Aldo Shoes West Forty Second, LLC - Case No. 20-11064 (D.I. 1, Filed 5/7/20).
   f. Aldo 1125 Third Ave. Corp. - Case No. 20-11065 (D.I. 1, Filed 5/7/20).
   g. Aldo 5th Ave. Inc. - Case No. 20-11066 (D.I. 1, Filed 5/7/20).
   h. Aldo 250 West 125 Inc. - Case No. 20-11067 (D.I. 1, Filed 5/7/20).
   i. 1230 Avenue of the Americas LLC - Case No. 20-11068 (D.I. 1, Filed 5/7/20).

2. Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of Initial Order and Amended Initial Order, and (IV) Related Relief under Chapter 15 of the Bankruptcy Code (D.I. 3, Filed 5/7/20).

---

[1]   The Debtors in these chapter 15 cases and the last four digits of their U.S. Federal Employer Identification Numbers or other unique identifier are as follows: The Aldo Group Inc. (2186); Southwest Capital Holdings Inc. (8248); Aldo U.S. Inc. (6704); Aldo Marketing LLC (1748); Aldo Shoes West Forty Second, LLC (2610); Aldo 1125 Third Ave. Corp. (2110); Aldo 5th Ave. Inc. (2112); Aldo 250 West 125 Inc. (2324); and 1230 Avenue of the Americas LLC (6704). The Debtors' principal offices are located at 2300 rue Émile-Bélanger, Montréal, Canada H4R 3J4.

[2]   Any party that wants to participate in the Hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946) by no later than 1:00 p.m. (ET) on May 8, 2020. If you do not make timely arrangements, you may not be able to participate in the Hearing.

**DECLARATIONS IN SUPPORT**

3.  Declaration of David Galarneau in Support of the Debtors' Chapter 15 Petitions and First Day Pleadings in Foreign Proceedings (D.I. 4, Filed 5/7/20).

4.  Declaration of Denis Ferland (D.I. 5, Filed 5/7/20).

**MATTERS GOING FORWARD**

5.  Motion of Authorized Foreign Representative for Order Directing Joint Administration of Chapter 15 Cases and Related Relief (D.I. 6, Filed 5/7/20).

    Status: This matter will be going forward.

6.  Motion of Foreign Representative for Entry of Order Scheduling Hearing and Specifying Form and Manner of Service of Notice Pursuant to Sections 1515 and 105(a) of Bankruptcy Code and Bankruptcy Rules 2002 and 9007 (D.I. 7, Filed 5/7/20).

    Status: This matter will be going forward.

7.  Motion of The Aldo Group Inc., as Foreign Representative of The Aldo Group Inc. and Certain of Its Affiliates, for an Order Granting Certain Provisional Relief (D.I. 8, filed 5/7/20).

    Status: This matter will be going forward.

Dated: May 7, 2020
       Wilmington, Delaware

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Eric D. Schwartz*
                                    Eric D. Schwartz (No. 3134)
                                    Matthew B. Harvey (No. 5186)
                                    Paige N. Topper (No. 6470)
                                    1201 North Market Street
                                    P.O. Box 1347
                                    Wilmington, DE 19899-1347
                                    Telephone: (302) 658-9200
                                    Facsimile: (302) 658-3989
                                    eschwartz@mnat.com
                                    mharvey@mnat.com
                                    ptopper@mnat.com

                                    -and-

HOGAN LOVELLS US LLP

Peter A. Ivanick
Lynn Holbert
Alex M. Sher
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
peter.ivanick@hoganlovells.com
lynn.holbert@hoganlovells.com
alex.sher@hoganlovells.com

*Attorneys for the Foreign Representative*