## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| | ) |
| The Aldo Group Inc., *et al.,* | ) Case No. 20-11060 (KBO) |
| | ) |
| Debtors in Foreign Proceedings. | ) (Jointly Administered) |
| | ) |
| | ) Related to Docket No. 44 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the following:

    a.  "Notice of Recognition Hearing and Notice of Entry of Provisional Order [Hard Copy Version]," dated May 11, 2020, [related to Docket No. 44], (the "Hard Copy Notice), annexed hereto as <u>Exhibit A</u>, and

    b.  "Notice of Recognition Hearing and Notice of Entry of Provisional Order [Email Version]," dated May 11, 2020, [related to Docket No. 44], the "Email Notice), annexed hereto as <u>Exhibit B</u>.

        i.   Hard Copy Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, on May 12, 2020,

        ii.  Email Notice, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, on May 12, 2020,

---

The Debtors in these chapter 15 cases and the last four digits of their U.S. Federal Employer Identification Numbers or other unique identifier are as follows: The Aldo Group Inc. (2186); Southwest Capital Holdings Inc. (8248); Aldo U.S. Inc. (6704); Aldo Marketing LLC (1748); Aldo Shoes West Forty Second, LLC (2610); Aldo 1125 Third Ave. Corp. (2110); Aldo 5th Ave. Inc. (2112); Aldo 250 West 125 Inc. (2324); and 1230 Avenue of the Americas LLC (6704). The Debtors' principal offices are located at 2300 rue Émile-Bélanger, Montréal, Canada H4R 3J4.

iii.    Hard Copy Notice, to be enclosed securely in separate postage pre-paid envelope and delivered via first class mail to the following party: SDK Et Associes, 1751 Rue Richardson, #2120, Montreal, QC H3K 1G6, Canada, on May 13, 2020,

iv.    Email Notice, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>, on May 13, 2020, and

v.    The Hard Copy Notice was delivered to 641 parties and the Email Notice was delivered to 23,918 parties, whose names and addresses are confidential and therefore not reflected.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
13th day of May, 2020
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>The Aldo Group Inc., *et al.*[1]<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-11060 (KBO)<br><br><br>(Jointly Administered) |

## NOTICE OF RECOGNITION HEARING AND
## NOTICE OF ENTRY OF PROVISIONAL ORDER

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On May 7, 2020, the above-captioned debtors (collectively, the "Debtors") filed petitions under the Companies' Creditors Arrangement Act (the "CCAA"), in the Superior Court, Commercial Division, in and for the Judicial District of Montreal, Canada (the "Canadian Court") to commence restructuring proceedings in Canada (the "CCAA Proceedings"). That same day, the Canadian Court approved the initial order pursuant to the CCAA (the "Initial Order"), which in part authorized The Aldo Group Inc. to act as foreign representative of the Debtors (the "Foreign Representative").

On May 7, 2020, The Aldo Group Inc., in its capacity as the Canadian Court-appointed and authorized Foreign Representative of the Debtors, filed petitions for recognition under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Contemporaneously with filing the petitions for recognition, the Foreign Representative filed *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of Initial Order and Amended Initial Order, and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code* (D.I. 3) (the "Verified Petition") and the *Motion of the Aldo Group Inc., as Foreign Representative of the Aldo Group Inc. and Certain of its Affiliates, for an Order Granting Certain Provisional Relief* (D.I. 8) (the "Provisional Relief Motion").

On May 8, 2020, the Bankruptcy Court entered the *Order Granting Provisional Relief* (D.I. 29) (the "Provisional Order"), which granted, on a provisional basis, recognition of the CCAA Proceedings and gives effect in the United States to the Initial Order entered in the

---

[1]    The Debtors in these chapter 15 cases and the last four digits of their U.S. Federal Employer Identification Numbers or other unique identifier are as follows: The Aldo Group Inc. (2186); Southwest Capital Holdings Inc. (8248); Aldo U.S. Inc. (6704); Aldo Marketing LLC (1748); Aldo Shoes West Forty Second, LLC (2610); Aldo 1125 Third Ave. Corp. (2110); Aldo 5th Ave. Inc. (2112); Aldo 250 West 125 Inc. (2324); and 1230 Avenue of the Americas LLC (6704). The Debtors' principal offices are located at 2300 rue Émile-Bélanger, Montréal, Canada H4R 3J4.

CCAA Proceedings. The Provisional Order, by giving effect to the Initial Order, among other things:

- authorizes the Foreign Representative to operate the Debtors' businesses and administer the Debtors' assets on a provisional basis;

- authorizes the Debtors to borrow up to CDN$5,000,000 under an interim financing facility;

- grants the Debtors' lenders: (i) a charge against The Aldo Group Inc. and Aldo U.S. Inc.'s property for an aggregate amount of CDN$6,000,000 as security, and (ii) certain protections afforded by the Bankruptcy Code;

- imposes a stay with respect to claims or actions against the Debtors' sole director and officers in connection with their respective positions at the Debtor(s);

- prohibits contract and lease counterparties from terminating their contracts or agreements with the Debtors solely because of the Debtors' bankruptcy;

- grants the Debtors authority to disclaim or resiliate (*i.e.*, cancel) leases and contracts, subject to the notice procedures and other requirements of the CCAA; and

- prevents parties from taking actions against the Debtors and their assets.

The Provisional Order also conditionally recognized, subject to the Canadian Court's approval, on a provisional basis, the anticipated amended initial order (the "Proposed Amended Initial Order") that will supplement the Initial Order by, among other things:

- authorizing the Debtors to borrow up to a total of USD$60,000,000 (inclusive of the initial CDN$5,000,000 approved in the Initial Order);

- increasing the amounts of the charges granted to the Debtors' lenders; and

- authorizing the Debtors to pay rent twice-monthly, and liquidate inventory, furniture, fixtures and equipment and manage related landlord issues pursuant to certain sale guidelines.

Responses or objections to recognition of the CCAA Proceedings as foreign main proceedings or foreign nonmain proceedings, or the Verified Petition and the relief requested therein must (i) be in writing, (ii) detail the factual and legal basis for the response or objection, (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and (iv) be filed with the Office of the Clerk of the Court, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the following **so as to be received at least seven days prior to the Recognition Hearing**: (a) counsel for the Foreign Representative (i) Hogan Lovells US LLP, 390 Madison Ave., New York, New York

10017, Attention: Peter A. Ivanick (peter.ivanick@hoganlovells.com) and Alex M. Sher (alex.sher@hoganlovells.com), and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801, Attention: Eric D. Schwartz (eschwartz@mnat.com) and Matthew B. Harvey (mharvey@mnat.com); and (b) counsel for the National Bank of Canada: (i) Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attention: Chad J. Husnick, P.C. and Michelle Kilkenney P.C., (ii) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York, 10022, Attention: Aparna Yenamandra, and (iii) Stikeman Elliott LLP, 1155 René-Lévesque Blvd. West, 41st Floor, Montréal (Québec) Canada H3B 3V2, Attention: Howard J. Rosenoff and Guy P. Martel.

The Bankruptcy Court has scheduled a hearing on **June 5, 2020 at 1:30 p.m. (prevailing Eastern time)** to consider recognition of the CCAA Proceedings as foreign main proceedings, or, in the alternative, foreign nonmain proceedings, on a final basis and certain related relief (the "Recognition Hearing"). All parties wishing to appear at the Recognition Hearing by telephone must, in accordance with the *Instructions for Telephonic Appearances Effective April 5, 2005, revised May 11, 2018*, contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) **by no later than noon (prevailing Eastern Time) one business day prior to the Recognition Hearing** to register their telephonic appearances. At the same time, you must notify the counsel listed above of your intent to appear by telephone at the Recognition Hearing.

The Recognition Hearing may be adjourned from time to time without further notice other than a notice on the docket in these cases or an announcement in open court of the adjourned date or dates of any adjourned hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE OR OBJECTION IS TIMELY FILED OR SERVED AS PROVIDED ABOVE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE FOREIGN REPRESENTATIVE WITHOUT FURTHER NOTICE OR HEARING.**

The Foreign Representative does not currently intend to conduct a claims process in these chapter 15 cases. To the extent there is a claims process established in the CCAA Proceedings, parties are directed to the CCAA Proceedings, Court File No. 500-11-058644-200. **Accordingly, there is no need to file proofs of claim in these chapter 15 cases. Parties are directed to the CCAA Proceedings at www.ey.com/ca/aldo for information on filing proofs of claim.**

Copies of the Verified Petition (D.I. 3), the Provisional Relief Motion (D.I. 8), the Provisional Order (D.I. 29), the Initial Order (D.I. 4, Ex. 1) and the Proposed Amended Initial Order (D.I. 4, Ex. 10), and other documents filed in these chapter 15 cases are available and may be examined by interested parties: (i) free of charge at the webpage maintained by the Foreign Representative's noticing agent https://dm.epiq11.com/aldo with respect to the chapter 15 cases and www.ey.com/ca/aldo (for the CCAA Proceedings) or (ii) downloaded from the Court's

electronic docket at www.deb.uscourts.gov.  Please note that prior registration with the PACER service center and payment of a fee may be required to access such documents.  Parties in interest may sign up for a PACER account by visiting the PACER website at pacer.psc.uscourts.gov or by calling (800) 676-6856.

Dated: May 11, 2020
      Wilmington, Delaware

                **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                */s/ Eric D. Schwartz*
                Eric D. Schwartz (No. 3134)
                Matthew B. Harvey (No. 5186)
                Paige N. Topper (No. 6470)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE 19899-1347
                Telephone:  (302) 658-9200
                Facsimile:  (302) 658-3989
                eschwartz@mnat.com
                mharvey@mnat.com
                ptopper@mnat.com

                -and-

                Peter A. Ivanick
                Lynn Holbert
                Alex M. Sher
                **HOGAN LOVELLS US LLP**
                390 Madison Ave.
                New York, NY 10017
                Telephone: (212) 918-3000
                Facsimile: (212) 918-3100
                peter.ivanick@hoganlovells.com
                lynn.holbert@hoganlovells.com
                alex.sher@hoganlovells.com

                *Attorneys for the Foreign Representative*

**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Aldo Group Inc., *et al.*[1]<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-11060 (KBO)<br><br><br>(Jointly Administered) |

## NOTICE OF RECOGNITION HEARING AND
## NOTICE OF ENTRY OF PROVISIONAL ORDER

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

        On May 7, 2020, the above-captioned debtors (collectively, the "Debtors") filed petitions under the Companies' Creditors Arrangement Act (the "CCAA"), in the Superior Court, Commercial Division, in and for the Judicial District of Montreal, Canada (the "Canadian Court") to commence restructuring proceedings in Canada (the "CCAA Proceedings"). That same day, the Canadian Court approved the initial order pursuant to the CCAA (the "Initial Order"), which in part authorized The Aldo Group Inc. to act as foreign representative of the Debtors (the "Foreign Representative").

        On May 7, 2020, The Aldo Group Inc., in its capacity as the Canadian Court-appointed and authorized Foreign Representative of the Debtors, filed petitions for recognition under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

        Contemporaneously with filing the petitions for recognition, the Foreign Representative filed *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of Initial Order and Amended Initial Order, and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code* (D.I. 3) (the "Verified Petition") and the *Motion of the Aldo Group Inc., as Foreign Representative of the Aldo Group Inc. and Certain of its Affiliates, for an Order Granting Certain Provisional Relief* (D.I. 8) (the "Provisional Relief Motion").

        On May 8, 2020, the Bankruptcy Court entered the *Order Granting Provisional Relief* (D.I. 29) (the "Provisional Order"), which granted, on a provisional basis, recognition of the CCAA Proceedings and gives effect in the United States to the Initial Order entered in the

---

[1]    The Debtors in these chapter 15 cases and the last four digits of their U.S. Federal Employer Identification Numbers or other unique identifier are as follows: The Aldo Group Inc. (2186); Southwest Capital Holdings Inc. (8248); Aldo U.S. Inc. (6704); Aldo Marketing LLC (1748); Aldo Shoes West Forty Second, LLC (2610); Aldo 1125 Third Ave. Corp. (2110); Aldo 5th Ave. Inc. (2112); Aldo 250 West 125 Inc. (2324); and 1230 Avenue of the Americas LLC (6704). The Debtors' principal offices are located at 2300 rue Émile-Bélanger, Montréal, Canada H4R 3J4.

CCAA Proceedings. The Provisional Order, by giving effect to the Initial Order, among other things:

- authorizes the Foreign Representative to operate the Debtors' businesses and administer the Debtors' assets on a provisional basis;

- authorizes the Debtors to borrow up to CDN$5,000,000 under an interim financing facility;

- grants the Debtors' lenders: (i) a charge against The Aldo Group Inc. and Aldo U.S. Inc.'s property for an aggregate amount of CDN$6,000,000 as security, and (ii) certain protections afforded by the Bankruptcy Code;

- imposes a stay with respect to claims or actions against the Debtors' sole director and officers in connection with their respective positions at the Debtor(s);

- prohibits contract and lease counterparties from terminating their contracts or agreements with the Debtors solely because of the Debtors' bankruptcy;

- grants the Debtors authority to disclaim or resiliate (*i.e.*, cancel) leases and contracts, subject to the notice procedures and other requirements of the CCAA; and

- prevents parties from taking actions against the Debtors and their assets.

The Provisional Order also conditionally recognized, subject to the Canadian Court's approval, on a provisional basis, the anticipated amended initial order (the "Proposed Amended Initial Order") that will supplement the Initial Order by, among other things:

- authorizing the Debtors to borrow up to a total of USD$60,000,000 (inclusive of the initial CDN$5,000,000 approved in the Initial Order);

- increasing the amounts of the charges granted to the Debtors' lenders; and

- authorizing the Debtors to pay rent twice-monthly, and liquidate inventory, furniture, fixtures and equipment and manage related landlord issues pursuant to certain sale guidelines.

Responses or objections to recognition of the CCAA Proceedings as foreign main proceedings or foreign nonmain proceedings, or the Verified Petition and the relief requested therein must (i) be in writing, (ii) detail the factual and legal basis for the response or objection, (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and (iv) be filed with the Office of the Clerk of the Court, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the following **so as to be received at least seven days prior to the Recognition Hearing**: (a) counsel for the Foreign Representative (i) Hogan Lovells US LLP, 390 Madison Ave., New York, New York

10017, Attention: Peter A. Ivanick (peter.ivanick@hoganlovells.com) and Alex M. Sher (alex.sher@hoganlovells.com), and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801, Attention: Eric D. Schwartz (eschwartz@mnat.com) and Matthew B. Harvey (mharvey@mnat.com); and (b) counsel for the National Bank of Canada: (i) Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attention: Chad J. Husnick, P.C. and Michelle Kilkenney P.C., (ii) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York, 10022, Attention: Aparna Yenamandra, and (iii) Stikeman Elliott LLP, 1155 René-Lévesque Blvd. West, 41st Floor, Montréal (Québec) Canada H3B 3V2, Attention: Howard J. Rosenoff and Guy P. Martel.

The Bankruptcy Court has scheduled a hearing on **June 5, 2020 at 1:30 p.m. (prevailing Eastern time)** to consider recognition of the CCAA Proceedings as foreign main proceedings, or, in the alternative, foreign nonmain proceedings, on a final basis and certain related relief (the "Recognition Hearing"). All parties wishing to appear at the Recognition Hearing by telephone must, in accordance with the *Instructions for Telephonic Appearances Effective April 5, 2005, revised May 11, 2018*, contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) **by no later than noon (prevailing Eastern Time) one business day prior to the Recognition Hearing** to register their telephonic appearances. At the same time, you must notify the counsel listed above of your intent to appear by telephone at the Recognition Hearing.

The Recognition Hearing may be adjourned from time to time without further notice other than a notice on the docket in these cases or an announcement in open court of the adjourned date or dates of any adjourned hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE OR OBJECTION IS TIMELY FILED OR SERVED AS PROVIDED ABOVE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE FOREIGN REPRESENTATIVE WITHOUT FURTHER NOTICE OR HEARING.**

The Foreign Representative does not currently intend to conduct a claims process in these chapter 15 cases. To the extent there is a claims process established in the CCAA Proceedings, parties are directed to the CCAA Proceedings, Court File No. 500-11-058644-200. **Accordingly, there is no need to file proofs of claim in these chapter 15 cases. Parties are directed to the CCAA Proceedings at www.ey.com/ca/aldo for information on filing proofs of claim.**

Copies of the Verified Petition, the Provisional Relief Motion, the Provisional Order, the Initial Order and the Proposed Amended Initial Order are available and may be examined by interested parties by following the links below:

- Verified Petition (D.I. 3);

- Provisional Relief Motion (D.I. 8);

- Provisional Order (D.I. 29);

- Initial Order (D.I. 4, Ex. 1); and

- Proposed Amended Initial Order (D.I. 4, Ex. 10).

Other documents filed in these chapter 15 cases are available and may be examined by interested parties: (i) free of charge at the webpage maintained by the Foreign Representative's noticing agent https://dm.epiq11.com/aldo with respect to the chapter 15 cases and www.ey.com/ca/aldo (for the CCAA Proceedings) or (ii) downloaded from the Court's electronic docket at www.deb.uscourts.gov.  Please note that prior registration with the PACER service center and payment of a fee may be required to access such documents.  Parties in interest may sign up for a PACER account by visiting the PACER website at pacer.psc.uscourts.gov or by calling (800) 676-6856.

*[Remainder of page intentionally left blank]*

Dated: May 11, 2020
   Wilmington, Delaware

        **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

        */s/ Eric D. Schwartz*
        Eric D. Schwartz (No. 3134)
        Matthew B. Harvey (No. 5186)
        Paige N. Topper (No. 6470)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone:  (302) 658-9200
        Facsimile:  (302) 658-3989
        eschwartz@mnat.com
        mharvey@mnat.com
        ptopper@mnat.com

        -and-

        Peter A. Ivanick
        Lynn Holbert
        Alex M. Sher
        **HOGAN LOVELLS US LLP**
        390 Madison Ave.
        New York, NY 10017
        Telephone: (212) 918-3000
        Facsimile: (212) 918-3100
        peter.ivanick@hoganlovells.com
        lynn.holbert@hoganlovells.com
        alex.sher@hoganlovells.com

        *Attorneys for the Foreign Representative*

# EXHIBIT C

THE ALDO GROUP
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| NATIONAL BANK OF CANADA | 600 DE LA GAUCHETIERE STREET WEST, 4TH FLOOR MONTREAL H3B 4L2 QUEBEC |

**Total Creditor count  3**

| Claim Name | Address Information |
|---|---|
| 10079413 CANADA INC | 5715 RUE CLARK MONTREAL QC H2T 2V5 CANADA |
| 163308 CANADA INC | 66 BALLANTYNE N MONTREAL QC H4X 2B8 CANADA |
| 2810 NEWPORT CENTRE LLC | 867545 RELIABLE PKY CHICAGO IL 60686 |
| 40601 KENTUCKY STATE TREASURER | 1050 US HWY 127 S, 100 FRANKFORT KY 40601 |
| 407 EXPRESS TOLL ROUTE | 6300 STEELES AVE W WOODBRIDGE ON L4H 1J1 CANADA |
| 429 441 86TH STREET LLC | 500 5TH AVE, FL 54 NEW YORK NY 10110 |
| 4821 THE RETAIL PROPERTY TRUST | CHICAGO IL 60677 |
| 5060 MONTCLAIR PLAZA LANE OWNER LLC | 5060 MONTCLAIR PLAZA LANE PASADENA CA 91110 |
| 5616 BAY STREET INVESTORS LLC | 5616 BAY STREET LOS ANGELES CA 90074 |
| 603 FIFTH AVENUE LLC | 30 E 60TH ST, RM 606 NEW YORK NY 10022 |
| 7623 SA GALLEIRA IV LP | 1481 PAYSPHERE CIR CHICAGO IL 60674 |
| 7891881 CANADA INC | 53 LOMBARDY BAIE D'URFE QC H9C 3K9 CANADA |
| 8544 FLORIDA MALL ASSOC LTD | P.O. BOX 406360 ATLANTA GA 30384 |
| 9132 1604 QUEBEC INC STICKY MEDIA | 1600 CROIS CLAIRE LACHINE QC H8S 1A2 CANADA |
| A25 LE LIEN INTELLIGENT | 6801 BLVD LEVESQUE E LAVAL QC H7A 0E1 CANADA |
| ABINGTON TOWNSHIP FIRE MARSHALS | 1176 OLD YORK RD ABINGTON PA 19001 |
| ABINGTON TOWNSHIP TREASURER | 1176 OLD YORK RD ABINGTON PA 19001 |
| ABSOLUTE LIMOUSINES | 2555 BLVD. COTE-VERTU OUEST STE 217 SAINT LAURENT QC H4L 4V7 CANADA |
| ACCERTIFY INC | 25895 NETWORK PL CHICAGO IL 60673 |
| ACCOUNTEMPS | 181 BAY ST, TORONTO ON M5W 5M5 CANADA |
| ACHIEVERS | 190 LIBERTY ST, SUITE 100 TORONTO ON M6K 3L5 CANADA |
| ADAM STEIN PHOTOGRAPHY | 60 EASTBOURNE AVE BEACONSFIELD QC H9W 5G9 CANADA |
| ADDMOREGROUP | 123 SHEPPARD AVE E TORONTO ON M2N 3A5 CANADA |
| ADIDAS INTERNATIONAL MARKETING BV | HOOGOORDDREEF 9A AMSTERDAM 1101 NETHERLANDS |
| AERO RUBBER COMPANY INC | 8100 W 185TH ST TINLEY PARK IL 60487 |
| AGENCE DU REVENU DU CANADA | 4695, BOUL. DE SHAWINIGAN-SUD SHAWINIGAN QC G9P 5H9 CANADA |
| AGENCE DU REVENU DU QUEBEC | 1600 RENE LEVESQUE W, FL 3 MONTREAL QC H3H 2V2 CANADA |
| AGENCE FARFALLE (AGATA S. GIUSTI) | 429 RUE MELROSE VERDUN QC H4H 1T2 CANADA |
| AGENCE QUEBEC PLUS | 101 ABENAQUIS, SUITE 201 SHERBROOKE QC J1H 4M2 CANADA |
| AIMIA US INC | 100 NORTH SIXTH STREET, SUITE 650C MINNEAPOLIS MN 55486 |
| ALABAMA STATE DEPARTMENT OF REVENUE | PO BOX 2401 MONTGOMERY AL 36140-0001 |
| ALDO GROUP INC. | 2300 EMILE BELANGER ST-LAURENT QC H4R3J4 CANADA |
| ALDO GROUP INTERNATIONAL AG | SCHOCHENMUHLESTRASSE 6 BAAR 6340 SWITZERLAND |
| ALDO MARKETING LLC | 2301 EMILE BELANGER ST-LAURENT QC H4R3J5 CANADA |
| ALDO SHOES IRELAND LIMITED | 2300 EMILE BELANGER ST-LAURENT QC H4R3J4 CANADA |
| ALESSANDRA MCGOVERN | 746 AVE AMPERE, APP 6 LAVAL QC H7N 6G7 CANADA |
| ALEXANDRE ROYAL GILBERT | 825 BLOOMFIELD AVE OUTREMONT QC H2V 3S5 CANADA |
| ALL STATES | PO BOX 93717 LAS VEGAS NV 89193 |
| ALLEGHENY POWER | 800 CABIN HILL DR GREENSBURG PA 15601 |
| ALLIANT ENERGY | 200 1ST ST SE CEDAR RAPIDS IA 52406 |
| AMAZON FULLFILLMENT SERVICES INC | 410 TERRY AVE N SEATTLE WA 98124-5694 |
| AMBULANCE ST JEAN ST JOHN AMBULANCE | 110 BOUL CREMAZIE O, RM 10 MONTREAL ON H2P 1B9 CANADA |
| AMELIE HAECK | 935 BLVD ST JOSEPH E MONTREAL QC H2J 1K7 CANADA |
| AMEREN | PO BOX 66301 SAINT LOUIS MO 63166 |
| AMERICAN REGISTRY FOR INTERNET NUMB | PO BOX 232290 BALTIMORE MD 21275 |
| AMERICAN WHOLESALE LIGHTING AWL | 1725 RUTAN DR LIVERMORE CA 94551 |
| AMEX | 2225 SHEPPARD AVE. E TORONTO ON M2J 5C2 CANADA |
| ANALYTICS8 | 150 N MICHIGAN AVE, SUITE 1580 CHICAGO IL 60601 |
| ANDREA MAMBRO | 2083 RUE DE LA GIRONDE LAVAL QC H7K 3N2 CANADA |

| Claim Name | Address Information |
|---|---|
| ANDREA RUBIN | 1160 VAN HORNE, 203 MONTREAL QC H2V 1K2 CANADA |
| ANNAPOLIS MALL OWNER LLC | 2405 YORK ROAD SUITE 201 LOS ANGELES CA 90074 |
| ANTHONY AMIEL | 2025 RUE CUNARD LAVAL QC H7S 2N1 CANADA |
| ANTIFLAMME PURAFILTRE | 11885 ADOLPHE-CARON MONTREAL QC H1E 6J8 CANADA |
| AON REED STENHOUSE INC | 700 RUE DE LA GAUCHETIERE, RM 1800 MONTREAL QC H3B 0A4 CANADA |
| AR OCSE CLEARING HOUSE | 1515 BUILDING, 1515 W 7TH ST, STE 700 LITTLE ROCK AR 72203 |
| ARBRASKA EVENEMENTS INC | 7385 AVE PAPINEAU MONTREAL QC H2E 2G7 CANADA |
| ARIZONA DEPARTMENT OF REVENUE | 1600 W MONROE PHOENIX AZ 85007 |
| ARKANSAS DEPARTMENT OF FINANCE AND ADMIN | 1401 W CAPITAL AVE, RM 325 LITTLE ROCK AR 72201 |
| ASSOCIATION DES MARCHANDS | 1075 BLVD FIRESTONE JOLIETTE QC J6E 6X6 CANADA |
| ASTRAL MEDIA AFFICHAGE S.E.C. | 1800 AVENUE MCGILL COLLEGE MONTREAL QC H3A 3J6 CANADA |
| AT&T | PO BOX 5083 CAROL STREAM IL 60197 |
| ATLANTIC CITY ELECTRIC | PO BOX 13610 PHILADELPHIA PA 19101 |
| AUGUSTIN MARTIN DE BAUDINIERE | 5184 RUE FABRE MONTREAL QC H2J 3W5 CANADA |
| AUTORIDAD DE ACUEDUCTOS Y | PO BOX 70101 SAN JUAN PR 00936-8101 |
| AUTORIDAD DE ENERGIA ELECTRICA | PO BOX 363508 SAN JUAN PR 00936-3508 |
| AVENUE MALL LLC | 867550 RELIABLE PKWY CHICAGO IL 60686 |
| AVIATION OLYMBEC INC | 333 DECARIE MONTREAL QC H4N 3M9 CANADA |
| B C HYDRO | PO BOX 9501 VANCOUVER BC V6B 4N1 CANADA |
| B2A SERVICE INC | 986 RUE AUCLAIR LAVAL QC H7E 2W1 CANADA |
| BAGEL SEPT INC | 821 TECUMSEH MONTREAL QC H9R 4X8 CANADA |
| BALTIMORE COUNTY | 400 WASHINGTON AVE, RM 152 TOWSON MD 21204 |
| BALTIMORE COUNTY MARYLAND | 400 WASHINGTON AVENUE BALTO MD 21264-4076 |
| BAM PRODUCTIONS INC | 96A AV LAURIER O MONTREAL QC H2T 2N4 CANADA |
| BANK OF MONTREAL | 2856 DE SALABERRY MONTREAL QC H2M 1L3 CANADA |
| BANK OF MONTREAL | 129 RUE SAINT JACQUES, FLOOR 11 MONTREAL QC H2Y 1L6 CANADA |
| BANQUE NATIONALE | 206 BOULEVARD CURE LABELLE SAINTE THERESE QC J7E 2X7 CANADA |
| BANQUE ROYALE DU CANADA | 12675 SHERBROOKE EST MONTREAL QC H1A 3W7 CANADA |
| BANQUE ROYALE DU CANADA | 26 WESTMINSTER AVE N MONTREAL WEST QC H4X 1Z2 CANADA |
| BARACCO (ADA) (CALIFORNIA) | 468 N. CAMDEN DRIVE SUITE 238 BERVERLY HILLS CA 90210 |
| BARTON CREEK SQUARE | 2901 CAPITAL OF TEXAS HWY AUSTIN TX 78746 |
| BASIS RESEARCH LTD | 74 MARGARET ST LONDON W1W 8SU UNITED KINGDOM |
| BAY STATE GAS | PO BOX 742514 CINCINNATI KY 45274 |
| BAYSHORE TOWN CENTER RET | PO BOX 208261 NEW YORK NY 10008 |
| BCWSA | PO BOX 3333 HARLEYSVILLE PA 19438 |
| BD GOLANT AND F GOLANT FARAH GOLANT | 29 BAALBEC RD LONDON N5 1QN UNITED KINGDOM |
| BEACHWOOD PLACE MALL LLC | 26300 CEDAR RD BEACHWOOD OH 44122 |
| BELL ALIANT REGIONAL | 519 WESTMORLAND RD LEVEL 1 SAINT JOHN NB E2L 4K2 CANADA |
| BELL CANADA | 1 CARREFOUR ALEXANDRE GRAHAM BELL, AILE E3 VERDU QC H3E 3B3 CANADA |
| BELL CANADA DON MILLS | 44 CLOCK TOWER RD M3 DON MILLS ON M3C 0C8 CANADA |
| BELL CANADA MISSISSAUGA | 5115 CREEKBANK RD MISSISSAUGA ON L4W 5R1 CANADA |
| BELL MEDIA INC (CANADA) | 1800 AVE MCGILL COLLEGE, SUITE 1600 MONTREAL QC H3A 3J6 CANADA |
| BELL MOBILITE | 200 BOUL BOUCHARD MONTREAL QC H9S 5X5 CANADA |
| BELLWETHER PROPERTIES OF FLORIDA | FILE 50184 LOS ANGELES CA 90803 |
| BENTALL KENNEDY CANADA LP | 600 DE MAISONNEUVE W, # 510 MONTREAL QC H3A 3J2 CANADA |
| BERKEIMER | 50 N 7H ST BANGOR PA 18013 |
| BERKSHIRE LANDING NEW COMMUNITY | CINCINNATI OH 45264 |
| BERKSHIRE LANDING NEW COMMUNITY AUTH | PO BOX 645492 CINCINNATI OH 45264-5492 |

| Claim Name | Address Information |
|---|---|
| BGE | P.O. BOX 1475 PHILADELPHIA PA 19101 |
| BHLG, LLC | 12 CHRISTOPHER WAY, SUITE 102 EATONTOWN NJ 07724-3331 |
| BIANCA RUFIANGE | 725 31IEME AVE, SUITE 107 LACHINE QC H8S 4A2 CANADA |
| BIP | 1 PLACE VILLE MARIE, SUITE 2901 MONTREAL QC H3B 0E9 CANADA |
| BIS CONSULTING SC INC | 1413 GLENBURNIE RD MISSISSAUGA ON L5G 3C7 CANADA |
| BLACK HILLS ENERGY | PO BOX 6001 RAPID CITY SD 57709 |
| BLATTEIS REALTY CO INC | 44 MONTGOMERY ST, # 1288 SAN FRANCISCO CA 94104 |
| BLOC TALENT AGENCY | 630 9TH AVE NEW YORK NY 10036 |
| BLUE WATER POWER | 855 CONFEDERATION ST, SARNIA ON N7T 7L6 CANADA |
| BLUEBONNET ELECTRIC COOPERATIVE INC | PO BOX 240 GIDDINGS TX 78942 |
| BMO NESBITT BURNS | 1501 AVE MCGILL COLLEGE, RM 3200 MONTREAL QC H3A 3M8 CANADA |
| BOISE TOWNE SQUARE | 350 N MILWAUKEE ST MINNEAPOLIS MN 55486 |
| BOND SCHOENECK AND KING PLLC | 40 FOUNTAIN PL, RM 600 BUFFALO NY 14202 |
| BOROUGH OF PARAMUS | 1 JOCKISH SQ PARAMUS NJ 07652 |
| BOSTON PROPERTIES LP | 800 BOYLSTON STREET, HE PRUDENTIAL CENTER BOSTON MA 02241 |
| BOUCHAIB EL MANSOURI | 3480 JEAN PAUL SARTRE MONTREAL QC H7P 0B9 CANADA |
| BOX ARTIST MANAGEMENT | 370 BEDFORD AVE, SUITE 9 BROOKLYN NY 11249 |
| BRAINTREE ELECTRIC LIGHT DEPARTMENT | 150 POTTER RD BRAINTREE MA 02184-1364 |
| BRAM SERVICES ROBIN BROPHY | 2206 HAMPTON AVE MONTREAL QC H4R 3J4 CANADA |
| BRANDED CITIES | 250 YONGE ST, SUITE 1901 TORONTO ON M5B 2L7 CANADA |
| BRANTFORD POWER INC | 220 COLBORNE ST BRANTFORD ON N3T 1L8 CANADA |
| BRASK ENTREPRISES | PO BOX 800335 HOUSTON TX 77280 |
| BREA MALL | 1065 BREA MALL BREA CA 92821 |
| BRETZELS COLOSSAL | 4875 PANNETON LAVAL QC H7R 6H1 CANADA |
| BRIDGEWATER TOWNSHIP | 100 COMMONS WAY BRIDGEWATER NJ 08807 |
| BRIGHTEDGE TECHNOLOGIES, INC. | 989 E. HILLSDALE BLVD., SUITE 300 FOSTER CA 94404-4260 |
| BROWARD COUNTY REVENUE COLLECTOR | 115 S ANDREWS AVE FORT LAUDERDALE FL 33301 |
| BROWARD MALL LLC | FILE 51066 LOS ANGELES CA 90074 |
| BUREAU DES INFRACTIONS ET AMENDES | 1 RUE NOTRE DAME E, RM 1 MONTREAL QC H2Y 1B6 CANADA |
| BURLINGTON HYDRO | 1340 BRANT ST BURLINGTON ON L7R 3Z7 CANADA |
| BUSINESS ENTITY DATA B V | BERNHARDPLEIN 200 NETHERLAND 1097 JB NETHERLANDS |
| CA WORKERS COMP - NEW FOUNDLAND | & LABRADOR 148 FOREST RD ST. JOHN'S NL A1E 1E6 CANADA |
| CA WORKERS COMP - PRINCE EDWARD ISLAND | 14 WEYMOUTH ST CHARLOTTETOWN PE C1A 4Y1 CANADA |
| CALIFORNIA DEPT. OF TAX AND | 450 N STREET SACRAMENTO CA 94279 |
| CALIFORNIA STATE BOARD OF EQUALIZATION | 10600 WHITE ROCK RD, SUITE 141 RANCHO CORDOVA CA 95670 |
| CALIFORNIA STATE DISBURSEMENT UNIT | PO BOX 989067 WEST SACRAMENTO CA 95798 |
| CALIFORNIA TRAVEL & TOURISM COMMISS | PO BOX 101711 PASADENA CA 91189 |
| CALIFORNIA WATER SERVICE BAKERSFIEL | 3725 S H ST SAN JOSE CA 95194 |
| CAMARILLO PREMIUM OUTLETS | 740 E VENTURA BLVD, STE 504 CAMARILLO CA 93010 |
| CAMBRIDGE AND NORTH DUMFRIES HYDRO | 1500 BISHOP ST CAMBRIDGE ON N1R 7N6 CANADA |
| CANADA AND REVENUE AGENCY | 875 HERON RD OTTAWA ON K1A 1B1 CANADA |
| CANADA REVENUE AGENCY | 1050 NOTRE DAME AVENUE SUBURY ON P3A 5O2 CANADA |
| CANADIAN WORKERS COMP - BRITISH COLUMBIA | 801 30TH ST COURTENAY BC V9N 8G6 CANADA |
| CANADIAN WORKERS COMP - MANITOBA | 333 BROADWAY WINNIPEG MB R3C 4W3 CANADA |
| CANADIAN WORKERS COMP - NEW BRUNSWICK | 1 PORTLAND ST SAINT JOHN NB E2L 3X9 CANADA |
| CANADIAN WORKERS COMP - NOVA SCOTIA | 5668 SOUTH ST HALIXFAX NS B3J 2Y2 CANADA |
| CANADIAN WORKERS COMP - ONTARIO | 40 UNIVERSITY AVE #1007 TORONTO ON M5J 1T1 CANADA |
| CANADIAN WORKERS COMP - SASKATCHEWAN | 115 24 ST E SASKATOON SK S7K 1L5 CANADA |

| Claim Name | Address Information |
|---|---|
| CANADIAN WORKERS COMPENSATION - ALBERTA | 9925 107 ST NW EDMONTON AB T5K 1G4 CANADA |
| CANYON SCHMERSE | 1737 N LAS PALMAS AVE, APT 211 LOS ANGELES CA 90028 |
| CARLSBAD PREMIUM OUTLETS | 5620 PASEO DEL NORTE, SUITE 100 CARLSBAD CA 92008 |
| CAROL BAIOCCHI | 2184 CAMINO BRAZOS PLEASANTON CA 94566-5811 |
| CASTLETON SQUARE LLC | 6020 82ND ST E INDIANAPOLIS IN 46250 |
| CBRE LIMITEE | 1250 BOUL RENE-LEVESQUE O MONTREAL QC H3B 4W8 CANADA |
| CDW CANADA INC | 185 THE WEST MALL, ETOBICOKE TORONTO ON M5W 5M5 CANADA |
| CENSST | CASE POSTALE 3, SUCCURSALE DESJARDINS MONTREAL QC H5B 1H1 CANADA |
| CENTRAL HUDSON GAS AND ELECTRIC COR | 284 SOUTH AVE POUGHKEEPSIE NY 12601-4838 |
| CENTRAL MAIN POWER | 83 EDISON DRIVE AUGUSTA ME 04332 |
| CENTRAL TECHNOLOGY SERVICES | 1400 CORNWALL RD, # 5 OAKVILLE ON L6J 7W5 CANADA |
| CENTRE DE LANGUES POINT3 | 404 RUE SAINT PIERRE, RM 201 MONTREAL QC H2Y 2M2 CANADA |
| CENTRO DE RECAUDACIONES INGRESOS | P.O. BOX 195387 SAN JUAN PR 00919-5387 |
| CENTRO DE RECAUDACIONES INGRESOS | CARR 1 KM 17.2 SAN JUAN PR 00936 |
| CENTURY CITY MALL LLC | 7950 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| CHANEL HURLIN | 7400 HOLLYWOOD BLVD, SUITE 703 LOS ANGELES CA 90046 |
| CHARLESTON WATER SYSTEM | PO BOX 568 CHARLESTON SC 29402 |
| CHARLOTTE OUTLETS LLC | 225 WEST WASHINGTON STREET PHILADELPHIA PA 19182 |
| CHERRY HILL FIRE DEPARTMENT | 1100 MARLKRESS RD CHERRY HILL NJ 08003-2340 |
| CHICAGO DEPARTMENT OF FINANCE | 121 NORTH LASALLE ST # 800 CHICAGO IL 60602 |
| CHICAGO PREMIUM OUTLETS | 1650 PREMIUM OUTLET BLVD, SUITE 150 AURORA IL 60502 |
| CHIVALRY | 4029 NOTRE DAME WEST MONTREAL QC H4C 1R3 CANADA |
| CIBC VISA | P.O. BOX 4595, STATION A TORONTO ON M5W 4X9 CANADA |
| CIBC WOOD GUNDY | 600 DE MAISONNEUVE OUES, SUITE 3050 MONTREAL QC H3A 3J2 CANADA |
| CINEPLEX MEDIA | 1303 YONG ST TORONTO ON M4T 2Y9 CANADA |
| CIRCUIT COURT BALTIMORE CITY | 100 N CALVERT ST, RM 627 BALTIMORE MD 21202 |
| CIRCUS-DIV OF TREND MARKETING | 1505 LODESTAR RD TORONTO ON M3J 3C1 CANADA |
| CITIFINANCIAL CANADA INC. | P.O. BOX 57100 ETOBIOKE ON M8Y 3Y2 CANADA |
| CITIZENS GAS | 2020 N MERIDIAN ST INDIANAPOLIS IN 46207 |
| CITY AND COUNTY OF DENVER | PO BOX 17660 DENVER CO 80217 |
| CITY CLERK | 215 N D ST, STE 301 SAN BERNARDINO CA 92402-1318 |
| CITY CREEK CENTER ASSOCIATES LLC | 50 SOUTH MAIN STREET DETROIT MI 48267 |
| CITY OF ABBOTSFORD | 32315 S FRASER WAY ABBOTSFORD BC V2T 1W7 CANADA |
| CITY OF ALBUQUERQUE | CITY COUNTY BUILDING 4TH FLOOR ALBUQUERQUE NM 87103 |
| CITY OF ALTAMONTE SPRING | 225 NEWBURYPORT AVE ALTAMONTE SPRING FL 32701-3692 |
| CITY OF ALTAMONTE SPRINGS | 225 NEWBURYPORT AVE ALTAMONTE SPRINGS FL 32701 |
| CITY OF ARCADIA | 240 W HUNTINGTON DR ARCADIA CA 91066 |
| CITY OF ARLINGTON | PO BOX 90231 ARLINGTON TX 76004 |
| CITY OF ATLANTA | 55 TRINITY AVE, RM 1350 SW ATLANTA GA 30303 |
| CITY OF AVENTURA | 19200 W COUNTRY CLUB DR AVENTURA FL 33180 |
| CITY OF B ROUGE - PARISH OF E B ROUGE | PO BOX 2590 BATON ROUGE LA 70821 |
| CITY OF BAKERSFIELD | 1600 TRUXTUN AVENUE BAKERSFIELD CA 93303 |
| CITY OF BATON ROUGE | 1111 N 28TH ST BATON ROUGE LA 70821 |
| CITY OF BELLEVUE | 450 110TH AVE NE SEATTLE WA 98124-1372 |
| CITY OF BOCA RATON | 201 WEST PALMETTO PARK ROAD ATLANTA GA 30384 |
| CITY OF BOYNTON BEACH | 100 E BOYNTON BLVD BOYNTON BEACH FL 33425 |
| CITY OF BOYNTON BEACH | 100 E BOYNTON BEACH BLVD BOYNTON FL 33435 |
| CITY OF BREA | 1 CIVIC CENTER CIR BREA CA 92821 |
| CITY OF BURBANK | 275 EAST OLIVE AVENUE BURBANK CA 91510 |

| Claim Name | Address Information |
|---|---|
| CITY OF BURNABY | 4949 CANADA WAY VANCOUVER BC V6B 6R3 CANADA |
| CITY OF CALGARY | PO BOX 2100, STN. M CALGARY AB T2P 3L9 CANADA |
| CITY OF CAMARILO | 601 CARMEN DR CAMARILLO CA 93011 |
| CITY OF CARLSBAD | 1635 FARADAY AVE CARLSBAD CA 92008-7314 |
| CITY OF CERRITOS | 18125 BLOOMFIELD AVE CERRITOS CA 90709 |
| CITY OF CHARLOTTE | 600 E 4TH ST CHARLOTTE NC 28202 |
| CITY OF CHESTERFIELD | 690 CHESTERFIELD PKWY W CHESTERFIELD MO 63017 |
| CITY OF CHICAGO | 121 NORTH LASALLE ST, # 800 CHICAGO IL 60602 |
| CITY OF CHICAGO | 121 N. LASALLE STREET CHICAGO IL 60694-5242 |
| CITY OF CLEARWATER | 100 S MYRTLE AVE CLEARWATER FL 33756-5520 |
| CITY OF CLEARWATER | 100 S MYRTLE AVE CLEARWATER FL 33758 |
| CITY OF COLUMBIA BUSINESS LICENSE | 1339 MAIN ST STE 1 COLUMBIA SC 29217 |
| CITY OF CONCORD | 1950 PARKSIDE DR CONCORD CA 94519 |
| CITY OF COQUITLAM | 3000 GUILDFORD WAY COQUITLAM BC V3B 7N2 CANADA |
| CITY OF CORAL SPRINGS | 9551 WEST TEMPLE ROAD CORAL SPRINGS FL 33065 |
| CITY OF CORAL SPRINGS | PO BOX 754501 CORAL SPRINGS FL 33075-4501 |
| CITY OF COSTA MESA | 77 FAIR DRIVE COSTA MESA CA 92628 |
| CITY OF CULVER CITY | 9770 CULVER BLVD CULVER CITY CA 90232 |
| CITY OF DES PERES, MO | 12325 MANCHESTER RD DES PERES MO 63131 |
| CITY OF DORAL | 8401 NW 53RD TERRACE DORAL FL 32886-4662 |
| CITY OF DOWNEY | 11111 BROOKSHIRE AVE DOWNEY CA 90241 |
| CITY OF DUNWOODY | 4800 ASHFORD DUNWOODY RD DUNWOODY GA 30338 |
| CITY OF DURHAM DIRE DEPARTMENT | PO BOX 935667 ATLANTA GA 31193 |
| CITY OF EDMONTON | 102A AVE NW EDMONTON AB T5J 2G4 CANADA |
| CITY OF EDMONTON | 102A AVE NW EDMONTON AB T5J 3X5 CANADA |
| CITY OF ELIZABETH | 50 WINDFIELD SCOTT PLAZA ELIZABETH NJ 07201 |
| CITY OF ELIZABETH | 411 IRVINGTON AVE ELIZABETH NJ 07201 |
| CITY OF ELIZABETH | 50 WINFIELD SCOTT PLZ ELIZABETH NJ 07201 |
| CITY OF EMERYVILLE | 1333 PARK AVE RODEO CA 94572 |
| CITY OF ESCONDIDO | 201 N BROADWAY ESCONDIDO CA 92025 |
| CITY OF FAIRFIELD | 1000 WEBSTER ST FAIRFIELD CA 94533-4883 |
| CITY OF FORT LAUDERDALE | 100 N. ANDREWS ABVENUE, 5TH FLOOR TAMPA FL 33631-3689 |
| CITY OF FRESNO | 2600 FRESNO ST FRESNO CA 93718-5017 |
| CITY OF FRESNO | PO BOX 2069 FRESNO CA 93718-5017 |
| CITY OF GILROY | 7351 ROSANNA ST GILROY CA 95020 |
| CITY OF GLENDALE | 5909 N MILWAUKEE RIVER PKWY GLENDALE WI 53209 |
| CITY OF GLENDALE | 5850 W GLENDALE AVE GLENDALE AZ 85301 |
| CITY OF GRAND RAPIDS TREASURER | 300 MONROE AVE NW, RM 220 GRAND RAPIDS MI 49503 |
| CITY OF GREENVILLE | 66 RICHARDSON ST GREENVILLE SC 29602 |
| CITY OF HAMPTON | 1 FRANKLIN ST, RM 100 HAMPTON VA 23669 |
| CITY OF HENDERSONS BUSINESS | 112 S WATER ST HENDERSON NV 89009 |
| CITY OF HIALEAH | 201 PALM AVE HIALEAH FL 33010 |
| CITY OF HIALEAH | 3700 W 4TH AVE HIALEAH FL 33012-4201 |
| CITY OF KAMLOOPS | 105 SEYMOUR STREET KAMLOOPS BC V2C 2C6 CANADA |
| CITY OF KELOWNA | 1435 WATER ST KELOWNA BC V1Y 1J4 CANADA |
| CITY OF KENTWOOD | PO BOX 8848 KENTWOOD MI 48518 |
| CITY OF KITCHENER | 200 KING ST W KITCHENER ON M5H 4H2 CANADA |
| CITY OF LAKEWOOD | 480 S. ALLISON PARKWAY LAKEWOOD CA 90714-0220 |
| CITY OF LAKEWOOD | PO BOX 220 LAKEWOOD CO 90714-0220 |

| Claim Name | Address Information |
| --- | --- |
| CITY OF LANCASTER PENNSYLVANIA | 39 W CHESTNUT ST LANCASTER PA 17603-3510 |
| CITY OF LAREDO | CITY OF LAREDO LAREDO TX 78042 |
| CITY OF LAS VEGAS | 400 E STEWARD AVE LOS ANGELES CA 90074-8018 |
| CITY OF LETHBRIDGE | 910 4TH AVE SOUTH LETHBRIDGE AB T1J 0P6 CANADA |
| CITY OF LITTLE ROCK | 500 W MARKHAM ST, RM 100 LITTLE ROCK AR 72201 |
| CITY OF LIVERMORE | 1052 S LIVERMORE AVE LIVERMORE CA 94550 |
| CITY OF LONE TREE | 9220 KIMMER DR, STE 100 DENVER CO 80217 |
| CITY OF LONE TREE | PO BOX 17987 DENVER CO 80217-0987 |
| CITY OF LOS ANGELES | 200 N SPRING ST LOS ANGELES CA 90051-3996 |
| CITY OF LYNNWOOD | PO BOX 24164 LYNNWOOD WA 98046 |
| CITY OF MADISON INSPECTION UNIT | 215 MARTIN LUTHER KING JR BLVD # 017 MADISON WI 53701 |
| CITY OF MATTHEWS | 3940 GRANDVIEW AVENUE LOUISVILLE KY 40257-0097 |
| CITY OF MEDICINE HAT | 580 1ST ST SE MEDICINE HAT AB T1A 8E6 CANADA |
| CITY OF MIAMI | 1700 CONVENTION CENTER DR MIAMI BEACH FL 33139-1819 |
| CITY OF MIAMI BEACH | 1700 CONVENTION CENTER DR MIAMI BEACH FL 33139 |
| CITY OF MODESTO | 1010 10TH ST MODESTO CA 29217 |
| CITY OF MONTCLAIR | 5111 BENITO MONTCLAIR CA 91763 |
| CITY OF MONTEBELLO | 1600 W BEVERLY BLVD MONTEBELLO CA 90640 |
| CITY OF NANAIMO | 455 WALLACE ST NANAIMO BC V9R 5J6 CANADA |
| CITY OF NAPLES | 735 8TH ST S NAPLES FL 34102 |
| CITY OF NATIONAL CITY | 1243 NATIONAL CITY BLVD NATIONAL CITY CA 91950 |
| CITY OF NEW WESTMINSTER | 511 ROYAL AVE NEW WESTMINSTER BC V3L 1H9 CANADA |
| CITY OF NEWPORT NEWS | 2400 WASHINGTON AVE NEWPORT NEWS VA 23607 |
| CITY OF NORFOLK TREASURER | 100 BROOKE AVE, SUITE 400 NORFOLK VA 23510 |
| CITY OF ONTARIO | 303 E B ST ONTARIO CA 91764 |
| CITY OF ORANGE | 300 E CHAPMAN AVE ORANGE CA 92856 |
| CITY OF ORLANDO | 400 S ORANGE AVE ORLANDO FL 32802 |
| CITY OF PALM BEACH GARDENS | 10500 NORTH MILITARY TRAIL PALM BEACH GARDENS FL 33410 |
| CITY OF PALM DESERT | 73510 FRED WARING DR PALM DESERT CA 92260-2578 |
| CITY OF PEMBROKE PINES | 601 CITY CTR WAY, #413 FL 4 PEMBROKE PINES FL 33025 |
| CITY OF PENSACOLA | 222 W MAIN STREET PENSACOLA FL 32521 |
| CITY OF PHILADELPHIA | 1 S PENN SQUARE PHILADELPHIA PA 19130-6318 |
| CITY OF PLANTATION | 400 NW 73RD AVENUE PLANTATION FL 33318 |
| CITY OF RANCHO CUCAMONGA | PO BOX 4499 RANCO CUCAMONGA CA 91729 |
| CITY OF RANCHO CUCAMONGA | 10500 CIVIC CENTER DR RANCH CUCAMONGA CA 91730 |
| CITY OF REDONDO BEACH | 415 DIAMOND STREET ROSEVILLE CA 95678-0548 |
| CITY OF RICHMOND | 6911 NO 3 ROAD RICHMOND BC V6Y 2C1 CANADA |
| CITY OF RICHMOND HEIGHTS | 1330 S BIG BEND BLVD RICHMOND HEIGHTS MO 63117 |
| CITY OF RIVERSIDE | 3900 MAIN ST RIVERSIDE CA 92522 |
| CITY OF ROSEVILLE | 8839 N CEDAR AVE, # 212 FRESNO CA 93720 |
| CITY OF ROSEVILLE | 311 VERNON ST ROSEVILLE CA 95678-2649 |
| CITY OF SACRAMENTO | 915 I ST, # 1214 SACRAMENTO CA 95814 |
| CITY OF SAN BUENAVENTURA | 501 POLI ST, RM 107 CALIFORNIA CA 93002 |
| CITY OF SAN DIEGO | 1200 3RD AVE, # 100 SAN DIEGO CA 92101 |
| CITY OF SAN JOSE | 200 E SANTA CLARA ST SAN FRANCISCO CA 94139 |
| CITY OF SAN MATEO | 330 W 20TH AVE SAN MATEO CA 94403 |
| CITY OF SANTA ANA | 20 CIVIC CENTER PLZ SANTA ANA CA 92702 |
| CITY OF SANTA MONICA | 1685 MAIN ST SANTA MONICA CA 90407-2200 |
| CITY OF SANTA MONICA | PO BOX 7125 ARTESIA CA 90702 |

| Claim Name | Address Information |
|------------|---------------------|
| CITY OF SASKATOON | 222 3RD AVE NORTH, 3RD FL SASKATOON SK S7K 0J5 CANADA |
| CITY OF SASKATOON | PO BOX 7030 SASKATOON SK S7K 8E3 CANADA |
| CITY OF SAVANNAH | 140 MAIN ST SAVANNAH GA 31402 |
| CITY OF SUNRISE | 1601 NW 136TH AVE, RM A SUNRISE FL 33323 |
| CITY OF SURREY | 13450 104TH AVE SURREY BC V3T 1V8 CANADA |
| CITY OF SWEETWATER | 500 SW 109TH AVE SWEETWATER FL 33174 |
| CITY OF TACOMA | 747 MARKET ST TACOMA WA 98411 |
| CITY OF TACOMA | PO BOX 11010 TACOMA WA 98411 |
| CITY OF TAMPA | 107 N FRANKLIN ST TAMPA FL 33601 |
| CITY OF TUCSON | CITY HALL, 10TH FLOOR, 255 W. ALAMEDA TUCSON AZ 85726 |
| CITY OF VACAVILLE | 650 MERCHANT ST VACAVILLE CA 95696 |
| CITY OF VANCOUVER | 453 WEST 12TH AVE VANCOUVER BC V5Y 1V4 CANADA |
| CITY OF VICTORIA | 1 CENTENNIAL SQ VICTORIA BC V8W 1P6 CANADA |
| CITY OF VICTORVILLE | 14343 CIVIC DRIVE VICTORVILLE CA 92393 |
| CITY OF WALNUT CREEK | 1666 N MAIN ST WALNUT CREEK CA 94596 |
| CITY OF WEST COVINA | 8839 N CEDAR AVE, RM 212 FRESNO CA 93720-1832 |
| CITY OF WEST PALM BEACH | 401 CLEMATIS ST WEST PALM BEACH FL 33402 |
| CITY OF WINNIPEG | 457 MAIN ST WINNIPEG MB R3B 1B5 CANADA |
| CITY OF YONKERS | 87 NEPPERHAND AVE YONKERS NY 10701 |
| CITY TREASURER | PO BOX 2997 MADISON WI 53701 |
| CITY TREASURER | BOX 11367 TACOMA WA 98411-0367 |
| CLARK COUNTY BUSINESS LICENSE | 500 GRAND CENTRAL PKY S, 3RD FL LAS VEGAS NV 89106 |
| CLARK PUBLIC UTILITIES | PO BOX 8900 VANCOUVER WA 98668 |
| CLARKS AMERICAS, INC | 60 TOWER ROAD WALTHAM MA 02451 |
| CLARKSTOWN BUILDING INSPECTOR | 10 MAPLE AVE NEW CITY NY 10956 |
| CLEAN HARBORS ENV. SERVICES | PO BOX 9149 BOSTON MA 02241-3442 |
| CLEAN HARBORS QUEBEC INC | 1294 BOULEVARD SAINTE-MARGUERITE MERCIER QC J6R 2L1 CANADA |
| CLERK OF CIRCUIT COURT | 401 BOSLEY AVE TOWSON MD 21285 |
| CLERK OF THE COMBINED COURT | 100 JEFFERSON COUNTY PKY GOLDEN CO 80401 |
| CN | 935 DE LA GAUCHETETIERE STREET WEST MONTREAL QC H3C 0A4 CANADA |
| CNESST | 1 COMPLEXE DESJARDINS MONTREAL QC H5B 1H1 CANADA |
| COBB COUNTY | 1150 POWDER SPRINGS ST, RM 400 MARIETTA GA 30064 |
| COFACE NORTH AMERICA CREDIT INSURANCE | 1375 TRANS-CANADA, BUREAU 430 DORVAL QC H5B 1H1 CANADA |
| COFIM-MUNICIPALITY OF MAYAGUEZ | 60 CALLE DE LA CANDELARIA W MAYAGUEZ PR 00681 |
| COFIM-MUNICIPIO DE HORMIGUEROS | APARTADO 97 HORMIGUEROS PR 00660-0097 |
| COLLECTION LAMARQUE INC | 9150 MEILLEUR, RM 405 MONTREAL QC H2N 2A5 CANADA |
| COLLEGE SQUARE PROPERTIES INC | 1371 E WOODROFFE AVE NEPEAN ON K2G 1V7 CANADA |
| COLLIER COUNTY TAX COLLECTOR | 2800 N HORSESHOE DR NAPLES FL 34104 |
| COLORADO DEPARTMENT OF REVENUE | PO BOX 17087 DENVER CO 80217 |
| COLORADO DEPARTMENT OF TREASURY | 1580 LOGAN STREET DENVER CO 80203 |
| COLORADO MILLS MALL LLP | 225 WEST WASHINGTON STREET ATLANTA GA 30384 |
| COMED | PO BOX 6111 CAROL STREAM IL 60197 |
| COMITE DES GESTION DE LA TAXES SCOL | 500 BOULEVARD CREMAZIE EST MONTREAL QC H3C 5A9 CANADA |
| COMMENWEALTH OF PENNSYLVANIA | 101 N INDEPENDENCE MALL E PHILADELPHIA PA 19106 |
| COMMERCIAL FIRE LLC | 2465 ST JOHNS BLUFF RD S JACKSONVILLE FL 32246-2329 |
| COMMONWEALTH OF PR - DEPT OF TREA | PO BOX 9022501 SAN JUAN PR 00902-2501 |
| COMMONWEALTH OF VIRGINIA | 224 BALLARD ST YORKTOWN VA 23690-0316 |
| COMPTROLLER OF MARYLAND | 301 WEST PRESTON ST, 310 BALTIMORE MD 21201-2385 |
| COMPTROLLER OF MARYLAND | PO BOX 55140 BOSTON MA 05505 |

| Claim Name | Address Information |
|---|---|
| COMSTICE INC | 17288 10685-B HAZELHURST DRIVE HOUSTON TX 77043 |
| CON EDISON | PO BOX 1702 NEW YORK NY 10116 |
| CONCORDIA UNIVERSITY | 1455 DE MAISONNEUVE W, RM 331 MONTREAL QC H3G 1M8 CANADA |
| CONNECTICUT DEPT OF REVENUE SERVICES | 55 ELM ST HARTFORD CT 06106 |
| CONSTELLATION NEWENERGY INC | 14217 COLLECTIONS CTR DR CHICAGO IL 60693-0142 |
| CONSUMER ENERGY | PO BOX 740309 LANSING MI 48937 |
| CONTRA COSTA COUNTY | 2366A STANWELL CIR CONCORD CA 94520 |
| COPLAY WHITEHALL SEWER AUTHORITY | 3213 MACARTHUR RD WHITEHALL PA 18052 |
| CORAL CS LTD ASSOCIATES | 867520 RELIABLE PKY CHICAGO IL 60686 |
| CORAL SPRINGS IMPROV DIST | 10300 NW 11TH MNR CORAL SPRINGS FL 33071-6530 |
| CORAL SPRINGS POLICE DEPT RECORDS | 2801 CORAL SPRINGS DR CORAL SPRINGS FL 33065 |
| CORPORACION DES SEGURO DEL ESTADO D | PO BOX 248 BAYAMON PR 00960 |
| CORPORATION DU FORT ST-JEAN | 15 JACQUES-CARTIER N SAINT-JEAN-SUR-RICHELIEU QC J3B 8R8 CANADA |
| CORPORATION OF THE CITY OF | 511 ROYAL AVE NEW WESTMINISTER BC V3L 1H9 CANADA |
| COSERV | PO BOX 650785 DALLAS TX 75265 |
| COSSETTE COMMUNICATION INC | 2100 RUE DRUMMOND MONTREAL QC H3G 1X1 CANADA |
| COUNTRY CLUB PLAZA JV LLC | 4706 BROADWAY BLVD DETROIT MI 48267 |
| COUNTY OF ALAMEDA | 224 W WINTON AVE, RM 184 HAYWARD CA 94544 |
| COUNTY OF BUCKS | 1260 ALMSHOUSE RD, FL 4 DOYLESTOWN PA 18901 |
| COUNTY OF FAIRFAX | 12000 GOVERNMENT CENTER PKWY FAIRFAX VA 22035 |
| COUNTY OF FREDERICK | 221 GAINESBORO RD WINCHESTER VA 22604-0225 |
| COUNTY OF HENRICO VIRGINIA | PO BOX 90775 HENRICO VA 23228-0790 |
| COUNTY OF LOS ANGELES | 500 W TEMPLE ST, RM 358 LOS ANGELES CA 90051 |
| COUNTY OF LOS ANGELES | 500 W TEMPLE ST, RM 358 LOS ANGELES CA 90054-5409 |
| COUNTY OF RIVERSIDE | 4080 LEMON ST, 5TH FL RIVERSIDE CA 92502 |
| COUNTY OF SAN DIEGO | 9325 HAZARD, RM 100 SAN DIEGO CA 92123 |
| COUNTY OF SAN MATEO | 728 HELLER STREET REDWOOD CITY CA 94063 |
| COUNTY OF SANTA CLARA | 1553 BERGER DR SAN JOSE CA 95112 |
| COUNTY OF VENTURA | 800 S VICTORIA AVE VENTURA CA 93009 |
| COUR MUNICIPALE DE VILLE SAGUENAY | SAGUENAY QC G7H 5B8 CANADA |
| COURT OFFICER DAVID CARROLL | 21 CLINTON ROAD WEST CALDWEL NJ 07007 |
| COURT ORDERED COLLECTIONS | PO BOX 1329 RANCHO CORDOVA CA 95741 |
| COURTAGE DIRECT BANQUE NATIONALE | 1100 BOUL ROBERT BOURASSA, FL 7 MONTREAL QC H3B 2G7 CANADA |
| CP 3800 RECEVEUR GENERAL DU CANADA | 3800 CP SUDBURY ON P3A 0C3 CANADA |
| CPE TCHOU TCHOU | 1075 AVE SAINTE CROIX ST LAURENT QC H4L 3Z2 CANADA |
| CPS ENERGY | PO BOX 2678 SAN ANTONIO TX 78289 |
| CRAIG REALTY GROUP CASTLE ROCK LLC | 4100 MACARTHUR BLV. SUITE 100 LOS ANGELES CA 90074 |
| CREDITFAX | 555, CHABANEL OUEST SUITE 1009 MONTREAL QC H2N 2H8 CANADA |
| CREIT MANAGEMENT LIMITED | 175 BLOOR ST E, RM N500 TORONTO ON M4W 3R8 CANADA |
| CREIT MANAGEMENT LTD | 175 BLOOR ST E, RM 500 TORONTO ON M4W 3R8 CANADA |
| CROSSGATES MALL COMPANY NEWCO LLC | 1 CROSSGATES MALL RD BUFFALO NY 14267 |
| CROWN WORLD MOBILITY | 200 MAC LANE KEASBEY NJ 08832 |
| CTAQ | 6000 RUE DES TOURNELLES QUEBEC QC G2J 1E4 CANADA |
| CTS | 13839 COLLECTION CENTER DR CHICAGO IL 60693-0138 |
| CUBE HUMAN EXPERIENCE INC | 5786 EINSTEIN MONTREAL QC H4W 2Y6 CANADA |
| CULT NATION | 160 ST VIATEUR, STE 803 MONTREAL QC H2T 1X2 CANADA |
| CURALATE INC | 2401 WALNUT ST, # 502 PHILIDELPHIA PA 19103-4222 |
| CYRILLE JEAN | 140-4951 ONTARIO ST E MONTREAL QC H1V 1M3 CANADA |
| D3 LED LLC | 11370 SUNRISE PK DR RANCHO CORDOVA CA 95742-6542 |

| Claim Name | Address Information |
|---|---|
| DAMCO USA INC. | 101 PARK AVE. NEW-YORK NY 10178-0060 |
| DATASOURCE INC | 1200 NW SOUTH OUTER ROAD BLUE SPRINGS MO 64015 |
| DAVID PIKE PHOTOGRAPHY | 82 ST PATRICK ST TORONTO ON M5T 1V1 CANADA |
| DAYTON POWER AND LIGHT | 1900 GRYDEN RD DAYTON OH 45439-1744 |
| DBVISIT SOFTWARE INC | 849 ALMAR AVE, RM C190 SANTA CRUZ CA 95060-5875 |
| DC TREASURER | 1275 K ST NW # 600 WASHINGTON DC 20090 |
| DC TREASURER | PO BOX 96081 WASHINGTON DC 20090 |
| DC WATER AND SEWER AUTHORITY | PO BOX 97200 WASHINGTON WA 20090 |
| DDR DEL SOL LLC SE | P.O. BOX 536789 ATLANTA GA 30353-6789 |
| DDSS-RECEIVER GENERAL OF CANADA | 400 PLACE D'YOUVILLE MONTREAL QC H2Y 2E7 CANADA |
| DEAL IQ INC. | 100 KING ST W, SUITE 5700 TORONTO QC M5X 1C7 CANADA |
| DELAWARE DEPART OF LABOR | 4425 N MARKET ST PHILADELPHIA PA 19101 |
| DENNIS J WEAVER | 24 SUMMIT AVE HAGERSTOWN MD 21740 |
| DEPT WISCONSIN DEPARTMENT OF REVENU | PO BOX 8960 MADISON WI 53708-8960 |
| DEPTFORD TOWNSHIP | 1011 COOPER ST DEPTFORD NJ 08096 |
| DESERT HILLS PREMIUM OUTLETS | 48400 SEMINOLE DR, NO 601 CABAZON CA 92230 |
| DIRECT ENERGY | PO BOX 2427 EDMONTON AB T5J 2R4 CANADA |
| DIRECTOR OF FINANCE STATE OF HAWAII | 250 S HOTEL ST, 304 HONOLULU HI 96813 |
| DISCOVER | 2500 LAKE COOK ROAD RIVERWOODS IL 60015 |
| DISTRICT OF WEST VANCOUVER | 750 17TH ST WEST VANCOUVER BC V7V 3T3 CANADA |
| DITMAS MANAGEMENT CORP | 333 NEW HYDE PARK RD, RM 411 NEW HYDE PARK NY 11042 |
| DIVCO | 8300 BOUL PIE IX MONTREAL QC H1Z 4E8 CANADA |
| DIVISION OF CHILD SUPPORT ENFORCEME | 801 E. MAIN STREET RICHMOND VA 23218-0570 |
| DOLPHIN MALL ASSOCIATES LLC | P.O. BOX 67000 DETROIT IL 48267 |
| DOLPHIN MALL ASSOCIATES LLC | P.O. BOX 67000 DETROIT MI 48267 |
| DOMINION VIRGINIA POWER | PO BOX 26543 RICHMOND VA 23290 |
| DOUG BELDEN | 2814 E. HILLSBOROUGH AVENUE TAMPA FL 33630-3012 |
| DOUGLAS COURT TRUSTEE | 111 E 11TH ST LAWRANCE KS 66044 |
| DREAMS VISTA CANCUN | PUERTA DEL MAR LOTE 1-03, MZ 12 CANCUN QR MEXICO |
| DROPBOX INC | 185 BERRY ST 4TH FLOOR PASADENA CA 94107-1725 |
| DTE ENERGY | PO BOX 740786 CINCINNATI OH 45263 |
| DUKE ENERGY | PO BOX 1326 CHARLOTTE NC 28201 |
| DUN AND BRADSTREET | 6750 CENTURY AVE, # 305 TORONTO ON M5W 5M5 CANADA |
| DUPLITRON | 225 SAND RD, SUITE 100 FAIRFIELD NJ 07004-1575 |
| DUQUESNE LIGHT COMPANY | P O BOX 10 PITTSBURG PA 15230 |
| E J HARRISON AND SONS INC | PO BOX 4009 VENTURA CA 93007 |
| E8M2 CONSEILS INC | 391 PLACE BEAUREGARD RICHELIEU QC J3L 5R3 CANADA |
| EARL K. WOOD TAX COLLECTOR | PO BOX 545100 ORLANDO FL 32854-5100 |
| EARTH SHOES INC | 2401 BRISTOL CIR, SUITE 103 OAKVILLE ON L6H 5S9 CANADA |
| EASTVIEW MALL LLC | 7979 PITTSFORD-VICTOR ROAD BUFFALO NY 14267 |
| ECO ENTREPRISE QUEBEC EEQ | 1600 BLVD RENE LEVESQUE O MONTREAL QC H3H 2V2 CANADA |
| EDELMAN PR WORLDWIDE CANADA INC | 150 BLOOR ST W #300 TORONTO ON M5W 3N9 CANADA |
| EDUARDO ALVAREZ ALCAZAR | HAENDEL 37 MADRID SPAIN |
| EGS GROUP | 5181 AVENUE DU PARC MONTREAL QC H2V 4G3 CANADA |
| EISNERAMPER LLC | 750 THIRD AVENUE PITTSBURGH PA 15251-6635 |
| ELITE MODEL MANAGEMENT CORP | 550 QUEEN STREET EAST TORONTO ON M5A 1V2 CANADA |
| EMBALLAGES MITCHEL-LINCOLN LTEE | 3737 THIMENS BOULEVARD SAINT-LAURENT QC H4R 1V1 CANADA |
| EMI SANTA ROSA LTD PARTNERSHIP | 305 E 47TH ST CHICAGO IL 60677 |
| ENBRIDGE | PO BOX 644 SCARBOROUGH ON M1K 5H1 CANADA |

| Claim Name | Address Information |
| --- | --- |
| ENERGIE NB POWER | PO BOX CP 2000 FREDERICTON NB E1W 1C1 CANADA |
| ENERGYWORKS LANCASTER, LLC | PO BOX 37290 BALTIMORE MD 21297 |
| ENERSOURCE HYDRO MISSISAUGA | 3240 MAVIS RD MISSISAUGA ON L5C 3K1 CANADA |
| ENMAX | PO BOX 2900 STN M CALGARY AB T2P 3A7 CANADA |
| ENSBERG LAW GROUP | 1609 WEST GARVEY AVE NORTH WEST COVINA CA 91790 |
| ENTERGY | P.O. BOX 8108 BATON ROUGE LA 70891 |
| ENTRAC INC | 1689 RUE DU MARAIS, SUITE 120 QUEBEC QC G1M 0A2 CANADA |
| ENVIRONNEMENT ELECTRONIQUE (1997)EN | 7 PROM RONALD MONTREAL QC H4X 1M9 CANADA |
| ENWIN UTILITIES LTD | 787 OUELLETTE AVE WINDSOR ON N9A 4J4 CANADA |
| EPARGNE PLACEMENT QUEBEC | 333 GRANDE ALLEE, BUREAU 300 QUEBEC CITY QC G1R 5W3 CANADA |
| EPCOR | PO BOX 500 EDMONTON AB T5J 3Y3 CANADA |
| EQUIFAX CANADA INC. | 7100, RUE JEAN-TALON EST 8E ETAGE MONTREAL QC H1M 0A3 CANADA |
| ERIKSON LAW GROUP | ATTN:DAVID ALDEN ERIKSON, ANTOINETTE WALLER, S. RYAN PATTERSON, (COUNSEL TO CURTIS KULIG), 200 NORTH LARCHMONT BLVD LOS ANGELES CA 90004 |
| ERTL LAW | 330 BAY ST TORONTO ON M5H 2S8 CANADA |
| ESCAMBIA COUNTY TAX COLLECTOR | 4051 BARRANCAS AVE SUITE A PENSACOLA FL 32591 |
| ESDC | PO BOX 3333 MATANE QC G4W 4R9 CANADA |
| ESP TRENDLAB | 530 SEVENTH AVE, LEVEL M-1 NEW YORK NY 10018-4878 |
| ETON TRAVEL AGENCY LTD | 104-105 HIGH ST ETON SL4 6AF UNITED KINGDOM |
| EVENKO.CA | 1275 RUE SAINT ANTOINE O MONTREAL QC H3B 5L2 CANADA |
| EWH ESCONDIDO ASSOCIATES LP | FILE 55697 LOS ANGELES CA 90074 |
| EXECUTIVE HEALTH SERVICES | 4175 SAINTE CATHERINE ST W, RM 704 WESTMOUNT QC H3Z 3C9 CANADA |
| EXPERTECH INC | 1000 BOUL ST JEAN, BUREAU 321 MONTREAL QC H9R 5P1 CANADA |
| EXPORT DEVELOPMENT CANADA | 150 SLATER ST OTTAWA ON K1P 5M8 CANADA |
| EXPORT DEVELOPMENT CANADA (EDC) | 155 WELLINGTON ST. WEST, SUITE 3120 TORONTO ON M5V 3L3 CANADA |
| EXTINCTEURS NATIONEX INC | 4845 RUE DE CHARLEROI MONTREAL NORD QC H1H 1V5 CANADA |
| F C DEVELOPMENT LLC | PHILADELPHIA PA 19182 |
| F K Y INVESTMENTS LTD IN TRUST | 245 FAIRVIEW MALL DR, # 438 TORONTO ON M2J 4T1 CANADA |
| FAIRFAX COMPANY OF VIRGINIA LLC | 11750 FAIR OAKS MALL DETROIT MI 48267 |
| FAMILY SUPPORT REGISTRY | 157 SHERMAN ST #5 DENVER CO 80201 |
| FASHION CTR AT PENTAGON CITY | 1100 S HAYES ST ARLINGTON VA 22202 |
| FASHION OUTLETS OF CHICAGO LLC | 5220 FASHION OUTLETS WAY LOS ANGELES CA 90084 |
| FASHION RETAIL GROUP INC | 68 WHITE STREET, SUITE 7-15 RED BANK NJ 07701 |
| FASTSIGNS | 1140 W BARDIN RD, SUITE 100 ARLINGTON TX 76017 |
| FATIMA KEITA | 480 AVE DU PARC MONTREAL QC H2V 4E6 CANADA |
| FBG HARRIMAN UPPER RETAIL LLC | 810 SEVENTH AVE, FL 10 NEW YORK NY 10019 |
| FDACS | 407 S. CALHOUN, 1ST FL TALLAHASSEE FL 32399-0800 |
| FDB 250 LLC | 316 E 89TH ST NEW YORK NY 10128 |
| FDNY | 9 METROTECH CENTER BROOKLYN NY 11201-3857 |
| FDRA | 1319 F ST NW, RM 700 WASHINGTON WA 20004 |
| FEDEX | PO BOX 7221 PASADENA CA 91109-7321 |
| FERMOS MANUFACTURING INC | 6650 CH DE LA COTE DE LIESSE ST LAURENT QC H4T 1E3 CANADA |
| FERO TRANSPORT | 85 RUE DE LA RHAPSODIE NOTRE DAME DE L'ILE PERROT QC J7V 8P1 CANADA |
| FERRAIUOLI LLC | 221 PONCE DE LEON AVE SAN JUAN PR 00917 |
| FERRELL (ADA) CLASS ACTION (CALIFORNIA) | 4100 NEWPORT PLACE SUITE 800 NEWPORT BEACH CA 92660 |
| FILA CANADA ULC | HOWE ST, 20TH FL VANCOUVER BC V6C 3R8 CANADA |
| FINANCE COMMISSIONER | PO BOX 4199 NEW YORK NY 10261-4199 |
| FINANCE COMMISSIONER | PO BOX 4199, CHURCH STREET STATION NEW YORK NY 10272 |
| FINANCIERE BANQUE NATIONALE | 16766 RTE TRANSCANADIENNE, STE 503 KIRKLAND QC H9H 4M7 CANADA |

| Claim Name | Address Information |
| --- | --- |
| FIRE PREVENTION BUREAU | 47 BROAD ST EATONTOWN NJ 07724 |
| FIRSTONSITE RESTORATION LIMITED | 60 ADMIRAL BLVD MISSISSAUGA ON L5T 2W1 CANADA |
| FIVE STAR CHECK CASHING | 1432 GOOD HOPE RD SE WASHINGTON DC 20020 |
| FLEX FACTS | 1200 RIVER AVE. SUITE 10E LAKEWOOD NJ 08701 |
| FLEXFACTS | 1200 RIVER AVENUE LAKEWOOD NJ 08701-5657 |
| FLIPP CORPORATION | 3250 BLOOR ST W UNIT 300 TORONTO ON M5W 5M5 CANADA |
| FLORIDA DEPARTMENT OF FINANCIAL SER | 200 E. GAINES STREET TALLAHASSEE FL 32399 |
| FLORIDA DEPARTMENT OF REVENUE | PO BOX 8500 TALLAHASSEE FL 32314 |
| FLORIDA DEPT OF REVENUE | 5050 W TENNESSEE ST TALLAHASSEE FL 32314 |
| FLORIDA POWER AND LIGHT | GENERAL MAIL FACILITY MIAMI FL 33188-0001 |
| FLORIDA PROPERTY TAX SERVICES | 7750 SW 117 AVE, SUITE 302 MIAMI FL 33183 |
| FOAM CREATIONS | 1500 RUE DES TANNEURS QUEBEC QC G1N 4S8 CANADA |
| FOND DE PLACEMENT IMMOBILIER | 2820 BLVD LAURIER T3, RM 850 QUEBEC QC G1V 2M1 CANADA |
| FONDS DES PENSIONS ALIMENTAIRES | 3800 RUE DE MARLY STE-FOY QC G1X 4A5 CANADA |
| FONDS DES PENSIONS ALIMENTAIRES | 155 BOUL RENE-LEVESQUE W MONTREAL QC H5B 1A5 CANADA |
| FOOD AND DRUG ADMINISTRATION | 15 SUNNEN DR, STE 113 SAINT LOUIS MO 63197 |
| FORM FITNESS CLUB | 9631 CLEMENT MONTREAL QC H8R 4B4 CANADA |
| FORM STUDIOS | 8604 RUE CENTRALE LASALLE QC H8P 1N4 CANADA |
| FORTISBC ELECTRICITY INC | PO BOX 8970 VANCOUVER BC V6B 4E2 CANADA |
| FORTISBC NATURAL GAS INC | PO BOX 6666 STN TERMINAL VANCOUVER BC V6B 6M9 CANADA |
| FOUNDATION NEW YORK | 594 BROADWAY, SUITE 601 NEW YORK NY 10012 |
| FOX RIVER SHOPPING CENTER LLP | 4301 WEST WISCONSIN AVE MINNEAPOLIS MN 55486 |
| FRANCHISE TAX BOARD | PO BOX 942867 SACRAMENTO CA 94267 |
| FRANCO SARTO-DIV OF TREND MARKETING | 1502 LODESTAR RD TORONTO QC M3J 3C1 CANADA |
| FRANCOIS CAMIRAND | 304 RUE DES ROSELINS VERDUN QC H3E 1X8 CANADA |
| FRANK GARCIA | 2210 RUE CHARLES DAUDELIN LONGUEUIL QC J4N 0G2 CANADA |
| FREEHOLD TOWNSHIP FIRE BUREAU | 1 MUNICIPAL PLAZA FREEHOLD NJ 07728 |
| FRONTSTREET FACILITY SOLUTIONS INC | 4170 VETERANS MEMORIAL HIGHWAY NEWARK NJ 07101 |
| FUNDEX INVESTMENTS IN TRUST | 3761 BOUL DES SOURCES DOLLARD DES ORMEAUX QC H9B 2K4 CANADA |
| GABRIELA SAMAAN | 205 RUE TREPANIER LILE BIZARD QC H9C 3A2 CANADA |
| GARTNER U.K LIMITED | TAMESIS, THE GLANTY EGHAM SY TW20 9AH UNITED KINGDOM |
| GASTON COUNTY EMERGENCY MEDICAL | 615 N HIGHLAND ST LEWISVILLE NC 27023-0429 |
| GAZ METRO | C.P. 6115 MONTREAL QC H3C 4N7 CANADA |
| GAZ METROPOLITAIN | 1717 RUE DU HAVRE MONTREAL QC H2K 2X3 CANADA |
| GB TRAVEL CANADA COMPANY | 145 WELLINGTON ST W, SUITE 900 TORONTO ON M5J 1H8 CANADA |
| GDF TECHNOLOGIES INC | 5 RUE GOODFELLOW DELSON QC J5B 1V2 CANADA |
| GEORGE E BERGER AND ASSOCIATES LLC | 86 YONKERS AVE TUCKAHOE NY 10707 |
| GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY CENTER BLVD NE ATLANTA GA 30345 |
| GEORGIA DEPARTMENT OF REVENUE | 4125 WELCOME ALL RD, 701 ATLANTA MD 30349 |
| GEORGIA POWER | 96 ANNEX ATLANTA GA 30396-0001 |
| GESTION IMMOBILIERE YOUVILLE | 1019 MAISONNEUVE OUEST MONTREAL QC H3A 3C8 CANADA |
| GGP FOUR SEASONS LP (STORAGE) | 410 FOUR SEASONS TOWN CTR GREENSBORO NC 27427 |
| GGP LTD PARTNERSHIP | 350 N ORLEANS ST STE 300 MINNEAPOLIS MN 60654-1607 |
| GGP STATEN ISLAND MALL LLC | 2655 RICHMOND AVE STATEN ISLAND NY 10314 |
| GILA RIVER INDIAN COMM OFF OF TREASURER | 1576 - A NELSON ROAD CHANDLER AZ 85226 |
| GILA RIVER INDIAN COMMUNITY | PO BOX 97 SACATON AZ 85247 |
| GKC ARCHTECTES | 7275 SAINT URBAIN, BUR 100 MONTREAL QC H2R 2Y5 CANADA |
| GLENDALE II MALL ASSOCIATES LLC | 100 W BROADWAY, SUITE 100 GLENDALE CA 91210 |
| GLOUCESTER TOWNSHIP FIRE DISTRICT 4 | 14 W CENTRAL AVE BLACKWOOD NJ 08012 |

| Claim Name | Address Information |
|---|---|
| GLUCK LAW FIRM P.C. | ATTN: JEFFREY S. GLUCK (COUNSEL TO CURTIS KULIG) 602 N SWWEETZER AVENUE LOS ANGELES CA 90048 |
| GOBIERNO MUNICIPAL AUTONOMO | APARTADO 8 CAROLINA PR 00986-0008 |
| GOOGLE CAD INC | 111 RICHMOND ST W #12 TORONTO ON M5W 4L1 CANADA |
| GRANDCHAMP CHAPITEAUX INC | 450 ST PAUL REPENTIGNY QC J5Z OC8 CANADA |
| GRAPPE MMODE | 372 SAINTE CATHERINE, RM 432 MONTREAL QC H1V 1A6 CANADA |
| GREAT MALL | 447 GREAT MALL DR MILPITAS CA 95035 |
| GREEN WASTE MALL SERVICES | PO BOX 94258 LAS VEGAS NV 89193 |
| GRENICO INC | 1875 RUE VILLENEUVE ST EMILE QC G3E 1N6 CANADA |
| GREY FOREST UTILITIES | PO BOX 258 HELOTES TX 78023 |
| GROUPE CHARTEAU MIRAGE | 1609 BLVD SAINT ELZEAR O LAVAL QC H7L 3N6 CANADA |
| GROUPE CORLAB | 175 RUE PEEL MONTREAL QC H3C 2G6 CANADA |
| GROUPECHO CANADA INC. | 1 PLACE LAVAL LAVAL QC H7N 1A1 CANADA |
| GS1 CANADA | 1500 DON MILLS RD, NORTH YORK TORONTO ON M5W 5W6 CANADA |
| GUELPH HYDRO | 395 SOUTHGATE DR GUELP ON N1G 4Y1 CANADA |
| GULF POWER | 1 ENERGY PL PENSACOLA FL 32520-0001 |
| GURNEE MILLS LLC | 6170 W GRAND AVE ATLANTA GA 30384 |
| GWINNETT COUNTY | 75 LANGLEY DR LAWRENCEVILLE GA 30046 |
| GXS | 2680 SKYMARK AVE SUITE 500 TORONTO ON M5W 2C5 CANADA |
| HAGGAR CANADA CO | 777 SUPERTEST RD NORTH YORK ON M3J 2M9 CANADA |
| HALTON HILLS SHOPPING CENTER PARTNE | 3850 STEELES AVE W TORONTO ON M5W 1C1 CANADA |
| HAWAIIAN ELECTRIC CO IN | 1001 BISHOP ST HONULULU HI 96812 |
| HOGAN LOVELLS US LLP | 875 THIRD AVE NEW YORK NY 10022-6225 |
| HOLLAND & KNIGHT LLP | 200 SOUTH ORANGE AVENUE, STE 2600 ORLANDO FL 32886-4084 |
| HOOP REALTY INC DEVONSHIRE MALL | 3100 HOWARD AVE WINDSOR ON N8X 3Y8 CANADA |
| HOOP REALTY INC QUINTE MALL | 390 N FRONT ST BELLEVILLE ON K8P 3E1 CANADA |
| HORIZON UTILITIES CORPORATION | 703 HAMILTON REGIONAL RD 8 HAMILTON ON L8N 3E4 CANADA |
| HOTEL HORIZON | 297 CHEMIN MAPLE SUTTON QC J0E 2K0 CANADA |
| HOUSTON GALLERIA | 5085 WESTHEIMER, SUITE 4850 HOUSTON GALLERIA TX 77056 |
| HOUSTON PREMIUM OUTLETS | 29300 HEMPSTEAD RD, SUITE 400 CYPRESS TX 77433 |
| HRSD | P.O. BOX 37097 CHARLOTTE NC 28272 |
| HUNT DIVERSIFIED MARKETING INC | 5420 TIMBERLEA BLVD MISSISSAUGA ON L4W 2T7 CANADA |
| HYDRO ELECTRIC COMM OF KITCHENER WI | 301 VICTORIA ST S KITCHENER ON N2M 3A2 CANADA |
| HYDRO ONE NETWORKS INC | PO BOX 4102 TORONTO ON M5W 3L3 CANADA |
| HYDRO QUEBEC | 140, CREMAZIE OUEST, 1ER ETAGE MONTREAL QC H2P 1C3 CANADA |
| HYDRO WESTMOUNT | 4333 SHERBROOKE WESTMOUNT QC H3Z 1E2 CANADA |
| IBISWORLD INC | 11755 WILSHIRE BLVD, # 11 LOS ANGELES CA 90025 |
| IDAHO STATE TAX COMMISSION | PO BOX 36 BOISE ID 83722 |
| ILLINOIS DEPARTMENT OF REVENUE | 101 W JEFFERSON ST SPRINGFIELD IL 62702 |
| ILLINOIS STATE TREASURER'S OFFICE | 1 W OLD STATE CAPITOL PLAZE, RM 400 SPRINGFIELD IL 62701 |
| IMPRIMERIE L'EMPREINTE INC | 4177 BOUL INDUSTRIAL LAVAL QC H7L 6H8 CANADA |
| INCORPORATED VILLAGE OF LAKE GROVE | 980 HAWKINS AVE LAKE GROVE NY 11755 |
| INDIANA DEPARTMENT OF REVENUE | 100 N SENATE AVE INDIANAPOLIS IN 46204 |
| INMOMENT INC | 10355 SO JORDAN GATEWAY, # 600 SOUTH JORDAN UT 84095-3916 |
| INMOMENT INC-CAD | 2121 ARGENTIA ROAD, SUITE 200 MISSISSAUGA ON L5N 2X4 CANADA |
| INNPOWER CORPORATION | 7251 YONGE ST INNISFIL ON L9S 2M6 CANADA |
| INTELLIGENT ENERGY | 7 DUNWOODY PARK ATLANTA GA 30348 |
| INTERMOUNTAIN RURAL ELECTRIC | 5496 N HWY 85 SEDALIA CO 80135-8600 |
| INTERSTATE WASTE SERVICES | 300 FRANK W BURR BLVD, SUITE 39 TEANECK NJ 07666-6730 |

| Claim Name | Address Information |
|---|---|
| INVESTISSEMENT MANUVIE | 42 RUE ABERDEEN SAINT-LAURENT QC J4P 1R4 CANADA |
| INVESTISSEMENT QUEBEC | 413, RUE SAINT-JACQUES, BUREAU 500 MONTREAL QC H2Y 1N9 CANADA |
| INVISIONAPP INC. | 41 MADISON AVE FLR 25 NEW YORK NY 10087 |
| IOWA DEPARTMENT OF REVENUE | PO BOX 10412 DES MOINES IA 50306 |
| IPANEMA-DIV OF TREND MARKETING | 1504 LODESTAR RD TORONTO ON M3J 3C1 CANADA |
| IT GETS SUNSET PROJECT | 7288 SUNSET BLVD, SUITE 207 LOS ANGELES CA 90045 |
| IVANHOE CAMBRIDGE II INC SOUTHGATE | 5015 111TH ST NW, RM 51 EDMONTON AB T6H 4M6 CANADA |
| IVANHOE CAMBRIDGE INC | 1153 56TH ST DELTA BC V4L 2P8 CANADA |
| IVANHOE CAMBRIDGE INC-STE FOY | 2700 BOUL LAURIER, BLDG 1000 QUEBEC QC G1V 4J9 CANADA |
| IVANHOE STE-FOY INC | 2700 BOUL LAURIER, SUITE 1000 QUEBEC QC G1V 4J9 CANADA |
| J. COURTNEY CUNNINGHAM, PLLC | 8950 SW 74TH COURT, SUITE 2201 (COUNSEL TO LUCIUS (ADA)) MIAMI FL 33156 |
| JACK NUNEZ MELGAR | 2449 94TH ST EAST ELMHURST NY 11369-1129 |
| JAMES BROWN | 3756 SANTA ROSALIA DRIVE SUITE 326 LOS ANGELES CA 90008 |
| JCP&L | PO BOX 3687 AKRON OH 44309 |
| JEFFERSON COUNTY DEPARTMENT OF REVENUE | PO BOX 830710 BIRMINGHAM AL 35283-0710 |
| JEFFERSON DEPARTMENT OF WATER | 4500 WESTBANK EXPRESS WAY MARRERO LA 70072-3143 |
| JEFFERSON PARISH SHERIFF'S OFFICE | 1233 WESTBANK EXPRESSWAY GRETNA LA 70054 |
| JEFFERSON PARISH SHERIFF'S OFFICE | PO BOX 248 GRETNA LA 70054 |
| JERSEY CITY FIRE DEPARTMENT | 465 MARIN BLVD JERSEY CITY NJ 07302 |
| JERSEY SHORE PREMIUM OUTLETS | 1 PREMIUM OUTLETS BLVD TINTON FALLS NJ 07753 |
| JESSIKA CHIASSON | 3882 SAINT-ZOTIQUE EST MONTREAL QC H1X 1E8 CANADA |
| JFI GLOBAL PURCHASING LIMITED | 50 MAPLEHURST DR BROWNSBURG IN 46112 |
| JFL MEDIA FORMATION | 651 NOTRE DAME O MONTREAL QC H3C 1H9 CANADA |
| JMBM JEFFER MANGELS BUTLER & | 1900 AVENUE OF THE STARS LOS ANGELES CA 90067-4308 |
| JOHNSON CONTROLS FIRE PROTECTION LP | 5757 N. GREEN BAY AVE. PALATINE IL 60055-0320 |
| JONES LAKE PLACE OFFICE COMPLEX | 1600 MAIN ST, SUITE 220 MONCTON NB E1E 1G5 CANADA |
| JORDAN CREEK TOWN CENTER LLC | 101 JORDAN CREEK PARKWA, SUTE 12518 WEST DES MOINES IA 50266 |
| JOSEF SEIBEL SHOES CANADA LTD | 2153 192ND ST, RM 2 SURREY BC V3Z 3W6 CANADA |
| JUDY INC | 21 ISABELLA ST TORONTO ON M4Y 1M7 CANADA |
| K84 RECEIVER GENERAL OF CANADA | 400 PLACE D'YOUVILLE MONTREAL QC H2Y 2E7 CANADA |
| KANSAS CITY POWER AND LIGHT | 50 E 13TH ST #200 KANSAS MO 64121 |
| KANSAS DEPARTMENT OF REVENUE | 900 SW JACKSON RM 201 TOPEKA KS 66612 |
| KAPIES VALLIPURAM | 1421 PAINTER CIRCLE ST LAURENT QC H4L 3C2 CANADA |
| KARIN ELDOR | 4950 AVE GLENCAIRN MONTREAL QC H3W 2B2 CANADA |
| KENTUCKY AMERICAN WATER | PO BOX 371332 PITTSBURGH PA 15250 |
| KENTUCKY CHILD SUPPORT ENFORCEMENT | 275 E. MAIN ST. LEXINGTON KY 40512-4059 |
| KENTUCKY DEPARTMENT OF REVENUE | PO BOX 181 STATION 67 FRANKFORT KY 40602-0181 |
| KENWOOD MALL LLC (STORAGE) | 7875 MONTGOMERY RD CINCINNATI OH 45236 |
| KEYSTONE FLORIDA PROPERTY HOLDING C | 2414 E. SUNRISE BLVD CHICAGO IL 60694 |
| KEYWEST LOCK & SAFE | 4291 HOLLAND RD, SUITE 113 VIRGINIA BEACH VA 23452-1939 |
| KING OF PRUSSIA | 160 GULPH RD N, SUITE 2700 KING OF PRUSSIA PA 19406 |
| KNECT 365 | TWO INTERNATIONAL PLACE BOSTON MA 02241-3685 |
| KPMG LLP | T4348 STATION A TORONTO ON M5W 7A6 CANADA |
| LA CABANE ROSE 2 INC | 4320 PIERRE DE COUBERTIN MONTREAL QC H1V 1A6 CANADA |
| LA CIENEGA PARTNERS LIMITED PARTNER | 200 EAST LONG LAKE ROAD DETROIT MI 48267 |
| LA COMPAGNIE RED CARPET & RUG INC | 4333 SAINTE CATHERINE OU, SUITE 630 WESTMOUNT QC H3Z 1P9 CANADA |
| LA DEPARTMENT OF WATER | JOHN FERRARO BUILDING, 111 NORTH HOPE ST. LOS ANGELES CA 90030 |
| LA GLORIA HONG KONG LIMITED | QD 4118 CHAI WAN CHEUNG LEE HONG KONG |
| LACROIX & HEROES | 6751 A BLVD ST LAURENT, 3ND MONTREAL QC H2S 3C8 CANADA |

| Claim Name | Address Information |
|---|---|
| LAFAYETTE PARISH SCHOOL SYSTEM | 1290 S PUBLIC RD LAFAYETTE CO 80026 |
| LAFAYETTE UTILITIES SYSTEMS LUS | PO BOX 4024-C LAFAYETTE LA 70502 |
| LAKE COUNTY PUBLIC WORKS DEPARTMENT | 650 WINCHESTER RD LIBERTYVILLE IL 60048 |
| LAKEY WOLF COMPANY INC | 7 PETER COOPER RD, SUITE 2F NEW YORK NY 10010 |
| LANGLOIS AVOCATS | 1250 BOUL RENE-LEVESQUE O, FLOOR 30 MONTREAL QC H3B 4W8 CANADA |
| LAREDO OUTLET SHOPPES LLC | 1600 WATER STREET, STE A155 CHICAGO IL 60680 |
| LARSON & GASTON LLP | 200S LOS ROBLES AVE, SUITE 530 PASADENA CA 91101 |
| LAS AMERICAS PREMIUM OUTLETS | 4211 CAMINO DE LA PLAZA, SUITE 176 SAN DIEGO CA 92173 |
| LASER MAIL ASIA LIMITED | 1 ON YIP ST SIU SAI WAN HONG KONG |
| LAST GANG RECORDS INC | 134 PETER ST, SUITE 700 TORONTO ON M5V 2H2 CANADA |
| LAVERY AVOCATS | 1 PLACE VILLE-MARIE, BUR 4000 MONTREAL QC H3B 3Y1 CANADA |
| LAWRENCE TOWNSHIP CODE | 2207 LAWRENCEVILLE RD LAWRENCEVILLE NJ 08648 |
| LE CLUB DE HOCKEY CANADIEN INC | 1909 AVE DES CANADIENS DE MONTREAL MONTREAL QC H4B 5G0 CANADA |
| LE STUDIO POP BALLONS S E N C | 4710 ST AMBROISE OFFICE 120 MONTREAL QC H4C 2C7 CANADA |
| LEAH PRESENTS INC | 2311 W EMPIRE AVE BURBANK CA 91504 |
| LEESBURG CORNER PREM OUTLETS | 241 FORT EVANS RD NE, SUITE 241 LEESBURG VA 20176 |
| LEGAL LOGIK INC | 200 7575 RUE TRANSCANADIENNE MONTREAL QC H4T 1V6 CANADA |
| LEHIGH VALLEY MALL, LLC | PHILADELPHIA PA 19182 |
| LENOVO CANADA INC | 55 IDEMA RD, MARKHAM TORONTO ON M5W 5N9 CANADA |
| LENOX SQUARE | 3393 PEACHTREE RD NE ATLANTA GA 30326 |
| LES DELICES LAFRENAIE | 8405 RUE LAFRENAIE SAINT LEONARD QC H1P 2B3 CANADA |
| LES ENCEINTES ACOUSTIQUES UNISSON | 685 RANG RIVIERE NORD ST ROCH DE L'ACHIGAN QC J0K 3H0 CANADA |
| LES INSTALLATIONS DECORATIVES | 1528 RUE MAZURETTE MONTREAL QC H4H 1H2 CANADA |
| LES PRODUCTIONS HERD INC | 5333 AV CASGRAIN, SUITE 611 MONTREAL QC H2T 1X3 CANADA |
| LES PRODUCTIONS PRIME TIME TV INC | 1730 ST PATRICK, # 819 MONTREAL QC H3K 0B2 CANADA |
| LEXINGTON FAYETE URBAN COUNTY | 200 E MAIN ST CINCINNATI OH 45274 |
| LG AND E | PO BOX 9001960 LOUISVILLE KY 40290 |
| LINDA SPROULL | 9853 BOUL LASALLE, RM 8 LASALLE QC H8R 2N9 CANADA |
| LIPA LONG ISLAND POWER AUTHORITY | PO BOX 888 HICKSVILLE NY 11802 |
| LISA CAROLINE PETARDI | 3067 BOUL RENE LAENNEC, SUITE 302 LAVAL QC H7K 3V6 CANADA |
| LIVE FAST MEDIA LLC | 719 SOUTH LOS ANGELES STREET LOS ANGELES CA 90014 |
| LIVINGSTON MALL VENTURE | 112 EISENHOWER PKWY CHICAGO IL 60677 |
| LOANS, MOSAIK MASTERCARD, MORTGAGE | 1551 THE QUEENSWAY AVENUE TORONTO ON M8Z 1T8 CANADA |
| LONDON HYDRO | 111 HORTON ST LONDON ON N6A 4J8 CANADA |
| LONG ISLAND WATER CORP | 733 SUNRISE HWY PITTSBURG PA 15250 |
| LOOMIS EXPRESS | 200 WESTCREEK BLVD BRAMPTON ON L6T 5T7 CANADA |
| LOOMIS USD | 3290 HUMPHREY ROAD DALLAS TX 75312-0757 |
| LOS ANGELES COUNTY AGRICULTURAL | 11012 GARFIELD AVE SOUTH GATE CA 90280 |
| LOS ANGELES COUNTY SUPERIOR COURT | 1945 S HILL ST LOS ANGELES CA 90007 |
| LOUISIANA DEPARTMENT OF AGRICULTURE | 5825 FLORIDA BLVD, RM 1003 BATON ROUGE LA 70806 |
| LOUISIANA DEPARTMENT OF REVENUE | 1051 N 3RD ST, #150 BATON ROUGE LA 70802 |
| LOUISIANA DEPARTMENT OF REVENUE | 617 N 3RD ST BATON ROUGE LA 70821 |
| LOUISIANA DEPT OF TREASURY | 1051 N 3RD ST, 150 BATON ROUGE LA 70802 |
| LOUISIANA TAX FREE SHOPPING | 1450 POYDRAS ST, RM 800 NEW ORLEANS LA 70112 |
| LPT LLC DBA LPT SP LLC | 14154 COLLECTION CTR DR CHICAGO IL 60693 |
| MACERICH CERRITOS LLC | 239 LOS CERRITOS CENTER LOS ANGELES CA 90084-9466 |
| MACERICH MGMT CO AS AGENT FOR | 401 WISHIRE BLVD STE 700 LOS ANGELES CA 90084-9473 |
| MACERICH VINTAGE FAIRE LIMITED | 3401 DALE RD, SUITE 483 LOS ANGELES CA 90084 |
| MACHINELAND INC | 730 GERRARD ST E TORONTO ON M4M 1Y3 CANADA |

| Claim Name | Address Information |
|---|---|
| MADESSA PROFESSIONNEL INC. | 3080 BOUL LE CARREFOUR, SUITE 603 LAVAL QC H7T 2R5 CANADA |
| MADISON FENLEY | 12 HAMPTON WAY DOTHAN AL 36305 |
| MAINE REVENUE SERVICES | 39 STATE HOUSE STA AUGUSTA ME 04333 |
| MAINPLACE SHOPPINGTOWN LLC | 2800 N. MAIN STREET PASADENA CA 91110 |
| MALL AT MIAMI INTERNATIONAL LLC | 1455 NW 107TH AVE PITTSBURGH PA 15264 |
| MALL AT POTOMAC MILLS LLC | 2700 POTOMAC MILLS CIR, RM 307 WOODBRIDGE VA 22192 |
| MALL OF GOERGIA MANAGEMENT OFFICE | 3333 BUFORD DR, SUITE 1000 BUFORD GA 30519 |
| MANCINI AND ASSOCIATES CLIENT | 15303 VENTURA BLVD, SUITE 600 SHERMAN OAKS CA 91403 |
| MANOIR DES SABLES | 90 AVE DES JARDINS ORFORD QC J1X 6M6 CANADA |
| MANULIFE SECURITIES INC | 9800 BOUL CAVENDISH ST LAURENT QC H4M 2V9 CANADA |
| MARILYN O MARSHALL | PO BOX 2031 MEMPHIS TN 38101-2031 |
| MASSACHUSETTS DEPARTMENT OF REVENUE | 7285 PARSONS DR DIMONDALE MI 48821 |
| MATTHEW PLUNKETT | 262 BISCAYE DOLLARD DES ORMEAUX QC H9H 1R8 CANADA |
| MAX ABADIAN STUDIO INC | 1307 VAN HORNE AVE OUTREMONT QC H2V 1K7 CANADA |
| MAYFLOWER MALL | 21 SAINT CLAIR AVE E, RM 1201 TORONTO ON M4T 1L9 CANADA |
| MCCONNELL VALDES | 270 MUNOZ RIVERA AVE SAN JUAN PR 00936-4225 |
| MCKINSEY & COMPANY CANADA | 1250 BOUL RENE LEVESQUE WEST MONTREAL QC H3B 4W8 CANADA |
| MED-LEGAL | 1430 E HOLT AVE WEST COVINA CA 91793 |
| MEDIAVISUEL COMMUNICATIONS | 313 RUE DE LYS SAINT EUSTACHE QC J7P 0A8 CANADA |
| MEDRIC FILION | 910 JULES HUOT LAVAL QC H7W 0J1 CANADA |
| MEL HOPPENHEIM | 1777 CARRIE DERICK MONTREAL QC H3C 6G2 CANADA |
| MELANIE DE SA YOGA | 30 RUE JEAN YVES ILE BIZARD QC H9E 1G9 CANADA |
| MELISSA THOMPSON | 2201 OXFORD AVE MONTREAL QC H4A 2X7 CANADA |
| MEMORIAL CITY MALL LP | 303 MEMORIAL CITY DALLAS TX 75284 |
| MEMPHIS LIGHT GAS & WATER DIVISION | PO BOX 388 MEMPHIS TN 38101 |
| MENDEZ (ADA) CLASS ACTION (NY) | 175 VARICK STREET, 3RD FL. NEW-YORK NY 10014 |
| MENLO PARK MALL | 100 MENLO PK, SUITE 412 EDISON NJ 08837 |
| MERCER CANADA LIMITED | 1981 MCGILL COLLEGE AVE MONTREAL QC H3C 6R1 CANADA |
| MERRELL-DIV OF WOLVERINE | 6225 MILLCREEK DRIVE MISSISSAUGA ON L5N 9G2 CANADA |
| METRO 360 | 120 SINNOTT RD TORONTO ON M1L 4N1 CANADA |
| MG AND E | PO BOX 1231 MADISON WI 53701 |
| MIAMI-DADE COUNTY | 111 NW 1ST ST STE 710 MIAMI FL 33101 |
| MIAMI-DADE COUNTY CREDIT & | 111 NW 1ST ST, SUITE 2630 MIAMI FL 33128 |
| MIAMI-DADE FIRE RESCUE DEPARTMENT | 9300 NW 41ST ST DORAL FL 33178 |
| MIAMI-DADE TAX COLLECTOR | 200 NW 2 AVENUE MIAMI FL 33128 |
| MIAMI-DADE WATER AND SEWER DEPT | PO BOX 026055 MIAMI FL 33102 |
| MICHAEL CORRIGAN TAX COLLECTOR | 231 E FORSYTH ST, RM 300 JACKSONVILLE FL 32202 |
| MICHIGAN DEPARTMENT OF TREASURY | 110 CARROLL ST ANNAPOLIS MD 21411 |
| MICHIGAN STATE DISBURSEMENT UNIT | PO BOX 30354 LANSING MI 48909 |
| MICRO INFORMA | 3215 PITFIELD SAINT LAURENT QC H4S 1H3 CANADA |
| MIDAMERICAN ENERGY COMPANY | PO BOX 8020 DAVENPORT IA 52808 |
| MIDCOM SERVICE GROUP | 33493 W 14 MILE ROAD, SUITE 150 FARMINGTON HILLS MI 48331 |
| MIDDLESEX WATER COMPANY | PO BOX 826538 PHILADELPHIA PA 20090 |
| MIDDLETOWN OF TOWNSHIP FSI | 3 MUNICIPAL WAY LANGHORNE PA 19047 |
| MIKE FASANO TAX COLLECTOR | 14236 6TH STREET, ROOM 100 DADE CITY FL 33526 |
| MIL ITF HOOPP REALTY INC SUDBURY | 1030 BARRYDOWNE RD, RM 200 SUDBURY ON P3A 5Z9 CANADA |
| MILTON'S MOVERS | 661 ATHABASCA ST W KAMLOOPS BC V2H 1C5 CANADA |
| MINISTER DU REVENUE | 11A RUE DE LA PLACE DU COMMERCE BROSSARD QC J4W 2T9 CANADA |
| MINISTER OF FINANCE | 80 DUNDAS ST LONDON ON N6A 6A3 CANADA |

| Claim Name | Address Information |
|---|---|
| MINISTER OF FINANCE | 9676 PO BOX STN PROV GOVT VICTORIA BC V8W 9P7 CANADA |
| MINISTER OF FINANCE OF ALBERTA | 9811 109 ST EDMONTON AB T5K 2L5 CANADA |
| MINISTER OF FINANCE OF MANITOBA | 401 YORK AVENUE WINNIPEG MB R3C 0P8 CANADA |
| MINISTER OF REVENU OF QUEBEC | 3800 RUE DE MARLY MONTREAL QC H5B 1A4 CANADA |
| MINISTERE DU REVENU | 855 AVE BROADWAY, SUITE 200 SHAWINIGAN QC G9N 8N8 CANADA |
| MINISTERE DU REVENU DU QUEBEC | 1600 BOUL. RENE-LEVESQUE OUEST MONTREAL QC H3H 2V2 CANADA |
| MINISTRE DES FINANCES | 4 PLACE LAVAL, BUR 150 LAVAL QC H7N 5Y3 CANADA |
| MINISTRE DES FINANCES DU QUEBEC | 800 RUE DU SQUARE VICTORIA, FL 27 MONTREAL QC H4Z 1B7 CANADA |
| MINISTRY OF FINANCE OF BC | PO BOX 9412 STN PROV GOV VICTORIA BC V8W 9V4 CANADA |
| MINISTRY OF HEALTH | 1515 BLANSHARD ST VICTORIA BC V8W 9W6 CANADA |
| MINNESOTA REVENUE | 1260 MAIL STATION SAINT PAUL MN 55145 |
| MIRABEL OUTLET CENTRE | 19001 CHEMIN NOTRE DAME TORONTO ON M5W 1C1 CANADA |
| MISHAWAKA UTILITIES | 126 N CHURCH ST MISHAWAKA IN 46544 |
| MISSISSIPPI DEPARTMENT OF REVENUE | PO BX 1033 JACKSON MS 39215-1033 |
| MISSOURI DEPARTMENT OF REVENUE | PO BOX 1019 INDEPENDENCE MO 64051 |
| MISSOURI FAMILY SUPPORT CENTER | PO BOX 2320 JEFFERSON CITY MO 65110 |
| MISSOURI STATE TREASURER CLINT | 301 W HIGH ST, RM 157 JEFFERSON CITY MO 65101 |
| MOBILE MINI INC | 3550 DUNCANVILLE RD DALLAS TX 75265 |
| MODESTO IRRIGATION DISTRICT | PO BOX 5355 MODESTO CA 95352 |
| MONERIS | 7350 ROUTE TRANSCANADIENNE SAINT-LAURENT QC H4T-1A3 CANADA |
| MONTGOMERY COUNTY -MARYLAND BAG TAX PROG | 255 ROCKVILLE PIKE, #L215 ROCKVILLE MD 20850 |
| MONTGOMERY MALL | 230 MONTGOMERY MALL LOS ANGELES CA 90074 |
| MR CASSULO AND COPEMAN | 888 RUE VALENTINE, RM 401 QUEBEC QC G1W 5C2 CANADA |
| MULTI -MATERIAL STEWARDSHIP WESTERN | 1 ST CLAIR AVE W, 7TH FL TORONTO ON M4V 1K6 CANADA |
| MULTI MATERIAL STEWARDSHIP WESTERN | 4 ST CLAIR AVE. W. 7TH FLOOR TORONTO ON M4V 1L5 CANADA |
| MUNICIPAL COURT | 775 RUE GOSFORD MONTREAL QC H3C 4Y1 CANADA |
| MUNICIPALITY OF BARCELONETA | PO BOX 2049 BARCELONETA PR 00617 |
| MUNICIPALITY OF BAYAMON | PO BOX 1588 BAYAMON PR 00960 |
| MUNICIPALITY OF CAGUAS | PO BOX 907 CAGUAS PR 00726 |
| MUNICIPALITY OF CANOVANAS | PO BOX 1612 CANOVANAS PR 00729 |
| MUNICIPALITY OF CAROLINA | PO BOX 8 CAROLINA PR 00986-0008 |
| MUNICIPALITY OF GUAYNABO | 71370 APARTADO GUAYNABO 00970 PR 00969 |
| MUNICIPALITY OF HORMIGUEROS | PO BOX 97 HORMIGUEROS PR 00660 |
| MUNICIPALITY OF MAYAGUEZ | PO BOX 1852 MAYAGUEZ PR 00681 |
| MUNICIPALITY OF PONCE | 331709 APARTADO PONCE PR 00733-1709 |
| MUNICIPALITY OF SAN JUAN | PO BOX 70179 SAN JUAN PR 00936-8179 |
| MUNICIPIO AUTONOMO DE BARCELONETA | PKLAZA DE RCREO CLLLE GRGITTI BARCELONETA PR 00617 |
| MUNICIPIO AUTONOMO DE PONCE | 331709 APARTADO PONCE PR 00733-1709 |
| MUNICIPIO DE BAYAMON | BOX 1588 BAYAMON PR 00960 |
| MUNICIPIO DE CAGUAS | MUNO RIVERA CAGUAS PR 00726 |
| MUNICIPIO DE CANOVANAS | 2012 MUNOZ RIVERA CANOVANAS PR 00729 |
| MUNICIPIO DE GUAYNABO | 71370 APARTADO GUAYNABO PR 00970 |
| MUNICIPIO DE HORMIGUEROS | APARTADO 97 HORMIGUEROS PR 00660 |
| MUNICIPIO DE MAYAGUEZ | PO BOX 447 MAYAGUEZ PR 00581 |
| MURRAY CITY | 4646 S 500 W MURRAY UT 84123 |
| NANC CREATION DE CONTENUS | 4755 RUE PAPINEAU, 310 MONTREAL QC H2H 1V4 CANADA |
| NAOMI BEDARD | 1220 DES ORIOLES SAINTE-CATHERINE QC J5C 1R7 CANADA |
| NASHVILLE ELECTRICAL SERVICES | 1214 CHURCH ST NASHVILLE TN 37246 |

| Claim Name | Address Information |
|---|---|
| NATIONAL FUEL | PO BOX 4103 BUFFALO NY 14264 |
| NATIONAL RETAIL TENANTS ASSOCIATION | PO BOX 73 HAMPDEN MA 01036 |
| NATIONALGRID | DIV 0005 NEWARK NJ 07101 |
| NATURALIZER-DIV OF TREND MARKETING | 1503 LODESTAR RD TORONTO ON M3J 3C1 CANADA |
| NBIN INC | 130 KING ST W TORONTO ON M5X 1J9 CANADA |
| NC CHILD SUPPORT | 1020 RICHARDSON DR RALEIGH NC 27675-9012 |
| NEBRASKA DEPARTMENT OF REVENUE | 809 P ST LINCOLN NE 68508 |
| NEIMAN MARCUS | 2012 CORPORATE LANE, RM 108 NAPERVILLE IL 60563 |
| NEO-TRAFFIC MEDIA INC | 3700 ST PATRICK, SUITE 318 MONTREAL QC H4E 1A2 CANADA |
| NEVADA DEPARTMENT OF TAXATION | 555 E WASHINGTON, RM 1300 LAS VEGAS NV 89101 |
| NEVADA POWER | PO BOX 10100 RENO NV 89520 |
| NEW JERSEY FAMILY SUPPORT | PO BOX 729 TRENTON NY 08650 |
| NEW JERSEY NATURAL GAS | PO BOX 11743 NEWARK NJ 07101 |
| NEW MEXICO TAXATION AND REVENUE | SOUTH ST 1200 SANTA FE 87504 MEXICO |
| NEW NATION CREATION INC | 6750 RUE HUTCHISON, # 208 MONTREAL QC H3N 1Y4 CANADA |
| NEW YORK DEPT OF TAXATION AND FINANCE | 110 STATE ST ALBANY NY 12236 |
| NEW YORK STATE | W. A. HARRIMAN CAMPUS NEW YORK NY 12227 |
| NEW YORK STATE DEPARTMENT | W A HARRIMAN CAMPUS ALBANY NY 12227 |
| NEW YORK STATE INCOME TAX | 15 HENRY ST BINGHAMTON NY 13902-4122 |
| NEW YORK STATE INCOME TAX | 15 HENRY ST BINGHAMTON NY 13902-4124 |
| NEWFOUNDLAND LIGHT AND POWER CO LTD | PO BOX 12069 ST JOHNS NL A1B 4B6 CANADA |
| NEWPORT NEWS WATERWORKS | PO BOX 979 NEWPORT NEWS VA 23607 |
| NH DHHS | 1050 PERIMETER RD # 501 MANCHESTER NH 03108-9501 |
| NHC 24/7 | 3485 BOUL. DES ENTREPRISES TERREBONNE QC J6X 4J9 CANADA |
| NIAGARA ON THE LAKE HYDRO | 8 HENEGAN RD VIRGIL ON L0S 1J0 CANADA |
| NICOR GAS | PO BOX 5407 AURORA IL 60507 |
| NJ DIVISION OF TAXATION | PO BOX 302 TRENTON NJ 08625 |
| NOMAD GOODS INC | 1187 COAST VILLAGE RD, SUITE 638 SANTA BARBARA CA 93108 |
| NORFOLK CITY TREASURER | 810 UNION ST NORFOLK VA 23501 |
| NORFOLK OUTLETS LLC | 1600 PREMIUM OUTLETS BLVD CHICAGO IL 60677-5289 |
| NORFOLK PREMIUM OUTLET | 1600 PREMIUM OUTLETS NORLOLK VA 23502 |
| NORMANDIN BEAUDRY ACTUAIRES CONSEIL | 630 BOUL RENE-LEVESQUE O MONTREAL QC H3B 1S6 CANADA |
| NORTH CAROLINA DEPARTMENT OF REVENUE | 501 N WILMINGTON ST RALEIGH NC 27604 |
| NORTH CAROLINA DEPT OF REVENUE | PO BOX 25000 RALEIGH NC 27640-0150 |
| NORTH HILLS SCHOOL DISTRICT | 135 SIXTH AVE PITTSBURGH PA 15229-1291 |
| NORTHERN VIRGINIA ELECTRIC COOPERAT | PO BOX 34795 ALEXANDRIA VA 22334 |
| NORTHRIDGE FASHION CENTER | 9301 TAMPA AVE NORTHRIDGE CA 91324 |
| NOVA SCOTIA POWER CORPORATION | PO BOX 848 HALIFAX NS B3J 2V7 CANADA |
| NSTAR | PO BOX 56003 DALLAS TX 75266 |
| NUMBERS INTERNATIONAL LLC | 65 BELLEVUE ST GLEBE AUSTRALIA |
| NUMERO C INC | 266 RUE SIMONEAU, # 105 WINDSOR QC J1S 2V5 CANADA |
| NUNN BUSH SHOE CO | 8205 MONTREAL TORONTO BLVD, RM 100 MONTREAL WEST QC H4X 1N1 CANADA |
| NYACK WATER DEPARTMENT | 9 N BROADWAY NYACK NY 10960 |
| NYC DCA | 42 BROADWAY, FL 5 NEW YORK NY 10004 |
| NYC DEPARTMENT | 1 CENTRE ST 22ND FL NEWARK NJ 07101 |
| NYC DEPARTMENT OF FINANCE | NEW YORK NY 10008 |
| NYC DEPARTMENT OF FINANCE | PO BOX 3933 NEW YORK NY 10008-3933 |
| NYC DEPT OF FINANCE | PO BOX 2307 NEW YORK NY 10272-2307 |
| NYC FIRE DEPARTMENT | 9 METROTECH CTR NEW YORK NY 10008 |

| Claim Name | Address Information |
|---|---|
| NYC FIRE DEPARTMENT | PO BOX 412014 BOSTON MA 02241-2014 |
| NYC WATER BOARD | BOX 11863 NEWARK NJ 07101-8163 |
| NYC WATER BOARD | PO BOX 11863 PITTSBURG NY 15250 |
| NYS ASSESSMENT RECEIVABLES | 38 HAWLEY ST BININGHAMPTON NY 13902 |
| NYS CHILD PROCESSING CENTER | PO BOX 15368 ALBANY NY 12212-5363 |
| NYS DEPARTMENT OF STATE | 99 WASHINGTON AVE, # 600 ALBANY NY 12231 |
| O.C. TANNER LIMITED | IMPRIMO PARK, UNIT 6A LOUGHTON ES UNITED KINGDOM |
| O.C. TANNER RECONGNITION CO LTD | 1930 SOUTH STATE SALT LAKE UT 84115 |
| OAKRIDGE MALL LLC | FILE 55714 LOS ANGELES CA 90074 |
| OAKVILLE HYDRO ELECTRIC COMM | 861 REDWOOD SQ OAKVILLE ON L6L 6R6 CANADA |
| OCEAN TOMO LLC | 200 W. MADISON, 37TH FL CHICAGO IL 60606 |
| OFFICE OF THE SECRETARY OF STATE | 325 DON GASPAR, SUITE 300 SANTA FE NM 87501 |
| OHIO DEPARTMENT OF COMMERCE | 77 S HIGH ST COLUMBUS OH 43215 |
| OHIO DEPARTMENT OF TAXATION | PO BOX 530 COLUMBUS OH 43216 |
| OINK OINK CANDY INC | 4810 JEAN TALON OUEST, SUITE 300 MONTREAL QC H4P 2N5 CANADA |
| OKALOOSA COUNTY TAX COLLECTOR | 701 E. JOHN SIMS PARKWAY NICEVILLE FL 32578 |
| OKLAHOMA CENTRALIZED SUPPORT REGIST | PO BOX 268849 OKLAHOMA OH 73126 |
| OKLAHOMA TAX COMMISSION | 2501 NORTH LINCOLN BOULEVARD OKLAHOMA OK 73126-0920 |
| OKLAHOMA TAX COMMISSION | 2501 N LINCOLN BLVD OKLAHOMA OK 73194 |
| OLD ORCHARD URBAN LIMITED | 1681 SOLUTIONS CTR CHICAGO IL 60677 |
| OLYMPIC MALL SERVICES | PO BOX 19930 HOUSTON TX 77280 |
| OLYMPIQUES SPECIAUX | 1274 RUE JEAN-TALON EST, ST 200 MONTREAL QC H2R 1W3 CANADA |
| ONE TRUST LLC | 1200 ABERNATHY RD NE, SUITE 300 ATLANTA GA 30328 |
| ONTARIO MILLS | 1 MILLS CIRCLE, SUITE 1 ONTARIO CA 91764 |
| ONTARIO MILLS LP | 1 MILLS CIRCLE STE. 1000 ATLANTA GA 30384 |
| ONTREA INC | 220 YONGE ST, SUITE 110 TORONTO ON M5B 2H1 CANADA |
| OPB REALTY INC - PEN CENT | 1 QUEEN ST EAST, SUITE 300 TORONTO ON M5C 2W5 CANADA |
| OPB REALTY INC - PEN CENTRE | 1 QUEEN ST EAST, SUITE 300 TORONTO ON M5C 2W5 CANADA |
| OPGI MANAGEMENT LP O A OXFORD | 20 KING ST W TORONTO ON M5H 1C4 CANADA |
| OPTIMIZELY INC | 631 HOWARD STREET LOS ANGELES CA 90074-8762 |
| ORANGE AND ROCKLAND | 390 W RTE 59 SPRING VALLEY NY 10977 |
| ORANGE CITY MILLS LTD PARTNERSHIP | 225 WEST WASHINGTON STREET ATLANTA GA 30384 |
| ORANGE COUNTY BBC | 201 S ROSALIND AVE ORLANDO FL 32802 |
| ORANGE COUNTY TREASURER | 1750 S DOUGLASS RD, RM D ANAHEIM CA 92806 |
| ORIENTAL BANK | 254 MUNOZ RIVERA AVE SAN JUAN PR 00919-1426 |
| ORLAND SQUARE | 288 ORLAND SQUARE ORLAND PARK IL 60462 |
| ORLANDO OUTLET OWNER LLC | 4951 INTERNATIONAL DRIVE ORLANDO FL 32819 |
| ORLANDO UTILITIES COMMISSION | PO BOX 4901 ORLANDO FL 32802 |
| ORLANDO VINELAND PREM OUTLETS | 8200 VINELAND AVE, SUITE 750 ORLANDO FL 32821 |
| OSHAWA PUC NETWORKS INC | 100 SIMCOE ST S OSHAWA ON L1H 4G6 CANADA |
| OTTAWA POLICE SERVICE | PO BOX 9634 STATION T OTTAWA ON K1G 6H5 CANADA |
| OUTFRONT MEDIA CANADA LP | 377 HORNER AVE TORONTO ON M8W 1Z6 CANADA |
| OXYA CONSULTING INC | 111 RUE DUKE MONTREAL QC H3C 2M1 CANADA |
| P U D NO 1 OF SNOHOMISH COUNTY | PO BOX 1100 EVERETT WA 98206 |
| PAGODA INTERNATIONAL FOOTWEAR-FOB | 762-804 AVENIDA DA PRAIA GR, UNIT C MACAO 999078 CHINA |
| PALM BEACH COUNTY | 301 N. OLIVE AVENUE WEST PALM BEACH FL 33402 |
| PALM DESERT | 3321 FRED WARING DRIVE LOS ANGELES CA 90074 |
| PAPERCUT SOFTWARE INTERNATIONAL PTY | 3 PROSPECT HILL RD, LVL 1 CAMBERWELL AUSTRALIA |
| PAPETERIE LES ENTREPRISES INC | 9106 HENRI BOURASSA O ST LAURENT QC H4S 1L5 CANADA |

| Claim Name | Address Information |
| --- | --- |
| PAQUETTE & ASSOCIES S.E.N.C.R.L. | 511, PLACE DARMES, SUITE 800 MONTREAL QC H3C 0J7 CANADA |
| PATRICIA EUBANK | 3350 CLL BONITA SANTA YNEZ CA 93460 |
| PEABODY MUNICIPAL LIGHT | PO BOX 3199 PEABODY MA 01961 |
| PECO | PO BOX 11700 PHILADELPHIA PA 19101 |
| PECO PALLET CANDA INC. | 123 SLATER ST., 3RD FLOOR TORONTO ON M5W 4L1 CANADA |
| PENN POWER | PO BOX 3687 AKRON OH 44309 |
| PENN SQUARE MALL LLC | 32122 COLLECTIONS CTR DR CHICAGO IL 60693 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | 101 N INDEPENDENCE MALL E PHILADELPHIA PA 19106 |
| PENSKE MEDIA CORPORATION | 11175 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| PEPCO POTOMAC ELECTRIC POWER COMPAN | PO BOX 4863 TRENTON NJ 08650 |
| PETERBOROUGH UTILITIES COMMISSION | PETERBOROUGH UTILITIES COMMISSION PETERBOROUGH ON K9J 6Z5 CANADA |
| PETTY CASH | 2300 EMILE BELANGER MONTREAL QC H4R 3J2 CANADA |
| PFP COLUMBUS II LLC | L 3581 COLUMBUS OH 43260 |
| PG AND E PACIFIC GAS AND ELECTRIC | P.O. BOX 997300 SACRAMENTO CA 95899 |
| PGE | 121 SW SALMON ST PORTLAND OR 97208 |
| PHAIDON INTERNATIONAL US INC | 622 3RD AVENUE NEW YORK NY 10014 |
| PHILBERNARD PHOTOGRAPHE | 6649 MOLSON MONTREAL QC H1Y 3C4 CANADA |
| PHIPPS DICKSON | 18103 RTE TRANSCANADIENNE KIRKLAND QC H9J 3Z4 CANADA |
| PHYSIQUE ALIKONA FITNESS | 3 AVE DE KAMOURASKA POINTE CLAIRE QC H9S 5V2 CANADA |
| PINTO LEGAL | 99 PRINCE ST, SUITE 701 MONTREAL QC H3C 2M7 CANADA |
| PLACE DU ROYAUME INC | 1401 BLVD TALBOT CHICOUTIMI QC G7H 5N6 CANADA |
| PLACE VERTU HOLDINGS INC | 3131 BLVD DE LA COTE VERTU SAINT LAURENT QC H4R 1Y0 CANADA |
| PLANS EXAMINERS | 1000 CHURCH HILL RD, SUITE 210 PITTSBURG PA 15205 |
| PLAZA BONITA LLC | FILE 55879 LOS ANGELES CA 90074 |
| PLAZA CAROLINA MALL LP | AVENIDA JESUS M. FRAGOSO SAN JUAN PUERTO RICO PR 00936-8178 |
| PLAZA CAROLINA MALL LP | AVENIDA JESUS M. FRAGOSO SAN JUAN PR 00936-8578 |
| PODS ENTERPRISES LLC | 9611 PULASKI PARK DR STE S 308 BALTIMORE MD 21279-1003 |
| POINT 3 CENTRE DE LANGUES INC | 404 RUE SAINT PIERRE, RM 201 MONTREAL QC H2Y 2M2 CANADA |
| POLARIS ENERGY SERVICES | L 2413 MARIETTA OH 45750 |
| PORTABLE STORAGE CANADA LIMITED | 100 CANADIAN RD TORONTO ON M5W 5M5 CANADA |
| POUGHKEEPSIE GALLERIA LLC (NY) | 2001 SOUTH RD POUGHKEEPSIE NY 12602 |
| POWER STREAM | 175 SANDALWOOD PKWY WEST CONCORD ON L4K 5N2 CANADA |
| PR PATRICK HENRY LLC | 11901 DURANT AVE CLEVELAND OH 44193 |
| PR WOODLAND LIMITED PARTNERSHIP | PO BOX 73858 CLEVELAND OH 44193 |
| PREDICTIVE SUCCESS CENTRE | 310 BYRON ST SOUTH, 1 WHITBY ON L1N 4P8 CANADA |
| PREMIUM OUTLETS MONTREAL-TEMP | 19001 CH NOTRE DAME, SUITE 231 MIRABEL QC J7J 0T1 CANADA |
| PRIDE AT WORK CANADA | 192 SPADINA AVE, SUITE 312 TORONTO ON M5T 2C2 CANADA |
| PRINCE WILLIAM COUNTY | 1 COUNTY COMPLEX CT PRINCE WILLIAM VA 22195 |
| PRINTY PROMOTIONS | 9631 RUE CLEMENT MONTREAL QC H8R 4B4 CANADA |
| PRO MECANIQUE SAINT LAURENT | 3701 BOUL DE LA COTE VERTU SAINT LAURENT QC H4R 1R2 CANADA |
| PRODUCTIONS L'ELOI | 6250 RUE HUTCHISON, ST 500 C MONTREAL QC H2V 4C5 CANADA |
| PROGRESS ENERGY | PO BOX 1003 SAINT PETERSBURG FL 33733 |
| PROPERTY MANAGER | 1630 MEETING ST BLDG CHARLESTON SC 29402 |
| PROTECTION 1 ADT | 14847 W. 95TH STREET KANSAS MO 64187-2987 |
| PROTECTION INCENDIE AQUA FEU INC | 2904 RUE BERGMAN LAVAL QC H7L 3P4 CANADA |
| PROTECTION INCENDIE MULTI SERVICE I | 3879 PASCAL GAGNON TERREBONNE QC J6X 4J3 CANADA |
| PROTEGIS FIRE & SAFETY | 1812 CARGO CT LOUISVILLE KY 40269 |
| PROTOS SECURITY | 90 TOWN CTR ST, RM 202 DALEVILLE VA 24083 |
| PROVINCIAL TREASURER OF PEI | 95 ROCHFORD ST CHARLOTTETOWN PE C1A 7N1 CANADA |

| Claim Name | Address Information |
| --- | --- |
| PSE AND G CO | PO BOX 14444 NEW BRUNSWICK NJ 08906 |
| PUBLIC STORAGE | 440 LAMBERT RD E BREA CA 92821 |
| PUGET SOUND ENERGY | PO BOX 91269 BELLEVUE WA 98009 |
| PUMA NA ACCESSORIES CANADA LLC | 175 GALAXY BLVD, # 201 TORONTO ON M9W 5R7 CANADA |
| PUMA NA ACCESSORIES CANADA LLC -FOB | 175 GALAXY BLVD, RM 201 TORONTO ON M9W 5R7 CANADA |
| QRPG LP ITF BOWER PLACE | 4900 MOLLY BANISTER DR RED DEER AB T4R 1N9 CANADA |
| QUAKER ASSOCIATES LLC | 3560 NORTH BUFFALO ROAD PHILADELPHIA PA 19182 |
| QUALTRICS LLC | 333 W. RIVER PARK DRIVE PROVOT UT 84604 |
| QUEST SOFTWARE CANADA | 260 KING ST E TORONTO ON M5W 1C1 CANADA |
| R & S CHRYSLER LLC | 8000 BOX BUFFALO NY 14267-0002 |
| R TOO WORLDWIDE INC. | 1186 ROUTE 109 LINDENHURST NY 11757 |
| R. MITCHELL ROWE IN TRUST | 170 LAURIER AVE W OTTAWA ON K1P 5J2 CANADA |
| RAISONNABLE | 6900 SAINT DENIS, RM 102 MONTREAL QC H2S 2S2 CANADA |
| RAPID TRENDS ELECTRICAL | 3200 14TH AVE, 10 MARKHAM ON L3H 0H8 CANADA |
| RBC DOMINION | 1 PL VILLE MARIE, STE 300 MONTREAL QC H3B 4R8 CANADA |
| RBC ROYAL BANK | 8689 VIAU BLVD MONTREAL QC H1R 2T9 CANADA |
| RBC ROYAL BANK | 106 BEAUREPAIRE DR BEACONSFIELD QC H9W 0A1 CANADA |
| RCM ARCHITECTURAL INC | 127 DU VIEUX MOULIN ST ISIDORE QC G0S 2S0 CANADA |
| RECEIVER GENERAL OF CANADA | 409 WEBER ST W KITCHENER ON N2G 4L6 CANADA |
| RECEIVER GENERAL OF CANADA | 1050 NOTRE DAME AVE SUDBURY ON P3A 5C2 CANADA |
| RED HAWK FIRE & SECURITY | 5100 TOWN CENTER CIRCLE SE 350 ATLANTA GA 30353-0212 |
| REGIE DES ALCOOLS DES COURSES | 1 NOTRE DAME EST, # 9 MONTREAL QC H2Y 1B6 CANADA |
| REGIE DU BATIMENT DU QUEBEC | 454 BLVD CREMAZIE EST 4E ETAGE MONTREAL QC H2M 2V2 CANADA |
| REGIONAL MUNICIPALITY OF WOOD BUFFA | 9909 FRANKLIN AVE FORT MCMURRAY AB T9H 2K4 CANADA |
| REGROUPEMENT DES GESTIONNAIRES | 2100 RUE PIERRE DUPUIS, # 2000 MONTREAL QC H3C 3R5 CANADA |
| REIMER ASSOCIATES INC | 7171 APPLEBY LINE MILTONE ON L9E 0M2 CANADA |
| RELAIS EXPERT CONSEIL | 3860 BOUL COTE VERTU, SUITE 222 MONTREAL QC H4R 1V4 CANADA |
| RELIANCE HOME COMFORT | PO BOX 4504 STATION A TORONTO ON M5L 1L6 CANADA |
| REPUBLIC SERVICES | PO BOX 9001099 LOUISVILLE KY 40290 |
| RETAIL PROPERTY TRUST | CHICAGO IL 60677 |
| RETAILS ZIPLINE INC | 423 VERMONT ST SAN FRANCISCO CA 94107 |
| REVENU QUEBEC | CP5500 SUCCURSALE DESJARDINS MONTREAL QC H5B 1A8 CANADA |
| REVENU QUEBEC | 3800 RUE DE MARLY MONTREAL QC H5B 1J4 CANADA |
| REVENUE CANADA | 305 RENE-LEVESQUE BLVD W MONTREAL QC P3A 0C3 CANADA |
| REVENUE QUEBEC | 150 SAINTE-CATHERINE OUEST MONTREAL QC H2X 3Y2 CANADA |
| REYNA NUNEZ | 1526 DEBRA PL VALLEY STREAM NY 11580 |
| RGIS INVENTORY SPECIALISTS USD | 3045 W LIBERTY AVE #5C DETROIT MI 48277 |
| RHG USA LLC (RUDHOLM GROUP) | 79 MADISON AVE, SUITE 551 NEW YORK NY 10016 |
| RHODE ISLAND DIVISION OF TAXATION | 1 CAPITOL HILL, RM4 PROVIDENCE RI 02908 |
| RICH TAUBMAN ASSOCIATES | 100 GREYROCK PL DETROIT MI 48267 |
| RICHLAND COUNTY FAMILY COURT | 2020 HAMPTON ST COLUMBIA SC 29202 |
| RISKIFIED INC | 220 5TH AV, FL 13 NEW YORK NY 10001 |
| RIVER ROAD WASTE SOLUTIONS | 106 APPLE ST, SUITE 225 TINTON FALLS NJ 07724 |
| ROBCAN MECHANICAL | 8510 TORBRAM ROAD, # 62 BRAMPTON ON L6T 5C7 CANADA |
| ROBERT P DUCKWORTH | 8 CHURCH CIRCLE, RM H101 ANNAPOLIS MD 21404 |
| ROCKY BARNES LLC | 2275N BEACHWOOD DR LOS ANGELES CA 90068 |
| ROCKY MTN POWER | 1033 NE 6TH AVE PORTLAND OR 97232 |
| RODERICK V HANNAH ESQ P A | 8751 W BROWARD BLVD, SUITE 303 PLANTATION FL 33324 |
| ROGERS | 2100 BOUL. MARCEL-LAURIN VILLE ST LAURENT QC H4L 5J8 CANADA |

| Claim Name | Address Information |
|---|---|
| ROGERS COMMUNICATIONS PARTNERSHIP | 38 ELLESMERE RD SCARBOROUGH ON M1R 5P4 CANADA |
| RONALD MOSES | 111 JOHNSTR, STE 500 NEW YORK NY 10038 |
| ROOSEVELT FIELD MALL | 630 OLD COUNTRY RD GARDEN CITY NY 11530 |
| ROSEDALE SHOPPING CENTER | 29974 NETWORK PL CHICAGO IL 60673 |
| ROSEVILLE SHOPPINGTOWN LLC (STORAGE | 2049 CENTURY PARK E LOS ANGELES CA 90074-3659 |
| ROYAL BANK OF CANADA | 4400 BOUL DES SOURCES DOLLARD DES ORMEAUX QC H8Y 3B7 CANADA |
| ROYAL CROSPIN CORP | 375 PEARL ST, FL 14 NEW YORK NY 10038 |
| RR DONNELLEY | 7810 SOLUTON CTR CHICAGO IL 60677 |
| RYAN LLC | 13155 NOEL ROAD, SUITE 100 DALLAS TX 75284-8351 |
| RYAN TAX COMPLIANCE SERVICE LLC | 13155 NOEL ROAD RM100 DALLAS TX 75240 |
| RYAN TAX COMPLIANCE SERVICES LLC | 13155 NOEL RD, RM 100 DALLAS TX 75240 |
| S & P GLOBAL MARKET INTELLIGENCE | 33356 COLLECTION CTR DR CHICAGO IL 60693-0333 |
| S F SHOPPING CENTRE ASSOCIATES LP | 865 MARKET ST LOS ANGELES CA 90074 |
| SABE CREATIVE LLC | 2323 BORDEN AVE, SUITE 228 LONG ISLAND NY 11101-4508 |
| SACRAMENTO COUNTY | 4137 BRANCH CTR RD SACRAMENTO CA 95827-3823 |
| SAFETECH ALARM SYSTEMS | 121 WILLOWDALE AVE, 202 TORONTO ON M2N 6A3 CANADA |
| SAINT JOHN ENERGY | PO BOX 850 SAINT JOHN NB E2L 4C7 CANADA |
| SAINT LAURENT PROPERTY TRUST | 1010 STE CATHERINE ST W, # 1200 MONTREAL QC H3B 3S3 CANADA |
| SAINT LOUIS GALLERIA L.L.C. | 1155 SAINT LOUIS GALLERIA ST LOUIS MO 63117 |
| SAJO USD INC | 1320 BLVD GRAHAM, SUITE 129 MONT ROYAL QC H3P 3C8 CANADA |
| SAKS FIFTH AVENUE | 117 W 57TH ST CITY OF INDUSTRY CA 91716 |
| SALESFORCE COM CANADA CORPORATION | 10 BAY STREET #400 TORONTO ON M5J 2R8 CANADA |
| SALT LAKE CITY CORPORATION | 200 N ST SALT LAKE UT 84114-5458 |
| SAN DIEGO GAS AND ELECTRIC | PO BOX 25111 SANTA ANA CA 92799 |
| SAN FRANCISCO CITY OPTION | P.O. BOX 194367 SAN FRANCISCO CA 94119 |
| SAN FRANCISCO WATER DEPARTMENT | 525 GOLDEN GATE AVE SAN FRANCISCO CA 94120 |
| SAN MARCOS PREMIUM OUTLETS | 3939 HWY 35 S, SUITE 900 SAN MARCOS TX 78666 |
| SANTANDER BANK | 450 PENN ST READING PA 19602 |
| SARAH CURR | 1400 N EDGEMONT ST, APT 109 LOS ANGELES CA 90027 |
| SARASOTA | 101 S WASHINGTON BLVD SARASOTA FL 34236 |
| SASKATCHEWAN FINANCE | 2350 ALBERT REGINA SK S4P 4A6 CANADA |
| SASKTEL | 2121 SASKACHEWAN DR REGINA SK S4P 4C5 CANADA |
| SAWGRASS MILLS | 12801 W SUNRISE BLVD SUNRISE FL 33323 |
| SBCO OF AGRICULTURE WEIGHTS | 777 E RIALTO AVE SAN BERNARDINO CA 92415 |
| SCE AND G | P.O. BOX 100255 COLUMBIA SC 29202 |
| SCHINDLER ELEVATOR CORPORATION | 3640 MCNICOLL AVE TORONTO ON M5W 5Z9 CANADA |
| SCI LOGISTICS LTD | 180 ATTWELL DR, SUITE 600 TORONTO ON M9W 6H8 CANADA |
| SCOTIA BANK | 1002 SHERBROOKE OUEST/WEST, SUITE 250, MONTREAL MONTREAL QC H3A 3L5 CANADA |
| SCOTIA MCLEOD | 1002 RUE SHERBROOKE O, SUITE 300 MONTREAL QC H3A 3L6 CANADA |
| SCOTIA TRUST | 1002 RUE SHERBROOKE OUES, SUITE 540 MONTREAL QC H3A 3L6 CANADA |
| SEAL PRODUCTIONS | 5500 RUE FERRIER VILLE MONT ROYAL QC H4P 1M2 CANADA |
| SECRETARY OF STATE | 501 SOUTH 3RD STREET SPRINGFIELD IL 62756-5510 |
| SECRETARY OF THE TREASURY | 1492 AV PONCE DE LEON, 600 SAN JUAN PR 00907-4024 |
| SECURITAS CANADA LIMITED | 235 YORKLAND BOULEVARD, SUITE 400 TORONTO ON M5W 3M1 CANADA |
| SEMIS URBAINS | 1234 ROLLAND VERDUN QC H4H 2G4 CANADA |
| SERVICE CANADA | 200 BOUL RENE-LEVESQUE OUEST 3E ETAGE MONTREAL QC H3C 4H6 CANADA |
| SERVICES DES ESPACES VERTS | 4355 BLVD POIRIER SAINT LAURENT QC H4R 2A4 CANADA |
| SERVICES DYNAMO INC | 394 HORTENSE FABREVILLE QC H7P 3L4 CANADA |
| SERVICES MRO INC | 205 DUNBAR MONTREAL QC H3P 2H4 CANADA |

| Claim Name | Address Information |
|---|---|
| SERVICES NETTOYAGE PRO | 2304 RUE WESTGATE LONGUEUIL QC J4K 4R5 CANADA |
| SERVOMAX INC | 1790 BEAULAC MONTREAL QC H4R 1W8 CANADA |
| SHAHARAH SINCLAIR | 191 BROCK SUD, 302 MONTREAL OUEST QC H4X 2E7 CANADA |
| SHAHBAZ LAW GROUP, APC | 15760 VENTURA BLVD, SUITE 860 (COUNSEL TO O'DELL HARE (ADA)) ENCINO CA 91436 |
| SHERMAN OAKS FASHION ASSOCIATES LP | FILE 56991 LOS ANGELES CA 90074 |
| SHERYAR MALIK | 3457 RUE CHAMPDORE MONTREAL QC H1Z 1G3 CANADA |
| SHORT HILLS ASSOCIATES | 28 MILLBURN AVENUE, SUITE 1 DETROIT MI 48267 |
| SIMON CLARKSBURG DEVELOPMENT | 22705 CLARKSBURG ROAD CHICAGO IL 60677 |
| SIMON PREIT GLOUCESTER | 225 WEST WASHINGTON STREET CHICAGO IL 60677 |
| SIMON PROPERTY GROUP TEXAS LP | 867925 RELIABLE PKY CHICAGO IL 60686 |
| SIMON/CLARKSBURG DEVELOPMENT LLC | 22705 CLARKSBURG ROAD CLARKSBURG MD 20871 |
| SIMONE CHENARD | 3563 RUE JORDI BONET BOISBRIAND QC J7H 1L7 CANADA |
| SLACK TECHNOLOGIES INC | 155 5TH ST, FL 6 SAN FRANCISCO CA 94103 |
| SMUD | 6201 SOUTH ST SACRAMENTO CA 95817-1818 |
| SOCIETE DE L'ASSURANCE AUTOMOBILE | 855 HENRI-BOURASSA BLVD W, MONTREAL QUEBEC QC G1K 8J1 CANADA |
| SOLISCO NUMERIX | 4050 RUE JEAN-MARCHAND, 100 QUEBEC QC G2C 1Y6 CANADA |
| SOLOTECH INC USD | 5200 HOCHELAGA MONTREAL QC H1V 1G3 CANADA |
| SOLUTION P.C.D. INC | 5929 TRANSCANADIENNE, SUITE 150 ST LAURENT QC H4T 1Z6 CANADA |
| SOLUTIONS INFORMATIQUES AXONE INC | 147 RUE DU BLVD LA PRAIRIE QC J5R 2J3 CANADA |
| SOPHIE SUCHAN | 1302 CASCADE ST SASKATOON SK S7J 0M8 CANADA |
| SOUTH CAROLINA DEPARTMENT | 1073 TAYLOR ST COLUMBIA SC 29202-2535 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 100193 COLUMBIA SC 29202 |
| SOUTH GATE COUNTY OF LOS ANGELES | 11012 S GARFIELD AV SOUTH GATE CA 90280-7504 |
| SOUTH JERSEY GAS | PO BOX 6091 HAMMONTON NJ 08037 |
| SOUTHERN CALIFORNIA EDISON | PO BOX 300 ROSEMEAD CA 91771 |
| SOUTHERN GAS | 1801 S ATLANTIC BLVD MONTEREY PARK CA 91754-5207 |
| SOUTHLAKE INDIANA LLC | 5000 SOLUTION CTR CHICAGO IL 60677 |
| SOUTHPARK MALL LP | ATLANTA GA 30384 |
| SOUTHRIDGE LIMITED PARTNERSHIP | 400 2ND AVE SOUTH ATLANTA GA 30384 |
| SOUTHRIDGE MALL | 5300 S 76TH ST GREENDALE WI 53129 |
| SOUTHWEST CAPITAL HOLDINGS INC. | 2300 EMILE-BELANGER, SAINT-LAURENT MONTREAL QC H4R 3J4 CANADA |
| SOUTHWEST GAS CORPORATION | PO BOX 98890 LAS VEGAS NV 89150 |
| SPORT BOX INC | 1171 8TH STREET EAST, SUITE 200 SASKATOON SK S7H 0S3 CANADA |
| SQA LOGIC | 1145 L'HOMME ST-ALEXANDRE QC J0J 1S0 CANADA |
| SSQ SOCIETE D'ASSURANCE VIE INC | 2515 BOUL LAURIER QUEBEC QC G1V 0A3 CANADA |
| ST VIATEUR BAGEL | 1127 AVE DU MONT-ROYAL E MONTREAL QC H2J 1X9 CANADA |
| STANLEY BLACK & DECKER | 1000 STANLEY DRIVE TORONTO ON M5W 1W9 CANADA |
| STANLEY BLACK & DECKER CANADA | 6275 MILLCREEK DR TORONTO ON M5W 3M1 CANADA |
| STAR WEST FRANKIN PARK MALL II LLC | 5001 MONROE ST SAN FRANCISCO CA 94139 |
| STATE OF HAWAII - DEPT OF TAXATION | PO BOX 113600 HONOLULU HI 96811 |
| STATE OF INDIANA | 35 S PARK BLVD GREENWOOD IN 46143 |
| STATE OF MARYLAND | 50 MARYLAND AVE, RM 1300 ROCKVILLE MD 20850 |
| STATE OF MICHIGAN | PO BOX 9772020 DETROIT MI 48277-2020 |
| STATE OF MICHIGAN | 7285 PARSONS DR DIMONDALE MI 48821 |
| STATE OF NEVADA | 3360 W SAHARA AVE LAS VEGAS NV 89102 |
| STATE OF NEW HAMPSHIRE TREASURE | 25 CAPITOL ST, 205 CONCORD NH 03301-6312 |
| STATE OF NEW MEXICO -TAXATION & REV DEPT | 1190 SAINT FRANCIS DR, RM 1250 SANTA FE NM 87504 |
| STATE OF WASHINGTON DEPT OF REVENUE | PO BOX 9034 SEATTLE WA 98507 |

| Claim Name | Address Information |
|---|---|
| STATE OF WASHINTON UNCLAIMED | 2500 E VALLEY RD, RM C RENTON WA 98057 |
| STATEWIDE FIRE PROTECTION | 3130 WESTWOOD DR LAS VEGAS NV 89109 |
| STEPHANIE PITSIKOULIS | 19 GRAND TRUNK CRES, STE 2203 TORONTO ON M5J 3A3 CANADA |
| STEWARDSHIP ONTARIO | 1 CLAIR AVE ST W, FL 7 TORONTO ON M4V 1K6 CANADA |
| STEWARDSHIP ONTARIO | 1 ST CLAIR AVE. W. 7TH FLOOR TORONTO ON M4V 1K6 CANADA |
| STONESTOWN SHOPPING CENTER LP | 3251 TWENTIETH AVENUE, SUITE 300 SAN FRANCISCO CA 94132 |
| STORAGE - MENLO PARK MALL | 100 MENLO PK, SUITE 412 EDISON NJ 08837 |
| STORAGE /MACERICH VINTAGE FAIRE LP | 3401 DALE RD, STE 483 LOS ANGELES CA 90084-9445 |
| STORAGE PLACE DU ROYAUME INC | 1 ADELAIDE ST E TORONTO ON M5C 2V9 CANADA |
| STORAGE WOODBRIDGE CENTER PROPERTY | 250 WOODBRIDGE CENTER DRIVE WOODBRIDGE NJ 07095 |
| STUDIO UPSILON ENR | 948 14E AVENUE POINTE AUX TREMBLES QC H1B 3T2 CANADA |
| STYLE 211 FASHIONS INC | 6555 VANDEN ABEELE MONTREAL QC H4S 1S1 CANADA |
| STYLESAGE, INC. | 25 BROADWAY NEW YORK NY 10004 |
| SUN LIFE INVESTMENTS | 1001 DORCHESTER SQ, SUITE 600 MONTREAL QC H3B 1N1 CANADA |
| SUNVALLEY SHOPPING CENTER LLC | 1 SUNVALLEY MALL DETROIT MI 48267 |
| SUSTAINABLE SOLUTIONS GROUP SSG | PO BOX 740209 ATLANTA GA 30374 |
| TALAL ABU GHAZALEH INTERNATIONAL | 26 PRINCE SHAKER BIN ZAID ST AMMAN 921100 JORDAN |
| TALEND CANADA | 800 BRIDGE PKWY, # 200 REDWOOD CA 94065 |
| TAMPA WESTSHORE ASSOCIATES LP | DETROIT MI 48267-1770 |
| TAUBMAN CHERRY CREEK SHOPPING | 200 EAST LONG LAKE ROAD, SUITE 300 DETROIT MI 48267 |
| TAYLOR MCCAFFREY LLP | 900 - 400 ST MARY AV WINNIPEG MB R3C 4K5 CANADA |
| TD BANK | 1350 BLVD RENE-LEVESQUE OUEST, FLOOR 7 MONTREAL QC H3G 1T4 CANADA |
| TD BANK | 2933 MAJOR MACKENZIE DRIVE VAUGHAN ON L6A 3N9 CANADA |
| TD INVESTMENT | 2933 MAJOR MACKENZIE DR MAPLE ON L6A 3N9 CANADA |
| TD VISA | MONTREAL QC H3C 3B3 CANADA |
| TECO | 1898 NUCCIO PKY TAMPA FL 33605-3500 |
| TELUS QUEBEC | 630 BOULEVARD RENE-LEVESQUE O MONTREAL QC H5A 1L3 CANADA |
| TEMECULA TOWNE CENTER | 27540 YNEZ ROAD CLEVELAND OH 44192-0022 |
| TENNESSEE CHILD SUPPORT | 44 VANTAGE WAY STE 300 NASHVILLE TN 37229 |
| TENNESSEE DEPARTMENT OF REVENUE | PO BOX 101 NASHVILLE TN 37202 |
| TENNESSEE SECRETARY OF STATE | 312 8TH AVE N NASHVILLE TN 37243 |
| TENNIS CANADA | 285 RUE GARY CARTER MONTREAL QC H2R 2W1 CANADA |
| TEXAS CHILD SUPPORT SDU | PO BOX 659791 SAN ANTONIO TX 78265-9791 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNT | 111 E 17TH ST AUSTIN TX 78774 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 111 E 17TH ST AUSTIN TX 78774 |
| THE CASH ROLL STORE.COM | 5667 MAHOGANY HARBOUR LATE MANOTICK ON K4M 1K9 CANADA |
| THE CITY OF CALGARY | PO BOX 2100 CALGARY AB T2P 2M5 CANADA |
| THE CITY OF CHARLESTON | 80 BROAD ST CHARLESTON SC 29413-2009 |
| THE CITY OF PLEASANTON | PO BOX 520 PLEASANTON CA 94566-0802 |
| THE CITY OF THOUSAND OAKS | 2100 THOUSAND OAKS BLVD THOUSAND OAKS CA 91362 |
| THE COMMONWEALTH OF MASSACHUSETTS | 1 ASHBURTON PL BOSTON MA 02108 |
| THE CORP OF THE TOWNSHIP OF LANGLEY | 20338 65 AVE LANGLEY BC V2Y 3J1 CANADA |
| THE ECONO-RACK GROUP (2015) INC | 5455 RUE RAMSAY SAINT HUBERT QC J3Y 2S3 CANADA |
| THE FALLS SHOPPING CENTER ASSOCIATE | 8888 SW 136TH ST ATLANTA GA 30384 |
| THE HARTFORD | 690 ASYLUM AVENUE DALLAS TX 75266-0916 |
| THE HUB VAUGHAN | 290 CALDARI RD VAUGHAN ON L4K 4J4 CANADA |
| THE ILLUMINATING COMPANY | PO BOX 3638 AKRON OH 44309 |
| THE JEFFRIES GROUP LLC | 276 5TH AVE, #704-641 NEW YORK NY 10001 |
| THE LAW OFFICES OF DAVID A ERIKSON | 200 N LARCHMONT BLVD LOS ANGELES CA 90004 |

| Claim Name | Address Information |
|---|---|
| THE MILLS AT JERSEY GARDENS | 651 KAPKOWSKI RD ELIZABETH NJ 07201 |
| THE MODERN SHOP | 541 SUSSEX DR OTTAWA ON K1N 6Z6 CANADA |
| THE OUTLET AT ORANGE | 20 CITY BLVD W, RM C5 ORANGE CA 92868 |
| THE REWARD COMPANY INC | 60 HUDSON ST, SUITE 1806 NEW YORK NY 10013 |
| THE TAUBMAN REALTY GROUP LP | 200 E LONG LAKE RD, RM 200 BLOOMFIELD HILLS MI 48304 |
| THE TULALIP TRIBES | 6406 MARINE DR NW, FL 2 TULALIP WA 98271 |
| THIERRY FRANCIS | 241 17E AVE DEUX MONTAGNES QC J7R 3Z4 CANADA |
| THUNDER BAY HYDRO | 34 CUMBERLAND ST N THUNDER BAY ON P7A 4L3 CANADA |
| TM FAIRLANE CENTER L P | 75 REMITTANCE DR, # 1350 CHICAGO MI 60675 |
| TM NORTHLAKE MALL LP | 6801 NORTHLAKE MALL DR CHARLOTTE NC 28260 |
| TOLEDO EDISON | 6099 ANGOLA RD AKRON OH 44309 |
| TOMS RIVER | 340 W WATER ST TOMS RIVER NJ 08753-6533 |
| TOPANGA PLAZA LLC | 11901 SANTA MONICA BLVD #611 LOS ANGELES CA 90074 |
| TORONTO DAVIES WARD PHILLIPS | 155 WELLINGTON ST W TORONTO ON M5V 3J7 CANADA |
| TOWERS WATSON CANADA INC | 175 BLOOR ST E MONTREAL QC H3C 5N7 CANADA |
| TOWN CENTER AT BOCA RATON | 6000 GLADES ROAD, SUITE 200 BOCA RATON FL 33431 |
| TOWN EAST MALL | 2063 TOWN EAST MALL MESQUITE TX 75150 |
| TOWN OF BURLINGTON | P O BOX 96 BURLINGTON MA 01803 |
| TOWN OF CASTLE ROCK | 100 NORTH WILCOX STREET CASTLE ROCK CO 80104 |
| TOWN OF HEMPSTEAD | 1995 PROSPECT AVE EAST MEADOW NY 11554-3140 |
| TOWN OF LEESBURG | 25 W MARKET ST LEESBURG VA 20176 |
| TOWN OF MARANA | 11555 W CIVIC CTR DR, RM A3 MARANA AZ 85653 |
| TOWN OF NIAGARA | 7105 LOCKPORT RD NIAGARA FALLS NY 14305 |
| TOWN OF WRENTHAM | 79 SOUTH ST WRENTHAM MA 02093 |
| TOWNSHIP OF EDISON | 100 MUNICIPAL BLVD EDISON NJ 08817 |
| TOWNSHIP OF FREEHOLD | 1 MUNICIPAL PL FREEHOLD NJ 07728 |
| TOWNSHIP OF GLOUCESTER | 1261 CHEWS LANDING RD LAUREL SPRINGS NJ 08021 |
| TOWNSHIP OF LIVINGSTON | 62 S LIVINGSTON AVE LIVINGSTON NJ 07039 |
| TOWNSHIP OF WAYNE | 475 VALLEY RD WAYNE NJ 07470 |
| TOWNSHIP OF WHITEHALL | 3221 MACARTHUR RD WHITEHALL PA 18052 |
| TOWNSON TOWN CENTER | MINNEAPOLIS MN 55486 |
| TRAME-VERTE | 75 JACQUES-BOURDON BOUCHERVILLE QC J4B 2T1 CANADA |
| TRANSGROUP WORLDWIDE LOGISTICS | 19140 TRANS CANADA HWY BAIE D'URFE QC H9X 3S4 CANADA |
| TRANSLATION SERVICES ISABEL GARRIGA | 1970 RUE DUBOIS MONTREAL QC H4E 1W4 CANADA |
| TRANSPERFECT TRANSLATIONS | 3 THREE PARK AVENUE NEW YORK NY 10016 |
| TRANSUNION | 1 PLACE LAVAL LAVAL QC H7N 1H1 CANADA |
| TRAVIS A HULSEY DIRECTOR | 716 RICHARD ARRINGTON JR BLVD BIRMINGHAM AL 35202 |
| TRAVIS A. HULSEY, DIRECTOR | 716 RICHARD ARRINGTON JR BLVD N BIRMINGHAM AL 35283 |
| TREASURER ARLINGTON COUNTY | 2100 CLARENDON BLVD, STE 201 MERRIFIELD VA 22116 |
| TREASURER OF JAMES CITY COUNTY | 101 MOUNTS BAY RD WILLIAMSBURG VA 23185-6569 |
| TREASURER OF VIRGINIA | 101 N 14TH ST RICHMOND VA 23261 |
| TREASURER STATE OF CONNECTICUT | 55 ELM ST HARTFORD CT 06106 |
| TREASURY STATE OF NEW JERSEY | 50 WEST STATE ST TRENTON NJ 08608-1213 |
| TRI CITY FIRE SPRINKLERS | 603 SEAGAZE DR, # 271 OCEANSIDE CA 92054 |
| TRISCO OVERSEAS LIMITED | 55 HOI YUEN ROAD, UNIT 10 KWUN TONG, KLN HONG KONG |
| TRIVIUM AVOCATS INC | 2500 BOUL LAPINIERE BROSSARD QC J4Z 3V1 CANADA |
| TRUMBULL SHOPPING CENTER 2 LLC | 11601 WILSHIRE BLVD, 11TH FLOOR LOS ANGELES CA 90074 |
| TS 405 LEXINGTON OWNER LLC | 45 ROCKEFELLER PLAZA NEW YORK NY 10087 |
| TSAWWASSEN FIRST NATION | 1926 TSAWWASSEN DR TSAWWASSEN BC V4M 4G2 CANADA |

| Claim Name | Address Information |
|---|---|
| TUCSON ELECTRIC POWER COMPANY | PO BOX 80077 PRESCOTT AZ 86304 |
| TUNGSTEN NETWORKS INC | 1300 SW 5TH AVENUE, 17TH FLOOR PORTLAND OR 97201-5667 |
| TWELVE OAKS MALL LLC | 27500 NOVI RD DETROIT MI 48267 |
| TWIN CITIES PREMIUM OUTLETS | 3965 EAGAN OUTLETS PKY, 380 EAGAN MN 55122 |
| TX CHILD SUPPORT SDU | PO BOX 659791 SAN ANTONIO TX 78265-9791 |
| TZANET INC | 1375 LOUVAIN O MONTREAL QC H4N 1G6 CANADA |
| UNITED ILLUMINATING COMPANY | PO BOX 9230 CHELSEA MA 02150 |
| UNITED SALVAGE ASSOCIATES INC | 3332 RTOWERWOOD DR DALLAS TX 75234 |
| UNITED STATES POSTAL SERVICE | 880 STATE ROUTE 11 CHAMPLAIN NY 12919 |
| UNITED STATES TREASURY | 1901 CROSS BEAM DR CHARLOTTE NC 28201-1303 |
| UNITED STATES TREASURY | INTERNAL REVENUE SERVICE CINCINNATI OH 45999 |
| UNITED STATES TREASURY | INTERNAL REVENUE SERVICE KANSAS CITY MO 64999-0202 |
| UNITED STATES TREASURY (UT) | INTERNAL REVENUE SERVICE CTR OGDEN UT 84201 |
| UNITIL | PO BOX 981010 BOSTON KY 02298 |
| UNIVERSITY TOWNE CENTRE LLC | FILE 55976 LOS ANGELES CA 90074 |
| UPPER MERION SEWER REVENUE | 175 WEST VALLEY FORGE ROAD PHILADELPHIA PA 19101 |
| UPPER MERION TOWNSHIP | 175 W VALLEY FORGE RD KING OF PRUSSIA PA 19406-1851 |
| UPS CANADA | 1930 DERRY ROAD EAST TORONTO ON M5W 0A7 CANADA |
| UPS FREIGHT | 6767 DAVAND DRIVE TORONTO ON M5W 3N8 CANADA |
| URBAN INTENSIFICATION FUND 3 LP | 20 ADELAIDE ST E, SUITE 800 TORONTO ON M5C 2T6 CANADA |
| US DEPARTMENT OF EDUCATION AWG | 205 JEFFERSON ST ST LOUIS MO 63179-0356 |
| USA PROTECTION | 11589 TUXFORD ST UNIT 1 HEMET CA 92546 |
| USD TRANSGROUP GLOBAL LOGISTICS | 18850 8TH AVE S, STE 100 SEATTLE WA 98168 |
| USER TESTING INC | 2672 BAYSHORE PARKWAY, STE 703 MOUNTAIN VIEW CA 94043 |
| USPA ACCESSORIES LLP | 119 W 40TH ST NEW YORK NY 10018 |
| UTAH STATE TAX COMMISSION | 350 N STATE ST, RM 180 SALT LAKE CITY UT 84114 |
| VALERIE MARTIN | 898 ST-GERMIN MONTREAL QC H4L 3R8 CANADA |
| VALET PARKING BOB PERRAS INC | 25 MARIE PELADEAU LA PRAIRIE QC J5R 5Y3 CANADA |
| VALLEY FORGE SECURITY CENTER | 190 TOWN CENTER RD KING OF PRUSSIA PA 19406 |
| VALTECH CANADA INC | 400 DE MAISONNEUVE O, # 700 MONTREAL QC H3A 1L4 CANADA |
| VECTRA VISUAL | 3950 BUSINESS PARK DR COLUMBUS OH 43204 |
| VECTREN ENERGY DELIVERY | PO BOX 6248 INDIANAPOLIS IN 46206 |
| VEHICLE REGISTRATION COLLECTIONS | PO BOX 419001 RANCHOL CORDOVA CA 95741-9001 |
| VERIFONE | 4060 SOLUTIONS CTR CHICAGO IL 60677 |
| VERMONT DEPARTMENT OF TAXES | 133 STATE STREET MONTPELIER VT 05633-1401 |
| VERTICAL SYSTEMS ANALYSIS INC | 307 W 36TH ST, 8TH FL NEW YORK NY 10018 |
| VESTAR GATEWAY LLC | 2425 E. CAMELBACK ROAD, STE 750 PHOENIX AZ 85038 |
| VILLAGE OF CHICAGO RIDGE | 10455 S RIDGELAND CHICAGO IL 60415 |
| VILLAGE OF GREENDALE | 6500 NORTHWAY GREENDALE WI 53129 |
| VILLAGE OF GREENDALE REMIT TO ECOVA | 6500 NORTHWAY MILWAUKEE WI 53288 |
| VILLAGE OF GURNEE | 325 N O PLAINE RD GURNEE IL 60031 |
| VILLAGE OF LOMBARD | 255 E WILSON AVE LOMBARD IL 60148-3926 |
| VILLAGE OF NORRIDGE | 4000 N OLCOTT AVE NORRIDGE IL 60706 |
| VILLAGE OF NORRIDGE | 4000 N OLCOTT AVE NORRIDGE IL 60706-1109 |
| VILLAGE OF NORTH RIVERSIDE | 2401 S DES PLAINES AVE NORTH RIVERSIDE IL 60546 |
| VILLAGE OF OAK BROOK | 26018 NETWORK PL CHICAGO IL 60673-1260 |
| VILLAGE OF ORLAND PARK | 14700 RAVINIA AVE ORLAND PARK IL 60462 |
| VILLAGE OF ORLAND PARK | 14700 S RAVINIA AVE ORLAND PARK IL 60462-3134 |
| VILLAGE OF PLEASANT PRAIRIE | 9915 39TH AVE PLEASANT PRAIRIE WI 53158 |

| Claim Name | Address Information |
|---|---|
| VILLAGE OF ROSEMONT | 9501 W DEVON AVE, 2ND FL ROSEMONT IL 60018 |
| VILLAGE OF SCHAUMBURG | 101 SCHAUMBURG CTR SCHAUBURG IL 60193 |
| VILLAGE OF SCHAUMBURG | 101 SCHAUMBURG CTR SCHAUMBURG IL 60193-1881 |
| VILLAGE OF SKOKIE | 5127 OAKTON ST SKOKIE IL 60077 |
| VILLAGE OF WELLINGTON | 12300 FOREST HILL BOUL WELLINGTON FL 33414 |
| VILLE DE GATINEAU | GATINEAU QC J8X 3Y9 CANADA |
| VILLE DE MONTREAL | 303 RUE NOTRE DAME EST, SUITE 125 MONTREAL QC H2Y 3Y8 CANADA |
| VILLE DE MONTREAL | MONTREAL QC H3C 4X8 CANADA |
| VILLE DE MONTREAL | 55 AV DUPRAS MONTREAL QC H8R 4A8 CANADA |
| VIMEO INC. | 555 W 18TH ST CHICAGO IL 60674-8984 |
| VIRGINIA DEPARTMENT OF TAXATION | PO BOX 27407 RICHMOND VA 23220 |
| VIRGINIA NATURAL GAS INC | PO BOX 5409 CHARLOTTE NC 28272 |
| VISION ENVIRO PROGRESSIVE | 4141 BLVD GRANDE ALLEE BOISBRIAND QC J7H 1M7 CANADA |
| VITTORIO MANDOLESI SHOES DESIGNER | VIA AUSTRIA 51 PORTO SANT ELPIDIO ITALY |
| VORNADO OFFICE MANAGEMENT LLC | 2 PENNSYLVANIA PLAZA # 1075 PITTSBURGH PA 15250 |
| WALT DISNEY STUDIOS MOTION | 200 FRONT ST WEST, SUITE 2900 TORONTO ON M5V 3L4 CANADA |
| WALT DISNEY THEATRICAL GROUP | 1014 GRAND CENTRAL AVE GLENDALE CA 91201 |
| WALTERS SHOE CARE INC | 180 BARTOR ROAD TORONTO ON M9N 2W6 CANADA |
| WASHINGTON GAS | PO BOX 37747 BALTIMORE MD 21283 |
| WASTE MANAGEMENT INC | PO BOX 4648 LOUISVILLE KY 40290 |
| WAYNE A ROBEY CLERK OF CIRCUIT COUR | 9250 BENDIX RD COLUMBIA MD 21045 |
| WCA WASTE SYSTEMS INC | PO BOX 4524 HOUSTON TX 77210-4524 |
| WE ENERGIES | PO BOX 90001 MILWAUKEE WI 53201 |
| WEINSTEIN RADCLIFF PIPKIN LLP | 8350 N CENTRAL EXPRESSWAY, STE 1550 DALLAS TX 75206 |
| WEST EDMONTON MALL PROMOTIONS LTD. | 8882 170 ST, RM 300 EDMONTON ON T5T 4M2 CANADA |
| WESTFARMS ASSOCIATES | 200 E. LONG LAKE ROAD, SUITE 300 DETROIT MI 48267 |
| WESTFIELD GARDEN STATE LLC | ONE GARDEN STATE PLAZA LOS ANGELES CA 90074 |
| WESTFIELD SHOPPINGTOWN | FILE 55700 LOS ANGELES CA 90074 |
| WESTLAND SOUTH SHORE MALL L P | FILE 56218 LOS ANGELES CA 90074 |
| WG PARK LP | EAST MORELAND OLD WELSH CLEVELAND OH 44193 |
| WHITEHALL OF TOWNSHIP | 1901 SCHADT AVE WHITEHALL PA 18052-3728 |
| WHSCC OF NEWFOUNDLAND | 148 FORECT RD, RM 146 ST JOHN'S NL A1A 3B8 CANADA |
| WILHELMINA INTERNATIONAL INC | 200 CRESCENT CT #1400 DALLAS TX 75265-8107 |
| WILLOWBROOK MALL (TX) LLC | 2000 WILLOWBROOK MALL HOUSTON TX 77070-5715 |
| WILLOWBROOK MALL LLC | 1400 WILLOWBROOK MALL WAYNE NJ 07470 |
| WILLOWBROOK MALL LLC | 1400 WILLOWBROOK MALL MINNEAPOLIS MN 55486 |
| WILSHIRE LAW FIRM | ATTN: THIAGO COELHO (COUNSEL TO DE SALVO (ADA)) 3055 WILSHIRE BLVD, 12TH FLOOR LOS ANGELES CA 90010 |
| WISCONSIN DEPARTMENT OF REVENUE | 2135 RIMROCK RD MADISON WI 53708 |
| WOODBRIDGE FIRE PREVENTION BUREAU | 418 SCHOOL ST WOODBRIDGE NJ 07095 |
| WOODBURY COMMON PREM OUTLETS | 498 RED APPLE CT CENTRAL VALLEY NY 10917 |
| WOODLAND HILLS MALL LLC | 7693 COLLECTION CTR DR CHICAGO IL 60693 |
| WORKDAY LIMITED | FUMBALLY LANE DUBLIN IRELAND |
| WORKSAFE NB | 1 PORTLAND ST SAINT JOHN NB E2L 3X9 CANADA |
| WYSE METER SOLUTIONS INC | PO BOX 95530 NEWMARKET ON L3Y 8J8 CANADA |
| XCEL ENERGY | PO BOX 9477 MINNEAPOLIS MN 55484 |
| YES ENERGY MANAGEMENT | 4715 VIEWRIDGE AVE, STE 100 SAN DIEGO CA 92123-1628 |
| YOGA TIMOTHY LEGGET | 4966 RUE LAKE DOLLARD DES ORMEAUX QC H9G 1G8 CANADA |
| YRULER INC (TANGIBLEE) | 318 W ADAMS, SUITE 1808 CHICAGO IL 60606-5116 |

| Claim Name | Address Information |
| --- | --- |
| YUHEE YANG | 225 RIVER ST, APT 2003 HOBOKEN NJ 07030-4778 |
| YUNA KERSALE | 26 RUE PARMENTIER NEUILLY SUR SIENE 92200 FRANCE |

**Total Creditor count  1269**

| Claim Name | Address Information |
| --- | --- |
| 10579980 CANADA INC | 110 PARKWAY FOREST DR, 1710 TORONTO ON M2J 1L7 CANADA |
| 2467847 ONTARIO INC | 170 INDUSTRIAL PKY N, # A1 AURORA ON L4G 4C3 CANADA |
| 8531145 CANADA INC | 3643 BLVD SAINT LAURENT, SUITE 300 MONTREAL QC H2X 2V5 CANADA |
| 9018-6560 QUEBEC INC | 295 DE LA COMMUNE O MONTREAL QC H2Y 2E1 CANADA |
| 9139 4528 QUEBEC INC | 324 RUE AIME VINCENT VAUDREUIL DORION QC J7V 5V5 CANADA |
| AGENCE KOVAL INC | 14851 RUE DES BOULEAUX MIRABEL QC J7N 2C7 CANADA |
| ALUSINE KAMARA | 2-6680 FIELDING AVE MONTREAL QC H4V 1N5 CANADA |
| AMENAGEMENT WESTCLIFF LTEE | 40 RUE EVANGELINE GRANBY QC J2G 8K1 CANADA |
| ANDRE FILION ET ASSOCIES | 550 RUE SHERBROOKE O MONTREAL QC H3A 1B9 CANADA |
| ANTHONY MICOZZI | 9060 RUE DE PROVENCE MONTREAL QC H1R 2W3 CANADA |
| BACK RIVER SPORTS DIV OF KAYANNA | 7000 COTE DE LIESSE, # 290 SAINT LAURENT QC H4T 1E7 CANADA |
| BCH UNIQUE | 38 AVE DU PONT ST MARTIN QC G0M 1B0 CANADA |
| BELLEVUE SQUARE LLC | 16914 COLLECTIONS CTR DR CHICAGO IL 60693 |
| BELLEVUE SQUARE MERCHANTS | 16916 COLLECTION CTR DR CHICAGO IL 60693 |
| BLACKHAWK NETWORK | 3300 BLOOR ST W, # 2801 ETOBICOKE ON M8X 2X2 CANADA |
| BOSTON BARRICADE | 1151 19TH ST VERO BEACH FL 32960-3520 |
| CADILLAC FAIRVIEW CORPORATION LTD | 6551 RD, RM 3 RICHMOND BC V6Y 2B6 CANADA |
| CALIFORNIA STATE CONTROLLER OFFICE | 10600 WHITE ROCK RD, SUITE 141 RANCHO CORDOVA CA 95670 |
| CEDROM SNI INC | 825 AVE QUERBES, RM 200 OUTREMONT QC H2V 3X1 CANADA |
| CELECT INC | 129 SOUTH ST, FL 6 BOSTON MA 02111-2837 |
| CENTER STAGE PRODUCTIONS | 10 MALE AVE, # 20 FAIR LAWN NJ 07410 |
| CENTRE DE LESTRIE INC | 3050 DE PORTLAND BLVD, SUITE 100 SHERBROOKE QC J1L 1K1 CANADA |
| CHAUSSURES RALLYE | 10001 BOUL RAY LAWSON ANJOU QC H1J 1L6 CANADA |
| CIME DECORS INC | 420 MCGILL ST, RM 100 MONTREAL QC H2Y 2G1 CANADA |
| CITY OF ORLANDO | 1250 W SOUTH ST ORLANDO FL 32805 |
| COGECO MEDIA ACQUISITIONS INC | 800 RUE DE LA GAUCHETIE, SUITE 1100 MONTREAL QC H5A 1M1 CANADA |
| COMINAR REAL ESTATE INVESTMENT TRUS | 1250 S SERVICE RD MISSISSAUGA QC L5E 1V4 CANADA |
| CORPORATION TANTRUM INC | 1700 AUT LAVAL O, RM 500 LAVAL QC H7S 2J4 CANADA |
| CPU DESIGN INC | 2323 DU VERSANT N, RM 100 QUEBEC QC G1N 4C2 CANADA |
| CREATIVE PUBLISHING SOLUTIONS INC | 1877 W 4000 S ROY UT 84067 |
| CROSSIRON MILLS HOLDINGS INC | 261005 CROSSIRON BOULEVA, SUITE 800 CALGARY AB T4A 0G3 CANADA |
| DAC SERVICES DE CONSULTATIONS INC | 328 WESTCROFT RD BEACONSFIELD QC H9W 6C2 CANADA |
| DOCU-DEPOT | 2301 RUE DE CANNES BRULEES LASALLE QC H8N 3G1 CANADA |
| DOKUS STUDIO | 181 2E AVE DU LAC VALLEE E SAINTE BEATRIX QC J0K 1Y0 CANADA |
| DULCEDO MANAGEMENT | 438 RUE MCGILL, # 200 MONTREAL QC H2Y 2G1 CANADA |
| EASYPOST | 1 MONTGOMERY ST, SUITE 400 SAN FRANCISCO CA 94104 |
| EBENISTERIE ST. PATRICK | 2037 FRANCIS HUGHES LAVAL QC H7S 2G2 CANADA |
| ELLIOTT MCCREA HILL | 197 MAIN STREET FREDERICTON NB E3A 1E1 CANADA |
| ELLIOTT MCCREA HILL IN TRUST | 197 MAIN STREET FREDERICTON NB E3A 1E1 CANADA |
| ENVIRO CONNEXIONS | 4141 BLV GRANDE ALLEE BOISBRIAND QC J7H 1M7 CANADA |
| EPM MECANIC | 2120 RUE MONTEREY, RM 200 LAVAL QC H7L 3S3 CANADA |
| EQUIP D'APRENTAGE CANSEL INC | 101C DE LOUVAIN O MONTREAL QC H2N 1A4 CANADA |
| FAIRVIEW POINTE CLAIRE LEASEHOLDS I | 20 QUEEN ST W TORONTO ON M5H 3R4 CANADA |
| FOND DE PLACEMENT IMMOBIL | 2820 BLVD LAURIER, RM 850 QUEBEC QC G1V 0C1 CANADA |
| FOND DE PLACEMENT IMMOBILIER | 2820 BLVD LAURIER, RM 850 QUEBEC QC G1V 0C1 CANADA |
| FORBES COHEN FLORIDA PROPERTIES | 16156 COLLECTIONS CTR DR CHICAGO IL 60693 |
| FORBES TAUBMAN ORLANDO LLC | 16286 COLLECTIONS CTR DR CHICAGO IL 60693 |
| FOREST HARLEM PROPERTIES | 4104 N HARLEM AVE NORRIDGE IL 60706 |
| GALERIES CHAGNON | 1200 ALPHONSE DESJARDINS BLVD LEVIS QC G6V 6Y8 CANADA |

| Claim Name | Address Information |
|---|---|
| GENFOOT INC | 1940 55TH AVE LACHINE QC H8T 3H3 CANADA |
| GOODBYE GRAFFITI | 950 POWELL ST, RM 105 VANCOUVER BC V6A 1H7 CANADA |
| GROUPE DISSAN INC SANIDEPOT | 9280 BLVD DU GOLF ANJOU QC H1J 3A1 CANADA |
| GROUPE SOLUTIONS TELECOM INC | 3166 RUE JOSEPH MONIER TERREBONNE QC J6X 4R1 CANADA |
| GUSTI | 8484 RUE L'ESPLANADE MONTREAL QC H2P 2R7 CANADA |
| HECTOR LARIVEE | 1755 BERCY MONTREAL QC H2K 2T9 CANADA |
| HOTEL OMNI MONT ROYAL | 1050 RUE SHERBROOKE O MONTREAL QC H3A 2R3 CANADA |
| HUGO BROCHARD-FOURNEL | 5333 AVE CASGRAIN, SUITE 1111 MONTREAL QC H2T 1X3 CANADA |
| IC SPG POC AT EDMONTON LP | 1 OUTLET COLLECTION WAY, UNIT 1 EDMONTON INTERNATIONAL AIRPORT AB T9E 1J5 CANADA |
| IVANHOE CAMBRIDGE II INC | 2695 GUILDFORD TOWN CTR SURREY BC V3R 7C1 CANADA |
| IVANHOE CAMBRIDGE II INC | 4720 KINGSWAY, RM 604 BURNABY BC V5H 4N2 CANADA |
| IVANHOE CAMBRIDGE INC | 555 STERLING LYON PKY WINNIPEG MB R3P 2T3 CANADA |
| KELLY SANI-VAC INC | 100 RUE HUOT NOTRE DAME DE L'ILE PERROT QC J7V 7Z8 CANADA |
| KERAMIDA ENVIRONMENTAL INC | 401 N COLLEGE AVE INDIANAPOLIS IN 46202 |
| LAFLEURMODEENGROS.CA | 4 RUE DE BRAINE BLAINVILLE QC J7B 1Z1 CANADA |
| LAVEURS DE VITRES DE L'OUTAOUAIS | 251 RUE LARAMEE GATINEAU QC J8Y 2Z4 CANADA |
| LEATHER WORKING GROUP | KINGS PK RD NORTHANTS NN3 6JD UNITED KINGDOM |
| LEEFTAIL CO INC | 102 OSSINTON AVE, UNIT C TORONTO ON M6J 2Z4 CANADA |
| LEIKIN MANAGEMENT INC | 1371 E WOODROFFE AVE NEPEAN ON K2G 1V7 CANADA |
| LES PRESENTOIRS NUVO INC | 80 AV ST PIERRE LACHINE QC H8R 1P2 CANADA |
| LONDON LIFE COMPAGNIE D'ASSURANCE V | 2001 BLVD ROBERT BOURASSA, # 1450 MONTREAL QC H3A 1T9 CANADA |
| MARKET FOCUS DIRECT | 550 ALDEN RD, RM 207 MARKHAM ON L3R 6A8 CANADA |
| MARKET MALL LEASEHOLDS INC | 20 QUEEN ST W TORONTO ON M5H 3R4 CANADA |
| MARKS RUDY A PROFESSIONAL | 351 CALIFORNIA ST, SUITE 700 SAN FRANCISCO CA 94104 |
| MCARTHURGLEN DESIGNER OUTLETS | V8201 STATION TERMINAL VANCOUVER BC V6B 6N3 CANADA |
| MECANIQUE RON TOOHEY INC | 3062 BLVD LASALLE VERDUN QC H4G 1Y8 CANADA |
| MERANGUE INTERNATIONAL LIMITED | 55 TRAVAIL RD, # 2 MARKHAM ON L3S 3J1 CANADA |
| MERIDIAN ONECAP CREDIT CORP | 100 ALEXIS NIHON, # 970 ST LAURENT QC H4M 2P5 CANADA |
| MFC BEAVERCREEK LLC | 180 EAST BROAD ST COLOMBUS OH 43215 |
| MICAELA ERLANGER STUDIOS INC | 6404 WILSHIRE BLVD, SUITE 930 LOS ANGELES CA 90048 |
| MONTEZ VICTORIAVILLE RELATY INC | 111 BLVD JUTRAS E VICTORIAVILLE QC G6S 1C1 CANADA |
| MULTI MATERIAL STEWARDSHIP | 2 ST CLAIR AVE. W. 7TH FLOOR TORONTO ON M4V 1L5 CANADA |
| MULTI-MATERIAL STEWARDSHIP | 1 SAINT CLAIR AVE W, FL 7 TORONTO ON M4V 1K6 CANADA |
| MULTIPLUS DTM INC | 10389 COTE DE LIESSE DORVAL QC H9P 2Z3 CANADA |
| NBS MARKETING INC | 5605 DE GASPE, SUITE 902 MONTREAL QC H2T 2A4 CANADA |
| O2 TELEFONICA UK LIMITED | BATH RD SLOUGH BK UNITED KINGDOM |
| OMNIPEL TECHNOLOGIES SRL | VIA MONTE BALDO 117 DESENZANO DEL GARDA BS ITALY |
| ONTREA INC | 1 BLVD DES PROMENADES ST BRUNO QC J3V 5J5 CANADA |
| ONTREA INC | 20 QUEEN ST W TORONTO ON M5H 3R4 CANADA |
| ONTREA INC | 20 QUEEN ST W, RM 500 TORONTO ON M5H 3R4 CANADA |
| ONTREA INC RE FAIRVIEW PARK | 2960 KINGSWAY DR KITCHENER ON N2C 1X1 CANADA |
| PEST ELIMINATION SYSTEMS TECHNOLOGY | # 200 9201 FOURTH AVENUE BROOKLYN NY 11209 |
| PLANVIEW INC | 12301 RESEARCH BOULEVARD BLDG 5 AUSTIN TX 78759 |
| REGENCE INC | 655 RUE DE L'ARGON CHARLESBOURG QC G2N 2G7 CANADA |
| RODEO PROD INC | 6585 ST URBAIN MONTREAL QC H2S 1V4 CANADA |
| SAJO CAD INC | 1320 GRAHAM BLVD, SUITE 129 TOWN OF MOUNT ROYAL QC H3P 3C8 CANADA |
| SCREO 1 DIXIE OUTLET MALL LP | 1250 SOUTH SERVICE RD MISSISSAUGA ON L5E 1V4 CANADA |
| SERRUMAX INC | 8805 SHERBROOKE E MONTREAL QC H1L 1C4 CANADA |

| Claim Name | Address Information |
|---|---|
| SHABNAM FATHOLLAHI | 4650 BOUL LASALLE, SUITE 501 VERDUN QC H4G 2A8 CANADA |
| SHUANGRONG HANGER FACTORY | QIU LU TOWN PUTIAN CHINA |
| SOCIALLY | 7493 TRANSCANADIENNE, # 106 MONTREAL QC H4T 1T3 CANADA |
| SOLOTECH INC | 5200 RUE HOCHELAGA MONTREAL QC H1V 1G3 CANADA |
| SOMERSET COLLECTION LIMITED | 16129 COLLECTIONS CTR DR CHICAGO IL 60693 |
| SOUTH EDMONTON COMMON | 10180 111 ST EDMONTON AB T5K 1K6 CANADA |
| SPERRY – DIV OF WOLVERINE | 1700 BISHOP ST CAMBRIDGE ON N1T 1T2 CANADA |
| STEPHANE BRUGGER PHOTOGRAPHE | 1854 RUE DE LA VILLE-MARIE MONTREAL QC H1V 3K3 CANADA |
| SUMO LOGIC INC | 305 MAIN ST REDWOOD CA 94063 |
| TARA SEAL | 4516 DECARIE BLVD, APT 404 MONTREAL QC H3X 2H5 CANADA |
| TENZER DESIGN AND DEVELOPMENT INC | 1001 PLACE MONT ROYAL, RM 1006 MONTREAL QC H3A 1P2 CANADA |
| THE CADILLAC FAIRVIEW CORPORATION | 20 QUEEN ST W TORONTO ON M5H 3R4 CANADA |
| THE INDEKA GROUP | 2120 BRISTOL CIR OAKVILLE ON L6H 6P5 CANADA |
| TN ELEQTRIQUE | 2572 AVE PARKVILLE MONTREAL QC H1N 3A8 CANADA |
| TOITURES LEON INC | 364 RUE ST PAUL LE GARDEUR QC J5Z 4H9 CANADA |
| UNITED LEGWEAR TRADING LTD | 175 GALAXY ROAD, SUITE 201 TORONTO ON M9W 5R7 CANADA |
| VASQUEZ BOTET AND ASOCIADOS PSC | B5 TABONUCO ST GUAYNABO PR 00968 |
| VENTES KEME SALES VIDEO INC | 16873 BLVD HYMUS KIRKLAND QC H9H 3L4 CANADA |
| VERONIQUE LACHARITE | 2019 MOREAU, SUITE 413 MONTREAL QC H1W 2M1 CANADA |
| WGSN | 25 W 39TH ST, FL 14 NEW YORK NY 10018-3805 |
| WOODBRIDGE CENTRE PROPERTY LLC | 7855 SOLUTION CTR CHICAGO IL 60677 |
| WORKERS COMPENSATION BOARD OF PEI | 14 WEYMOUTH ST CHARLOTTETOWN PE C1A 7L7 CANADA |

**Total Creditor count  119**

**EXHIBIT D**

**The Aldo Group Inc.**
**MSL Email Service List**

aconway@taubman.com

akrieger@chapman.com

anthony.manni-harris@ca.ey.com

aparna.yenamandra@kirkland.com

awebb@fbtlaw.com

chad.husnick@kirkland.com

dallas.bankruptcy@publicans.com

dferland@dwpv.com

Etienne.Guay-Cote@ca.ey.com

gbrouillette@aldogroup.com

gmartel@stikeman.com

hrosenoff@stikeman.com

imarkus@barclaydamon.com

jbanks@pbfcm.com

jean-daniel.breton@ca.ey.com

kurtzman@kurtzmansteady.com

matthew.ward@wbd-us.com

michelle.kilkenney@kirkland.com

morgan.patterson@wbd-us.com

news@sec.gov

newyork@sec.gov

nferland@barclaydamon.com

osonik@pbfcm.com

rgold@fbtlaw.com

rtucker@simon.com

sanantonio.bankruptcy@publicans.com

skaufman@skaufmanlaw.com

stetro@chapman.com

tara.n.serve@ca.ey.com

timothy.fox@usdoj.gov

usade.press@usdoj.gov

**The Aldo Group Inc.**
**Matrix Email Service List**

3172637091@simon.com
a2zprocount@hotmail.com
aabecassis@riocan.com
aauld@20vic.com
account.receivable66@gmail.com
accounting@brinco.com
accounting@brodeyfrancis.com
accounting@cablek.com
accounting@cleanlites.com
accounting@cleo.com
accounting@commercehub.com
accounting@cssalliance.ca
accounting@dulcedo.ca
accounting@entouchcontrols.com
accounting@fusionmodelsnyc.com
accounting@hi-impactproducts.com
accounting@i3a.co
accounting@media-graph.com
accounting@meritocracyinc.com
accounting@montrealstencil.com
accounting@nationalprojects.ca
accounting@newswire.ca
accounting@pattyshapiro.com
accounting@prodcotech.com
accounting@redirack.net
accounting@reebee.com
accounting@retailsgi.com
accounting@sargarch.com
accounting@spccard.ca
accounting@stevemaddencanada.ca
accounting@sustainablebrands.com
accounting@sydandjeff.com
accounting@thesocietymanagement.com
accounting@tootsi.com
accounting@tractionondemand.com
accounting@truefit.com
accounting@work.co
accounting1@brunoandnick.ca
account-receivable@fireeye.com
accounts.receivable@1800gotjunk.com
accounts.receivable@ca.pwc.com
accounts.receivable@flexengage.com
accounts.receivable@npd.com
accounts.receivable@peakon.com
accounts.receivable@pivotree.com
accounts.receivable@vertexinc.com
accounts@ca.g4s.com
accounts@eca-international.com
accounts@edifecs.com
accounts@kineticcafe.com
accounts@pinnacleassociates.com
accounts@visualidsource.com

accounts_receivable@pressreader.com
accountspayable@smartaction.com
accountsreceivable.us@puma.com
accountsreceivable@alliant.com
accountsreceivable@cameosocks.com
accountsreceivable@cloudcheckr.com
accountsreceivable@concept1canada.com
accountsreceivable@dacgroup.com
accountsreceivable@envoy.com
accountsreceivable@nrf.com
accountsreceivable@oberfeldsnowcap.com
accountsreceivable@service-now.com
accountsreceivable@veridian.on.ca
accountsreceivable@wwwinc.com
acctrec99@canadianlinen.com
acctreports@cassinfo.com
acervantes@jamny.com
achdetail@ups.com
achdetail@ups.com
achpay@efonalledas.com
achremit@convergint.com
acme-aws-ar@amazon.com
adam@miraprop.com
adamstarr2871@gmail.com
admin@bonnis.net
admin@cine-affiches.com
admin@groupeabp.com
admin@jeuxaerofun.com
admin@leadingchangecanada.com
admin@leadingedge-payroll.com
admin@nutechsafety.ca
admin@productionsgraph-x.com
administration@atlantisstrength.com
administration@refricoltee.com
adpwirepayments@adp.com
adriannalemieux1006@gmail.com
aduffield@larco.ca
afasulo@cssalliance.ca
afnscanada@att.com
agenad@rci.rogers.com
agenad@rci.rogers.com
agencepatrick@gmail.com
agosalia@thorequities.com
aheath@cesdtalent.com
ahoule@voyagelm.ca
aicha.haidara@rhi.com
akamara.cg.sto@aldogroup.com
alamoanacenterach@brookfieldpropertiesretail.com
alarmcoodinator@orlando.gov
alarmoffice@sanantonio.gov
alcockd@southcoastplaza.com
alderwoodmallach@brookfieldpropertiesretail.com

**The Aldo Group Inc.**
**Matrix Email Service List**

alex.gagnon@chubb.com
alex@nookaad.com
alex@rodeopruduction.com
algervaisconsulting@gmail.com
aliraza.alarakhia@gwlra.com
altamontemallach@brookfieldpropertiesretail.com
alysia@skyreach.ca
amalkinson@drazinfriedman.com
amanda@theproductionclub.com
amariani@oxfordproperties.com
amdesign.mtl@gmail.com
amel.mehenaoui@gmail.com
amer.collections@hitachivantara.com
amicozzi@aldogroup.com
amoffatt@gosecure.ca
ams_receivables@amazon.com
andra@stacktmarket.com
andy.clemens@hotmail.com
angel.fernandez@ams-lab.com
angie@lebercanada.ca
anita.baumgartner@doka.com
aolechno@kpaularchitect.com
april.daku@ivanhoecambridge.com
ar.ca@gunnebo.com
ar.canada@brinksinc.com
ar.canada@geox.com
ar.careerbuilder@btclients.com
ar.hillsdale@hillsdale.com
ar.inquiries@summit.colabor.com
ar.mediacomcanada@mediacom.com
ar@beyondtechnologies.ca
ar@centennialrec.com
ar@cloudflare.com
ar@cooley.com
ar@glimcher.com
ar@heralighting.com
ar@modernluxury.com
ar@novipro.com
ar@ocr.ca
ar@qualys.com
ar@reggianiusa.com
ar@servicechannel.com
ar@sptify.com
ar@stingray.com
ar@toladochealth.com
ar@vaswaniinc.com
ar@vitessetransport.com
ar@wajax.com
ar@washingtonprime.com
ar@wblight.com
ar@winshuttle.com
ar_powersteering@uplandsoftware.com

ar_remittance@fireking.com
ar-canada@arifleet.ca
arcanada@octanner.com
ar-credit@ptc.com
ardenfairar@macerich.com
ardept@crombie.ca
ardept@samuelstrapping.com
areast@morguard.com
areftremit@ironmountain.com
argagnon@gmail.com
argroup@wolterskluwer.com
arifleetsupport@arifleet.com
arinvoices@accruent.com
ar-noram@arkadin.com
arpayments@bdplaw.com
arpayments@mallbarricade.com
arpaymnt@johnstonequipment.com
ar-receipts@linkedin.
arremitcanada@accesscorp.com
ar-remittance@performanceteam.net
ar-remittances@performanceteam.net
arrowheadtownecenter_ar@westcor.com
arteam@ca.ibm.com
asaggarwal@gmail.com
aschmidt@columbia.com
ashish.gangal@tcs.com
ashley@macintyrecommunications.com
asmeriglio@retailcouncil.org
asonge.cg.aso@aldogroup.com
asugfinance@asug.com
atelier@decorido.net
audree.charbonneau@globalknowledge.com
audreyesar@videotron.ca
augustaholding@gmail.com
avis.paiement@solotech.com
avis_paiement@hectorlarivee.com
avisadvicecanada@adidas-group.com
avisdepots@groupemach.com
avitenzer@aldogroup.com
awilliams@primarisreit.com
aws-receivables-support@email.amazon.com
b.kuzlik@qic.com
banking@cstcan.ca
baybrookmallach@brookfieldpropertiesretail.com
bbourque@groupepauze.com
bbrunet@finelinetech.ca
bccbramptonaccountsreceivable01@morguard.com
bcltech@yahoo.ca
bdiakiw@20vic.com
bdupont@enseignesdominion.ca
beachwoodplaceach@brookfieldpropertiesretail.com
beatrice.minner.b@gmail.com

**The Aldo Group Inc.**
**Matrix Email Service List**

beatrice.tsui@bakermckenzie.com
ben@janegillpr.com
benefitsavantagessociaux@aldogroup.com
benoit.aghaby@insight.com
benoit.migneron@cision.com
bernice.richard@cadillacfairview.com
bethany.crowther@cushwake.com
betty.avramelos@ivanhoecambridge.com
bhn.remit@bhnnetwork.com
billing@ampli.ca
billing@datacandy.com
billing@fibrenoire.ca
billing@litmus.com
billing@pingidentity.com
billing@strtrade.com
billing@versafeed.com
billing_services@saskpower.com
billing-cybs@visa.com
bina@roy@cadillacfairview.com
biscuitbleusable@gmail.com
blaferriere@quartierdix30.com
bowerplace-eft@quadreal.com
brad@relamping.ca
brelph@riocan.com
brenda@constnexus.com
brenda@westmountflorist.com
bridgewatercommonsach@brookfieldpropertiesretail.com
brilliantservicesbc@gmail.com
broadwayplazaar@macerich.com
bronvaux@arobaspersonnel.com
brunofauteuxforest@gmail.com
business@vbgov.com
business@vbgov.com
bwhalen@amsoftware.com
ca.cashiprospect@dentsuaegis.com
camille@bkind.ca
canada.accountsreceivable@dematic.com
canada_ar@birkenstock.com
caneftremit@fedex.com
capple@keremida.com
carolinaplaceach@brookfieldpropertiesretail.com
cary-ann_hurtis@skyservice.com
cash_app_canada@group.apple.com
cashap1@canadapost.ca
cashapp@gfm247.com
cashapplication@fastfrate.com
cashapply@sungard.com
cashapps@akamai.com
cashapps@arifleet.com
cashentry@richelieu.com
catelinearial@videotron.ca
catherine.beaulieu@qg100.ca

cblanco@tishmanspeyer.com
cbond@aldogroup.com
ccnaar.remittance@clarks.com
ccrook@primarisreit.com
cdaigle.cg.fre@aldogroup.com
cdn.ar@brookfield.com
cedwards@starwoodretail.com
central.cashapps@dhl.com
centraleft@ivanhoecambridge.com
centreatcircle&eight@morguard.com
cesar@plantthefuture.com
cfs@gartner.com
cgi-eftadvice@cigna.com
chandlerfashioncenter_ar@macerich.com
chantal.rivest@cominar.com
chantal@planetem.com
chaussuresyeti@bellnet.ca
chisales@cadillacfairview.com
chitch@wilsonsafe.com
choice.quebec@choicereit.ca
chris@oasisfootwear.com
chrissy@hauteballoon.com
christianamallach@brookfieldpropertiesretail.com
christianegendreau@sani-estrie.com
christine.nadeau@acpeinc.ca
christinew@aldogroup.com
christopherka@hyprbrands.com
chrystal@yogalogy.ca
cignagroupbilling@cigna.com
cjames@centrecorp.com
cjkim@getwitz.com
ckolar@mcg-ae.com
cl@globaledgenetwork.com
clackamastowncenterach@brookfieldpropertiesretail.com
claire.lavallee@bugattigrp.com
clegault@magnus.ca
clement@jeuxspin.com
client@rcgt.com
clientpayments@littler.com
clients@keyrus.ca
clouis@goodbyegraffiti.com
cls-caa@wolterskluwer.com
cmarleau@acoustica.ca
cmorin@morguard.com
cnaylor@weirfoulds.com
coastlandcenterach@brookfieldpropertiesretail.com
coconnor@controlex.ca
colette@olympiatile.com
collection@academyfire.com
collection@amazingpestcontrol.com
collections@retailnext.net
collections_ca@oracle.com

**The Aldo Group Inc.**
**Matrix Email Service List**

columbianacentreach@brookfieldpropertiesretail.com
commepasdeux@gmail.com
commercial@kebecson.com
comptabilite@actionti.com
comptabilite@cedrom-sni.com
comptabilite@crites-riddell.com
comptabilite@druide.com
comptabilite@meritek.ca
comptabilite@nexio.com
comptabilite@oxidesign.ca
comptabilite@paragraphinc.ca
comptabilite@productionsddo.com
comptabilite@satau.ca
comptabilite@talsom.com
comptable@mountroyalclub.com
comptes@transunion.ca
comptesclients@mprepro.com
comptesrecevables@hotelwilliamgray.com
concierge@storefrontdirect.com
consuela@foliomontreal.com
contact@cloturemanic.com
contact@juliecusson.com
contactmontreal@fedfinance.ca
conversecanadaremit@converse.com
coquitlam@morguard.com
coredeposit@cushwake.com
coronadocenterach@brookfieldpropertiesretail.com
corpfinance@adr.org
corry@corryrobertson.com
coutu.francois@gmail.com
cqcd@cqcd.org
credit.control@stottandmay.com
credit@atlantic.ca
credit@datacm.com
credit@gertex.com
credit@randstad.ca
creditservices@wnhydro.com
creditteam@pattisonoutdoor.com
crosscounty_ar@macerich.com
crystal@precisionwastesolutions.com
csc-canada-crms@cisco.com
csgpayments@nedevelopment.com
css-dhu@chubb.com
cstpierre@servicesroy.com
ctunney@management360.com
cumberlandmallach@brookfieldpropertiesretail.com
customersolutions@fedex.com
customersuccess@inspectorio.com
cvasilakis@securityresources.net
cvautour@sldsecurity.ca
cwcsalesreporting@20vic.com
cynthiakovacs@outlook.com

cyril@gorockit.ca
dalwazir@riocan.com
dan@celect.com
danburyar@macerich.com
danny@acrobatinc.com
dany-elle@hardengroup.ca
darrell@jacobsenpartners.com
david.sharp@sonyatv.com
david@thesoundresearch.com
davidng@kingsmen.com
dawn.mcfadden@floodbrothersdisposal.com
dawn.smith@prideandservice.com
db@fortecap.com
dbaback@schnader.com
dbarton@waynealarm.com
dcandaele@primarisreit.com
dcrossley@sherpa-group.net
dcruickshank@aldogroup.com
ddicintio@aldogroup.com
dduvoisin@northparkcntr.com
deborah.bryson@dbr.com
deerbrookmallach@brookfieldpropertiesretail.com
deloittemontreal@deloitte.ca
demasie@gtlaw.com
denise.clavet@cgi.com
denise.desrosiers@servirplus.qc.ca
denisesachs@hbconnections.com
denisleblanc@ups.com
deposits@altusgroup.com
depotdirect@sanivac.ca
depotdirect@tantrumcorp.com
depotdirect@taxidiamond.com
deptford@macerich.com
derrick@derrickfreske.com
dgqm2006@163.com
diana.fattibene@engrospierre.com
diana.hobden@dlapiper.com
diana@partykidz.ca
diane.gilbert@groupeageco.ca
dianne@lightyearmedia.com
diligence@busbusbus.com
dinoc@papillonintl.com
directdeposit@adt.ca
dis_payment_deposit_advice-canada@dell.com
divashchyshyna@lexolution.net
dkirkland@bldg.com
dlacroix@westcliff.ca
dlessardpigiste@gmail.com
dl-financear@caleres.com
dmallik@market-focus.com
dnorman@primarisreit.com
dokus@sympatico.ca

## The Aldo Group Inc.
## Matrix Email Service List

domainnames@cpaglobal.com
dominique.longtin@bell.ca
dora@homemadekosher.ca
dorothy.cieslik@barcoding-canada.ca
douellette@bornerecharge.ca
dpalhares@retailmechanical.com
dprokopich@morguard.com
dsheppard@natc.com
dsorgini@mandevco.com
duffy.cohen@venngo.com
dussault.gabrielle@gmail.com
eahmed@abcimaging.com
eastonsales@steiner.com
ecristobal@citycenterparking.com
ecuervo@turnberry.com
efscashapplication@coca-cola.com
eft.sgcanada@simplexgrinnell.com
eft.wire.ipbb@bell.ca
eft@aquaterracorp.ca
eft@connectitnet.com
eft@doverco.ca
eft@hfsgc.ca
eft@liftow.com
eft@promenade.ca
eft@smartreit.com
eftadvices@dsservices.com
eftcdn.finance@stericycle.com
eftcrms@firstcapitalrealty.ca
eftnoticegaleries@oxfordproperties.com
eftpayments.wcb.pe.ca
eftremit@uline.ca
eftremittancecarrefourlaval@cadillacfairview.com
ejoukayem@multiplusdm.com
ekrusyn@gmail.com
elizabeth.maciag@horizongroup.com
elsieviaud@gmail.com
elyne.mcmahon@trintech.com
elyssa@engagementagents.com
emarciniak@mms-lv.com
emily.mctiernan@damco.com
encaissementsvl@videotron.com
enterprisear@rackspace.com
eperez@turnberry.com
eric.girard@fpm360.com
eric.j.allen@rogers.com
eric@charton.tech
erika.koch@wwwinc.com
erlinda.robles@macerich.com
ernest.sarro@everlastlogistics.com
eskinner@oxfordproperties.com
etopolnisk@riocan.com
etopolnisky@riocan.com

evas@consolidex.ca
evolgyi@pyrotechbei.com
exclusive@direct.ca
exseinc@hotmail.com
facturation@delegatus.ca
facturation@humanify360.com
facturation@messageriespeedo.com
facturation@sbktelecom.com
fanyducharme@gmail.com
fashionplaceach@brookfieldpropertiesretail.com
fashionshowach@brookfieldpropertiesretail.com
fatima@nelmar.com
fbdepots@centrecorp.com
fdelisle@dissan.com
fernandakanso@gmail.com
finance@bates-communications.com
finance@ciocan.ca
finance@clicktale.com
finance@giglight.co.uk
finance@heritagegas.com
finance@hytown.com
finance@impactservicegroup.com
finance@interactiveservices.com
finance@morneaushepell.com
finance@nutone-densi.com
finance@payfactors.com
finance@riverpayment.com
finance@sdimktg.com
finance@smartsheet.com
finance@trintech.com
finance@trintech.com
financeadmin@maritimeelectric.com
financear@sap.com
financeqc@toromont.com
fireprevention@tintonfalls.com
firstcolonymallach@brookfieldpropertiesretail.com
flanglois@roymetalinc.com
fluxe-2000@gmail.com
fourseasonstowncentreach@brookfieldpropertiesretail.com
france.harton@cogecomedia.com
francesca.pellegrino@cominar.com
francois.bousquet@collegelasalle.com
frankieanddany@hotmail.com
franz.loriega@traxo.com
frederiquegauth@gmail.com
fresnofashionfairar@macerich.com
fsauro@fetchcapitalhumain.com
g.sauve25@gmail.com
gaetan@consultantedi.ca
gailhamilton@pyramidmg.com
galerie_vanier@hotmail.com
galleriaattylerach@brookfieldpropertiesretail.com

**The Aldo Group Inc.**
**Matrix Email Service List**

ganael.dumontier@gmail.com
gary@cobrin.ca
gas@greenairsystemcorp.com
gbernard@gstelecom.ca
gbrady@riocan.com
gcabreza@esptrendlab.com
gdpr@chiomenti.net
generatrice.info@gmail.com
gerrycapaldo@cuirvega.ca
gg.guillaumegilbert@gmail.com
ghita@perrincanada.com
gill@shapepm.com
gine@croix.in
ginette@cafeunion.com
glendalegalleriaach@brookfieldpropertiesretail.com
gmousatova@genfoot.com
governorssquareach@brookfieldpropertiesretail.com
gperez@mayaguezmall.com
greatlakes_remit@taubman.com
greenacresar@macerich.com
greg@mayflowermall.com
greggeorge@paypal.com
gshekoff@ataenterprises.com
gtw@gtw-canada.com
guy.robichaud@i3vision.ca
harmeen@hgintl.ca
harry@rachelshoes.com
harvey.taita@suisan.com
hayley@blcleathertech.com
heather@comfortmechanical.ca
heidy@forgetthebox.net
heimashah27@gmail.com
heimashah27@gmail.com
helene.tessier@cominar.com
hello@flowerink.ca
hello@gabrieldufresne.com
hello@jacimarie.com
hello@kristeenamichelle.com
hello@maximebrouillet.com
hello@mondaycreative.co
henriette.s@live.com
henriette.s@live.com
heycnyn@gmail.com
hiram.vasquez@hvb-co.com
hisham_farouki@hotmail.com
hjslzpc@@126.com
holyokemallla@pyramidmg.com
hongjing@ctamericas.com
hope.nolan@kineo.com
hubert.cheung@snapipfs.com
hugo@hugohugo.com
hugo@uniquefoodscanada.ca

hvertefeuille@beauward.com
hviens@serrupromontreal.com
i2a.finance@itcinfotech.com
iclark@rezlaw.com
igfcnapp@br.ibm.com
ihab@rockndeli.com
ilavallee.traduction@gmail.com
info.tiffanylai@gmail.com
info@akufen.ca
info@alveolemtl.com
info@andrelabbeeinc.com
info@beautyonwheels.ca
info@beauxgateaux.ca
info@berkayly.com
info@berkayly.com
info@besidemagazine.com
info@botaris.ca
info@chpsupply.com
info@culturallycreative.ca
info@eclipseelectrique.com
info@ehphotographie.com
info@elitedomo.com
info@entreprisesgodon.com
info@entretiencentra.com,
info@fbouchard.com
info@fitnessbarre.ca
info@floridagominis.com
info@galeriessthyacinthe.ca
info@getsocially.com
info@groupequint.com
info@ideka.ca
info@imaginetile.com
info@jaimeangelopoulos.com
info@junayoga.ca
info@keme.qc.ca
info@kovalmarketing.com
info@lucapiffaretti.com
info@lucasvoigt.com
info@lucasvoigt.com
info@marioandfils.com
info@mfg.com.jm
info@mindspaceclinic.com
info@plasti.ca
info@portailsradisson.com
info@rebeccachriqui.com
info@republik.ca
info@royallaurentien.com
info@scapinstaging.com
info@serum.ca
info@southpole.com
info@splashlight.com
info@stehanebrugger.com

**The Aldo Group Inc.**
**Matrix Email Service List**

info@stillgoodfoods.ca
info@thealpinegroup.ca
info@vectravisual.com
info@vincentbilodeau.com
infokarinawaldron@gmail.com
inlandcenter@macerich.com
invoice.na@meltwaternews.com
invoices@lhh.com
invoices@mainmicro.com
invoices@refinery29.com
invoicing@docudepot.com
invoicing@sumologic.co
irpest@comcast.net
isabelle@eclairagetechno.com
itemby@theforbescompany.com
iwm.recovery@verizon.net
jack@montrealmovers.com
jackie.delaney@cadillacfairview.com
jaclyn@createcultivate.com
jacqueline.cochelin@cansel.ca
jaime.toscano@urw.com
janine@deliv.co
jannazittrer@gmail.com
jant@fokisservices.com
jasime@matsunocpa.com
jasmine.figueira@cadillacfairview.com
jay.buchheim@fisglobal.com
jay.patel@flexreceipts.com
jbernardo@5yvelogistics.com
jbezawada@cyberservices.com
jcabral@placevertu.com
jchamberla@riocan.com
jchartrand@epm-mecanic.com
jchristmas@baffin.com
jclayton@20vic.com
jcorbeil@ttienvironnement.com
jdeschenes@cotefleury.com
jeanie@jeanieriddle.com
jeanthib.gestion@gmail.com
jeff@northsix.net
jenna@yulupr.com
jennie@modamondo.ca
jennifer.failla-gentile@simon.com
jennifer@fortunedynamic.com
jenniferhuttman@foxvalleyfire.com
jenny.salgado@contentful.com
jeremy@orenstein.ca
jerry.bishop@afms.com
jfmercier@aldogroup.com
jgonring@bayshoretowncenter.com
jhsmith@oxfordproperties.com
jhudec@columbusconsulting.com

jim@simiaccessories.com
jlabonte@gestionlachance.com
jlavigueur@maheu-maheu.com
jlebeau@kdocreativita.com
jlebleu@videotron.ca
jlove@newscanada.com
jmack.cedar@gmail.com
jmorley@20vic.com
jmyrie@greenthal.com
jnoel@aldogroup.com
joanne.white@cadillacfairview.com
joanne@joannelatimer.com
jobin.genevieve@gmail.com
jodi@royalcourtyards.com
joe@cafegransasso.com
joe61660@126.com
john.tiberio@easypost.com
john_ramirez@macerich.com
jonathan@lensmbl.com
jonathan@thecbp.com
jonellelarouche@gmail.com
jordancreektowncenterach@brookfieldpropertiesretail.com
josee.blaquiere@gmail.com
josee.levesque@cominar.com
josee@telecine.ca
joy.murphy@umusic.com
joyce@plomberiertm.com
jpicheetfils.admin@videotron.ca
jpmartin@riocan.com
jprice@cgsinc.com
jreid@primarisreit.com
jrood@pacificretail.com
jsanchez@gbgpr.com
jsanders@taubman.com
jtanzola@northparkcntr.com
judith.ritchie9@gmail.com
julia.bak@cadillacfairview.com
juliana-barba@hotmail.com
julie@docdor.com
julien,brault@gmail.com
julien.brault@cactus-solutions.ca
julio.cerra@miamidade.gov
juy@staradvertiser.com
jvallieres@morguard.com
jwalewski@stevemaddencanada.ca
jwhite@gdlsk.com
jzeid@shremshock.com
k.harrison@neopost.com
kaitsouch@gmail.com
kalee@globalhappiness.org
karen.jolley@cushwake.com
karen.topham@cadillacfairview.com

# The Aldo Group Inc.
## Matrix Email Service List

karen@klrglobalsearch.com
karine@iam-influenceall.com
karlfaessler@pyramidmg.com
kathrynleighcooper@gmail.com
katie.bedford@we.org
kbernardo@riocan.com
kcolley@20vic.com
kdao@craigrealtygroup.com
kdonahue@20vic.com
kelly.chevrier@cadillacfairview.com
kelly@kelseycanada.com
ken.lewis@newbalance.com
ken.wensel@bdpint.com
kenwoodtownecentreohach@brookfieldpropertiesretail.com
kevinkhfu@gmail.com
kgldbrg@aol.com
kgorecki@hour-media.com
khristine.juanlim@cadillacfairview.com
kim.dumont@outlook.com
kingsplazaar@macerich.com
klaberge@pmoisson.com
klesiege@presentoirelite.com
klyzo@tauris.ca
kmcleod@oxfordproperties.com
knapier@kicboston.com
knight@shapepm.com
knight@shapepm.com
kranzlaw@sbcglobal.net
kristi@matchbookcompany.com
ksampogna@oxfordproperties.com
kschmidt@cordmeyer.com
ksheffield@riocan.com
ktadlock@iegltd.com
kyee@thorequities.com
laborie.fabien@gmail.com
lacharite.v@gmailcom
lakewoodcenterar@macerich.com
lalex@thebackrivergroup.com
lana@allemestded.com
lappleton@hugessen.com
lauren@forwardartists.com
lauronda.dorn@ceridian.com
lballott2@oxfordproperties.com
lee@multibag.com
leikin
leo@pajar.com
leslie@whatsreallygood.com
lesservicesdenoanne@gmail.com
lformato@dwpv.com
lgoncalves@brago.ca
lgrenon@aldogroup.com
lily@retailsgi.com

linda.henderson@cadillacfairview.com
linda.vejrich@plaza.ca
linda@multiart.org
linda@multiart.org
lindsay@canadianindustrialfire.com
lindsey.macon.shedio@icloud.com
line.mui@deckers.com
lionelv@cougarshoes.com
lisa.hurley@faegredrinker.com
lisa.morel@pacart.ca
lisa.taddeo@pdi-gf.com
lisa.wong@wwwinc.com
lisa@onixnet.com
lisaw@worldfootwear.ca
lison_w@hotmail.com
liye@pantone.com
lloydies2001@hotmail.com
lly@oneliberty.org
lly@onelibertyplace.com
lmcelwain@oxfordproperties.com
lmelancon@sdkibb.com
lmk92@sbcglobal.net
lmtl75@gmail.com
lnastrawa@tishmanspeyer.com
lohayon.cg.oha@aldogroup.com
london@nextmodels.com
lori.thompson@impo.com
lorraine.colantonio@holiday.ca
loscerritoscenterar@macerich.com
louella.reguirre@cominar.com
louisbissonnette64@gmail.com
lperfetto@riocan.com
lrivera@retailsecurityservices.com
lsavaria@ca.ibm.com
lsproull@aldogroup.com
lucie.legrand@cominar.com
luxuryrideslimos@hotmail.com
lviho@westcliff.ca
lwhite@20vic.com
lwilson@trademarkproperty.com
lyane.desroches@strategiesps.com
lynemartin@placeversailles.com
lynn@camdevcorp.com
lynn@harden.ca
lynnhavenmallach@brookfieldpropertiesretail.com
m.koch@bckdesign.ca
machionj@preit.com
mackenzie.stearns@igotchamedia.com
madeleine@mlslegal.ca
malek.racho@gmail.com
malloflouisianaach@brookfieldpropertiesretail.com
mallstmatthewsach@brookfieldpropertiesretail.com

**The Aldo Group Inc.**
**Matrix Email Service List**

manon.girard@solisco.com
marchecentral-eft@quadreal.com
marci@emhlaw.com
margaret.blackman@intelligrated.com
margie@thecpsgroup.com
maria@mercor-lighting.com
maria@protekelectric.com
mariabello@ferrucci.ca
marianne@haydenmgnt.com
marie@msalaw.tv
marie@societetraiteur.com
mariela.chapina@urw.com
marissab@merangue.com
mark.kimble@bossfacilityservices.com
mark@toms.com
marlene.lopizzo@pentland.com
marlene@blendedstrategy.com
martin.st-jean@ivanhoecambridge.com
martinbelanger@videotron.qc.ca
martinm@filion.ca
marty@manutel.com
mary@permitresources.com
maryserobert@toituresleon.com
mathieu.valade@martelexpressmontreal.com
mathieu@mblmultiservices.com
mathildeboucher21@gmail.com
matthew.ducharme@hoganlovells.com
maxfecteau@gmail.com
mayfairach@brookfieldpropertiesretail.com
mbailey@primarisreit.com
mberger@dwpv.com
mberger@dwpv.com
mbosse@kklex.com
mc@calgah.com
mchiasson@riocan.com
mcollin@royalphoto.com
mcrenaud@tangocom.ca
mcschoel@schoelinc.com
mdepante@20vic.com
mdibiasio@primarisreit.com
mdupuis@essexpowerlines.ca
meadowsmallach@brookfieldpropertiesretail.com
megan.macpherson@oecgroup.ca
megan@msaagency.com
melissa@philiphazan.com
menageimpeccable@gmail.com
mfortin@librairiemichelfortin.com
mfouad@legal-suite.com
mgalvan@planview.com
mhetu@dgclex.com
michaell.morgan@am.jll.com
michel.nadeau@henri-pierre.com

michel.ouellette88@gmail.com
michele@novoleader.com
michelle@sanpatricio.com
micheln@regence.ca
micky@jaanga.ca
mikeshatilla@me.com
milad@imagemotion.com
milesy_davis@hotmail.com
minas.panagiotakis@gmail.com
mindiveri@cspdisplay.com
miranda@saintwoods.com
mishal.cazmi@gmail.com
mlukacs@ivanhoecambridge.com
mluo@aldogroup.com
mmelo@riocan.com
moapayments@moa.net
monika@givebackbox.com
mony.maneshsingh@gmail.com
mosale.aditya@gmail.com
mp.marceau@mariepopette.com
mplessard-ext@lacoste.com
mrotili@weycogroup.com
msavard@bentallkennedy.com
mscadsc@microsoft.com
mseto@primarisreit.com
msherman@informatica.com
msilcher@primarisreit.com
msoleiman@yahoo.com
mtremblay@bicom.ca
mtudziez@divante.pl
mylene@ateliermln.ca
nacfs.canada@nike.com
nadia@montagemodels.com
nanci@thelionsny.com
nancy.baker@indeka.com
nancy.landry@cadillacfairview.com
nancy@fingercomm.com
nataly@ssa.group
nathalie.lalonde@plaza.ca
natickmallach@brookfieldpropertiesretail.com
nbolin@avalonrisk.com
nchenier@neopos.com
ndube@aldogroup.com
nelly@moret.com
nhorvat@momentis.com
nicolas.chabot@cefrio.qc.ca
nicole_mougel@keystoneplastics.com
nizarghoula@gmail.com
normand.dentremont@videotron.ca
northamericaaccounting@anthesisgroup.com
northgatear@morguard.com
northridgefashioncenterach@brookfieldpropertiesretail.com

**The Aldo Group Inc.**
**Matrix Email Service List**

northstarmallach@brookfieldpropertiesretail.com
noura@citylock.com
nourdine@waterwellirrigation.com
nwilkat@emservices-corp.com
oakbrookcenterach@brookfieldpropertiesretail.com
oaksar@macerich.com
oakwoodcenterlaach@brookfieldpropertiesretail.com
oglethorpemallach@brookfieldpropertiesretail.com
olivierclusiau@versionimage.com
olivierclusiau@versionimage.com
omnipel-technologies@pec.it
on-mt.sales@cwbnationalleasing.com
operation@groupequint.com
orchardparksales@primarisreit.com
orders@canko.ca
orders@pagerduty.com
otayranchtowncenterach@brookfieldpropertiesretail.com
pacificviewar@macerich.com
paiement@groupecho.com
paiements@securplus.com
paiementtb@ntl.nt.net
palisadescenterla@pyramidmg.com
palladino.silvana@mtl.sysco.ca
pam@tacticallawgroup.com
pamela@statewidefirecorp.com
paramusparkach@brookfieldpropertiesretail.com
parkcitycenterach@brookfieldpropertiesretail.com
parkingpioneertower@abm.com
parkmeadowsach@brookfieldpropertiesretail.com
parkplaceach@brookfieldpropertiesretail.com
patricia.ross@urw.com
patricia.thomsen@securitasinc.com
patriciah@sdmrealty.com
pattie@dehaandesign.ca
paul.sillis@collyerbristow.com
paul.toronidis@okta.com
payableremittance@uedge.com
payableremittance@uedge.com
payment.crosscreek@cblproperties.com
payment.oakpark@cblproperties.com
payment.processing@bellmts.ca
payment.triangle@cblproperties.com
payment.westcounty@cblproperties.com
payment.westtowne@cblproperties.com
payment@criticalpath.ca
payment@hydroonebrampton.com
payment@novexco.ca
payment_acadiana@cblproperties.com
payment_coolsprings@cblproperties.com
payment_fayettemall@cblproperties.com
payment_hanes@cblproperties.com
payment_malldelnorte@cblproperties.com

payment_parkplaza@cblproperties.com
payment_solanomall@cblproperties.com
payment_sunrise@cblproperties.com
paymentcenter@granitenet.com
paymentcenter@granitenet.com
paymentdetailsmtl@livingstonintl.com
paymentnotice@tangeroutlet.com
paymentnotice@tangeroutlets.com
paymentremit@purolator.com
paymentremit@purolator.com
paymentremit@ups.com
payments.canada@chep.com
payments@carmichael-eng.ca
payments@conglom.com
payments@descartes.com
payments@govdocs.com
payments@jwplayer.com
payments@mettel.net
payments@mross.com
payments@nationalshoe.com
payments@nedevelopment.com
payments@teladoc.com
payments@wbmason.com
paymentsdamcodistribution@damco.com
payroll@ambassador-ca.com
pbhatti@primarisreit.com
pboucher@novaconcept.com
pelie@metrio.net
pembrokelakesmallach@brookfieldpropertiesretail.com
perimetermallach@brookfieldpropertiesretail.com
peterchuu18@gmail.com
pgandli@lebovic.ca
pgarofalo@datavalet.com
philip.m.mak@gmail.com
philippe.lan@meridianonecap.ca
pina@clairebell.com
pioneerplaceach@brookfieldpropertiesretail.com
pizzurro.m@gmail.com
pizzurro.m@gmail.com
pkaras@riocan.com
plange@westcliff.ca
plange@westcliff.ca
plevy@pmdchicago.com
plorenzo@fort-group.com
plorenzo@fort-group.com
pmo@prioritymanagement.com
pmtprocessing@impark.com
portenerd@cadillacfairview.com
portenerd@cadillacfairview.com
pqueirolo@mh.ca
priscillia@canamfruits.com
providenceplaceach@brookfieldpropertiesretail.com

**The Aldo Group Inc.**
**Matrix Email Service List**

ptomlin@plazaassociatesinc.com
q_terry@hotmail.com
raabandraab@gmail.com
rachouston@nortonrosefulbright.com
rajatkakani23@gmail.com
rashel.mikhail@gmail.com
rcousineau@jpr.ca
reannatime@gmail.com
rebecca.lugo@macerich.com
rebecca@socialyte.co
rebecca@socialyte.co
receiptsmtl@blg.com
receivable@trendm.com
receivablecanada@skechers.com
receivables.lasalle@supremex.com
receivables@bravoparty.com
receivables@imagineps.com
receivables@mltaikins.com
receivables@namdarllc.com
receivables@rosedisplays.com
reception@groupefeifer.com
reception@plani-mex.ca
reception@st-patrick.qc.ca
recevable@alcarriere.qc.ca
recevable@bourassa.ca
recevables@adviso.ca
recevables@carrousel.ca
recevables@copicom.ca
recevables@fxinnovation.com
recevables@groupearoy.ca
recevables@leslingshot.com
recevables@serti.com
recmtl@fasken.com
remit@transgroup.com
remittance.ca@adidas.com
remittance.ca@cision.com
remittance@farrow.com
remittance@intertrade.com
remittance@o2.com
remittance@quiksilver.com
remittance@sefl.com
remittance@spscommerce.com
remittance@torontohydro.com
remittance@tymail.com
remittanceadvicesus@qic.com
remittances@bazaarvoice.com
remittances@keteres.com
remittances@lviusa.com
rene@breeze.pm
renewals@idera.com
restaurantdalillo2003@gmail.com
rey@bizproducts.ca

rfox@activeinternational.com
rgis_arus@rgis.com
rgreen@nmhydro.ca
richard.insinna@lucernex.com
richard.quevillon@bficanada.com
rivertowncrossingsach@brookfieldpropertiesretail.com
rkalamatas@sajo.com
rm-remittance-advice@rakuten.com
robert.kaye@trianglesign.com
robertv@dubord.ca
robin@westcoastinvestors.com
robokan2004@aol.com
robsab@gmail.com
rockport.finance@rockport.com
rogerc@pellitteri.com
ronnie.mallari@totes.com
roosvelt_pierrelouis@yahoo.ca
roseann@dnamodels.com
roseanna@plutinogroup.com
roseraimondo@rallyefootwear.com
rousear@rouseproperties.com
rrobillard@etalex.net;
rstlouis@expressionpub.com
rxhqs@msn.com
s.lambert@cpu.qc.ca
s.macdonald@cimedecor.ca
sabrina@marbro.ca
sachanjackson@gmail.com
sadie.kaaihue@hawaiiunified.com
safgroupmgmt@optonline.net
saintlouisgalleriaach@brookfieldpropertiesretail.com
sales@higg.com
sales@trinity3d.com
samantha.sorrells@parkeravery.com
sandeepwaraich.i@gmail.com
sandra.omania@cypressequities.com
sannibale@westcliff.ca
sara@platformmedia.ca
sara@reboxcorp.com
saragon@inso.ca
sarah.seremack@choicereit.ca
sarah.smith@granify.com
sarah@cabdeco.ca
sarah@cowgoesmoo.com
saraid@lndmrk.ca
sbalsavage@anisolutions.com
sbscashteam@chubb.com
scai@riocan.com
scampbell@riocan.com
scharbonneau@petrolecharbonneau.com
scmademin@oxfordproperties.com
scott.govoni@kemperdc.com

**The Aldo Group Inc.**
**Matrix Email Service List**

scottsdalefashionsquare_ar@macerich.com
scott-work14@outlook.com
sdaoust@gildan.com
sdeane@houseofbrick.com
sdidomenico@cogir.net
sebastien@forandevenements.com
securitycanada-eft@jci.com
serge.amar@gowlingwlg.com
service.car-ar@agropur.com
service@ecoentreprises.qc.ca
service@sicurafire.com
service@wizardsecuritysolutions.com
services@greendot.ca
sfanous@rogers.com
sfathollahi@aldogroup.com
sfc.pmt@quebecormedia.com
sfung@sblm.com
sgerbeshi@rsm365.com
shari.brusset@ivanhoecambridge.com
shema@unitedlegwear.com
sherri@maximage.ca
shohana@tpro.com
shoppersmallbramptonar@morguard.com
sidneepatterson@gmail.com
simon@3ditrade.com
simon@windowcleaning.com
sisi@zancasting.com
sjette.trad@gmail.com
sjones@midamericagrp.com
sjorgensen@yorktowncenter.com
slake@bentallkennedy.com
slavoie@goedikeshoes.com
smalo@cpvegoil.com
smelo@riocan.com
snabati@crownww.com
sneroni@centrecorp.com
soleas@stradasystems.com
sonia.cellucci@cadillacfairview.com
sonja@nextmodels.ca
sonny@opmpros.com
sophia.gomez2104@gmail.com
sophie.alame@hotmail.com
sophie@bertoldis.com
sophie@muralfestival.com
soroya.anglin@img.com
southplainsmallar@macerich.com
spares@nerak-systems.com
spartacz@starwoodretail.com
stacey.thompson@datamigrationresources.com
stacie.ludwigsen@macerich.com
starwood_ar_department@starwoodretail.com
statements@rkb247.com

statenislandmallach@brookfieldpropertiesretail.com
stcrent@oxfordproperties.com
stephane.gilker.avocat@gmail.com
stephane@staffrenter.com
steve.g.hughes@cushwake.com
steven.crawford@ems.schneider-electric.com
stheriault@primarisreit.com
stobin@20vic.com
stonebriarcenterach@brookfieldpropertiesretail.com
stonestowngalleriaach@brookfieldpropertiesretail.com
stonewoodcenterar@macerich.com
stroxler@feilorg.com
studsandsapphires@gmail.com
sulla@sympatico.ca
sundance@thespotlightagency.com
sunshine.punzalan@gmail.com
support@casearmy.com
support@tonicblooms.com
susan.wenger@cushwake.com
susanhorton@renfro.com
sv@villamil.net
svetlana@fortenyc.com
sviggers@morguard.com
svtinc@bellnet.ca
swanpighini@gmail.com
swinsor@westcliff.ca
sydneyjaay97@gmail.com
sylvia.kim@egonzehnder.com
sylviebergeron@societedupont.com
tana.klapwyk-white@oiaglobal.com
tanja.truong@cadillacfairview.com
tantalou@hotmail.com
tanya.macintyre@bell.ca
tanya.macintyre@bell.ca
tcombs@ecova.com
tcraib@efwalter.com
tdesmarrais@riocan.com
team_administrative_twca@teamwork.net
team3chase@yahoo.com
tec-ar@cadillacfairview.com
techzonecardio@videotron.ca
temrit@sirinafire.com
terryd@dorfin.com
tfe@lavagedevitresnational.com
tfleet@primarisreit.com
tgray@westermanllp.com
thecrossroadsmiach@brookfieldpropertiesretail.com
thegalleryatharborplaceach@brookfieldpropertiesretail.com
themainemallach@brookfieldpropertiesretail.com
themallincolumbiaach@brookfieldpropertiesretail.com
theparksmallatarlingtonach@brookfieldpropertiesretail.com
theshopsatlacanteraach@brookfieldpropertiesretail.com

## The Aldo Group Inc.
## Matrix Email Service List

thestreetsatsouthpointach@brookfieldpropertiesretail.com
thewoodlandsmallach@brookfieldpropertiesretail.com
thomas@konversion.ca
tim@orangedev.com
tims@elderjones.com
tina.galarneau@cadillacfairview.com
tina.richman@catalpany.com
tina@lithoquebec.com
tlgonzales@hollandhart.com
tlr.carswell_arsupport@thomsonreuters.com
tmehta@prestige-nyc.com
tmkelly@stewartmckelvey.com
tnelson@aacrealty.com
tommymatejka@gmail.com
tonyszchuk@orangedev.com
towneastmallach@brookfieldpropertiesretail.com
treasury@softchoice.com
tresten@yubico.com
triangletowncenterleaseadmin@spinosoreg.com
tschulz@oxfordproperties.com
tseal.cg.ts@aldogroup.com
tsibbley@vno.com
tucsonmallach@brookfieldpropertiesretail.com
twinkler@splashlight.com
ty@jeffsutton.com
tyler@leeftailco.com
tysonscornerar@macerich.com
ugladvice@uniongas.com
universitytowncenter_lad@taubman.com
us.accounting@pulse-advertising.com
us.credit@drmartens.com
usarremittances@urw.com
usarremittances@us.westfield.com
usarremittances@westfield.com
valery.dusault@bchunique.com
valleyplazamallcaach@brookfieldpropertiesretail.com
vancouver.receivable@mcarthurglen.com
vanda@superbonjour.com
vanfmo@cityofvancouver.us
vbeaudoin@esitechnologies.com
verena.golser@schweitzerlogistics.com
veroberneche@gmail.com
veronica@planterra.ca
vfodremittances@vfc.com
victor@wgvint.com
victorvalleymallar@macerich.com
virg.roy87@hotmail.com
virgile.craplet@accenture.com
virginia@clickmodel.com
visna.chau@gmail.com
vkertsman@cimgroup.com
vklamoruick@harlemirving.com

vlacombe@groupeabp.com
vlad@wearecolossale.com
vmilner@cafawards.ca
vpeters@riocan.com
waepril.chua@cadillacfairview.com
waldengalleriala@pyramidmg.com
washingtonsquare_ar@macerich.com
watertowerplaceach@brookfieldpropertiesretail.com
wem-eftmessages@wem.ca
wem-eftmessages@wem.ca
westerneft@ivanhoecambridge
westerneft@ivanhoecambridge.com
westsidepavilion_ar@macerich.com
wfefccustomercare@wellsfargo.com
wgsnnamar@wgsngroup.com
whatthehelldad@gmail.com
whitemarshmallach@brookfieldpropertiesretail.com
willowbrook-eft@quadreal.com
willowbrook-eft@quadreal.com
willowbrookmalltxach@brookfieldpropertiesretail.com
wolkowski@shapepm.com
woobridgecenterach@brookfieldpropertiesretail.com
y.munier@criteo.com
yh@legaljusticeadvocates.com
yul@orlandocorp.com
yvesloiselle@aldogroup.com
zoe@bytezza.com

**EXHIBIT E**

**The Aldo Group Inc.**
**Additional Email Service List**

alexander.bayus@gowlingwlg.com
alexandre.forest@gowlingwlg.com
ariendeau@fasken.com
bmuchinsky@noldmuchlaw.com
chantal.comtois@justice.gc.ca
danielcantin@revenuequebec.ca
ddvu@stikeman.com
drosner@goulstonstorrs.com
ecobb@pbfcm.com
francois.viau@gowlingwlg.com
jperreault@mccarthy.ca
jraviele@kelleydrye.com
jwuthmann@cglegal.ca
kdwbankruptcydepartment@kelleydrye.com
lgalessiere@cglegal.ca
malevesque@blg.com
mamorin@fasken.com
mcitak@grllp.com
mduchesne@blg.com
mkonyukhova@stikeman.com
mmeland@ffmp.ca
pbelanger@mccarthy.ca
rlehane@kellydrye.com
ssopic@stikeman.com
tsilverstein@ffmp.ca
tstone@noldmuchlaw.com
vmoody@goulstonstorrs.com